

February 15, 2022

**VIA EMAIL**
Walmart Claims Services
Attn: Chandler Greetan

███████████████████

|  |  |
|---|---|
| **Your Insured** | : **Walmart Inc.** |
| **Facility No.** | : **5173** |
| **Your File No.** | : **9130857** |
| **Our Client** | : **Ashia T. McCowan** |
| **Date of Accident** | : **March 28, 2020** |

To Whom It May Concern:

Included in this demand letter is all of the medical records and bills that you will need to evaluate this case. I look forward to hearing back from you after your review.  <u>Please respond within 30 days from the date above if you wish to attempt resolution of this matter without litigation</u>.

## 1.     FACTS & LIABILITY ASSESSMENT

On 3/28/20, Ms. McCowan visited a Walmart facility located at 815 Shugart Road in Dalton, Georgia.  As she walked through the self-checkout area, she slipped on a piece of deli food that was on the floor.  This caused her to lose her balance and fall forward, landing on her knees (See Report, Exhibit A).

As such, liability for negligence is clear; the next question for the jury to determine would be the amount of damages.

## 2.     INJURIES & TREATMENT CHRONOLOGY

As a result of the fall, Ms. McCowan felt immediate pain and was transported by ambulance straight to the emergency room at Hamilton Medical Center (Exhibit J).  As you can see from the records, Ms. McCowan was suffering with pain in her right knee, left ankle, and left wrist.  She received x-rays of the left ankle, right knee, and left wrist and was diagnosed with a left wrist contusion and suspected scaphoid fracture, a right knee infrapatellar contusion, and a sprained left ankle. A splint was applied to her left wrist and thumb, and she received an air splint and crutches for her left ankle. After being prescribed anti-inflammatories and pain relievers, Ms. McCowan was discharged and advised to follow up with the next available appointment with an orthopedic doctor and to return to the hospital if her symptoms worsened.

As advised, Ms. McCowan followed up with Dr. Reed at Associates in Ortho and Sports Medicine (Exhibit K).  As you can see from the records, treatment was required for the diagnosis of a closed fracture at the base of the left thumb, left ankle sprain, and pain in her right knee. After several weeks in a thumb splint and ankle boot, Dr. Reed assigned an ankle rehabilitation program and range of motion exercises for the left thumb. On 5/20/20, Ms. McCowan was released from orthopedic care.

Unfortunately, Ms. McCowan's pain did not resolve as she had hoped.  In fact, as time passed, the pain and soreness intensified.  Despite the desire not to incur medical bills, on 7/13/20, she could no longer stand the pain and sought therapy with Total Health Chiropractic (Exhibit L). She was experiencing intense middle and lower back pain that radiated down both legs. She was also referred for vestibular diagnostic testing



due to symptoms of lightheadedness and imbalance lasting several minutes at a time (Exhibit O).  Because of the severity of her back pain with radiculopathy, an MRI of the lumbar spine was ordered. The MRI revealed a disc protrusion at the L4-L5 vertebra with features of extrusion irritating the L5 nerve root and a disc protrusion at the L5-S1 vertebra irritating the left S1 nerve joint (Exhibit M).

The significance of Ms. McCowan's MRI findings and persistent radiculopathy necessitated a higher level of care. Concurrent to her chiropractic treatment, Ms. McCowan completed a nerve conduction study and a series of trigger point injections at Integrated Healthcare of Dalton (Exhibit N).  She saw both therapists until the conclusion of her treatment on 8/27/20.

3.     **MEDICAL EXPENSES**

| Date(s) of Service | Health Provider / Facility | Amount | Exhibit |
|---|---|---|---|
| 3/28/20 | Hamilton EMS | $1,107.00 | B |
| 3/28/20 | Hamilton Medical Center | $2,709.05 | C |
| 3/28/20 | Emergency Coverage Corp. | $952.00 | D |
| 4/2/20 - 5/20/20 | Assoc. in Ortho & Sports Med. | $1,537.00 | E |
| 7/13/20 - 8/27/20 | Total Health Chiropractic | $6,714.00 | F |
| 7/17/20 | American Health Imaging | $2,370.00 | G |
| 7/20/20 - 8/27/20 | Integrated Healthcare of Dalton | $8,635.00 | H |
| 7/23/20 | Atlas Medical & Diagnostics | $5,715.00 | I |
|  | **TOTAL** | **$29,739.05** |  |

4.     **DEMAND**

As indicated by the included medical records, my client experienced pain and soreness for months after the accident.  Considering all that is noted above, **I am demanding $200,000 to resolve this claim.**

In exchange for payment of the above demand, we will provide – on behalf of my client above – a release of all bodily claims against your insured referenced above.  Please accept the instant correspondence as our client's demand for settlement and compromise in a good faith effort to resolve this matter pursuant to the principles codified in O.C.G.A. § 9-11-67.  This is an attempt to present the facts with a view towards amicable settlement of this claim prior to filing a lawsuit.

Thank you for taking the time to read this letter.  I look forward to hearing back from you.  As always, please contact me if you have any questions.

Sincerely,

J. Ross Massey, Esq.
Email:  rmassey@asilpc.com
Phone:  (706) 355-6003
Fax:     (205) 983-8445



**ORDER OF DOCUMENTS**

A.  Customer Incident Report

B.  Bill - Hamilton EMS

C.  Bill - Hamilton Medical Center

D.  Bill - Emergency Coverage Corp.

E.  Bill - Associates in Orthopedics and Sports Medicine

F.  Bill - Total Health Chiropractic

G.  Bill - American Health Imaging

H.  Bill - Integrated Healthcare of Dalton

I.  Bill - Atlas Medical & Diagnostics

J.  Record - Hamilton Medical Center

K.  Record - Associates in Orthopedics and Sports Medicine

L.  Record - Total Health Chiropractic

M.  Record - American Health Imaging

N.  Record - Integrated Healthcare of Dalton

O.  Record - Atlas Medical & Diagnostics

# EXHIBIT A





## Customer Incident Report

**I N C R**

| Facility #: | Date of Incident: | Time of Incident: |
|---|---|---|
| 5173 | 3 / 28 / 20 | 7:15  am / pm |

**Legal Name:**
Ashia   Mccowan

**Date of Birth:** ▮▮▮  **SSN:** ▮▮▮

▮▮▮  **Alternate Phone #:** ( )

**Describe in your own words, the events leading up to the incident:**

I was walking through self checkouts to get a peach drink and my left foot started sliding on something the floor and I lost my balance and couldnt stop myself. It was ~~minimal chips~~ or ~~something~~. Quiet food sub.

Written by patricia Hinton
Spoken by Ashia.

**Identify and describe the location of the incident:**

Grocery self check

**Name of associate the incident was reported to and/or other associates in the area:**

**Customer Signature:** Ashia McCowan   **Date:** 3/28/2020

**Management Signature:** Pat   **Date:** 3-28-20

A copy of this statement will be made available to you upon request.

# EXHIBIT B

| **TOTAL DUE** | **$0.00** |

Hamilton Emergency Medical Service
PO Box 806
Dalton, GA 30722-0806
706-278-9211

# ITEMIZED INVOICE

MCCOWAN, ASHIA

Hamilton Emergency Medical Service
PO Box 806
Dalton, GA 30722-0806

| TO ASSURE PROPER CREDIT, RETURN THIS PORTION WITH YOUR PAYMENT Ticket # : 2020-03594:1 | Statement Date 10/01/21 | Patient ID 9912 | **AMOUNT PAID** |

DETACH HERE

**MAKE CHECKS PAYABLE TO:**   Hamilton Emergency Medical Service

| **BALANCE** | **$0.00** |

**FOR PAYMENTS ONLINE:**   www.hamiltonhealth.com/emsbillpay

| Date of Service | Description | Patient Name | | Charge(s) | Payment(s) |
|---|---|---|---|---|---|
| **Charges** | | | | | |
| 3/28/2020 | BLS EMERGENCY | ASHIA | | $1,041.00 | |
| 3/28/2020 | MILEAGE | ASHIA | | $66.00 | |
| | | Charge Total: | | $1,107.00 | |
| **Payments** | | | | | |
| | MCCOWAN, ASHIA | | 07/22/20 | BAD DEBT TO COLLECTIONS | ($1,107.00) |

| **BALANCE** | **$0.00** |

# EXHIBIT C



**Hamilton**health
**Hamilton Medical Center**

P O Box 742690
Atlanta, GA 303742690

| | |
|---|---|
| Attending Physician: | Alexander Sikes |
| Provider: | Hamilton Medical Ctr |
| Provider Tax ID #: | 581519911 |

**Pt Name: Ashia Tanish McCowan**
**Statement Number:** 18934547
**Account Number:** 192560
**Bill Date:** 06/17/2020
**Birth Date:**

## *Detail for: OP Emergency Care Dept*   *03/28/2020 — 03/28/2020*

| Date | Rev Cd | Svc Cd | Description | Qty | Amount ($) |
|---|---|---|---|---|---|
| **Charges** | | | | | |
| 03/28/2020 | 320 | 73110 | XR Wrist Min 3 Views | 1 | 461.00 |
| 03/28/2020 | 320 | 73562 | XR Knee 3 Views Img | 1 | 288.00 |
| 03/28/2020 | 250 | | Hydrocodone APAP 5/325 | 1 | 19.15 |
| 03/28/2020 | 250 | | Tylenol 325 mg  Gen | 2 | 2.00 |
| 03/28/2020 | 250 | | Motrin 600 mg Tab | 1 | 2.90 |
| 03/28/2020 | 320 | 73610 | XR Ankle Min 3 Views Img | 1 | 612.00 |
| 03/28/2020 | 271 | | Brace Ankle Standard 02 A | 1 | 68.00 |
| 03/28/2020 | 272 | | Spica Thumb 8 inch Formft Any Size | 1 | 70.00 |
| 03/28/2020 | 271 | | Bandage Elastic All Sizes | 1 | 8.00 |
| 03/28/2020 | 450 | 99283 | ER Level III | 1 | 1,170.00 |
| 03/28/2020 | 271 | | Bandage Elastic All Sizes | 1 | 8.00 |

**Payments/Adjustments**



**Hamilton**health
**Hamilton Medical Center**

P O Box 1168
Dalton GA  307221168

**ADDRESS SERVICE REQUESTED**

**Financial Coverages**

| Priority | Plan Name | Policy # | Subscriber |
|---|---|---|---|
| 1 | Alliant Health Plan | AM00022840 | Ashia Tanish McCowan |

Guarantor: Ashia T. McCowan

# EXHIBIT D

# PATIENT STATEMENT

| ACCOUNT NUMBER | STATEMENT DATE |
|---|---|
| 27509286/401 | 12/14/20 |

27509286-401-6984

**FOR PROPER POSTING PLEASE WRITE IN CHECK NUMBER AND AMOUNT PAID** ➡

| CHECK NUMBER | PAYMENT AMOUNT |
|---|---|
| | |

ASHIA TANISH MCCOWAN

**PLEASE WRITE YOUR ACCOUNT NAME ON YOUR CHECK MAKE PAYABLE IN U.S. DOLLARS TO:**

EMERGENCY COVERAGE CORP
PO BOX 636019
CINCINNATI,OH 45263-6019

**PATIENT NAME:** ASHIA TANISH MCCOWAN

**TO PAY BY CREDIT CARD COMPLETE AND SIGN THE OTHER SIDE OF THIS STATEMENT**

**PHYSICIAN SERVICES RENDERED AT:** HAMILTON MEDICAL CENTER

**PAYMENTS AND INSURANCE INFORMATION MAILED SEVEN DAYS PRIOR TO THE ABOVE STATEMENT DATE MAY NOT YET APPEAR.**

**TAXPAYER ID:** 62-1130266

**BILLING INQUIRIES:** 1-888-952-6772

HOURS OF OPERATION: MONDAY – FRIDAY 8AM TO 8PM & SATURDAY 10AM TO 3PM ET
PROVIDE INSURANCE INFO OR PAY BY CREDIT CARD AT WWW.TEAMHEALTH.COM/BILLING

| DATE/INVOICE # | REL/CPT CODE | DESCRIPTION | PROVIDER | CHARGES | PAYMENT/CREDITS |
|---|---|---|---|---|---|
| 03/28/20 | 99284 | EMERGENCY DEPT VISIT - 99284 | | 952.00 | |
| 25221271I | 552.002 | | SIKES MD,ALEXANDER J | | |
| 06/09/20 | | EDIAUTOMATIC MANAGED CARE PAYMENT | | | 195.09 |
| 25221271I | | CONTRACTUAL ADJUSTMENT | | | 756.91 |

**PHYSICIAN CHARGES ARE NOT INCLUDED IN THIS FACILITY BILL.**

| ACCOUNT NAME: 27509286/401 | STATEMENT DATE: 12/14/20 (L--C ) | TOTAL NOW DUE | ➤ | 0.00 |
|---|---|---|---|---|



# EXHIBIT E

# Assoc in Ortho and Sports Medicine

**1104 Professional Blvd Dalton GA 307202588**
**Tel: (706) 226-5533 Fax: (706) 428-0033**

**ACCOUNT INQUIRY**                                     02/03/2022 7:49 AM (EST)

**Account# 179**

Guarantor Information:

Ashia T Mccowan



Patient Information:
Patient# 179



| Payor | Current | 31-60 Days | 61-90 Days | Over 90 | Balance |
|---|---|---|---|---|---|
| Self | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Insur | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Collect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | Unassigned: | $0.00 |
| | | | | Total Balance: | $0.00 |

| Service Date | Voucher# | Provider | Chg Amt | Pmts/Adjs | Balance | Payor | Coverage Type | Billed Date | Age | Patient |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/02/2020 | 5660280 | REED | $262.00 | $262.00 | $0.00 | ALLIANT | Medical | 05/04/2020 | 0 | Ashia T Mccowan |

| Location | Department | Place Of Svc | Refer. Dr. | Batch# | Voucher Status | Date Updated | Responsible Party | Co-Ins Amt | Co-Ins Paid | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OFFICE | Office | OFFICE | ReedN | 422020..arpro | Updated | 04/06/2020 | Ashia T Mccowan | $0.00 | $0.00 | | | |

| Claim# | Bill Media | Billing Prov | Local Use Text | Orig Voucher# | Orig Payor | Orig Bill Date | Orig Media |
|---|---|---|---|---|---|---|---|
| 5660280 | | REED | | 5660280 | ALLIANT | 04/06/2020 | Electronic |

| Messages |
|---|
| Your copay is due at time of service. Please remit payment. |

| Dates of Service | Procedure | Mods | Description | Diag1 | Description | | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/02/2020 | 99203 | | Office/outpt Visit, New, Detailed | S62.235A | Other nondisplaced fracture of base of first metacarpal bone | | MEDICAL | 1.00 | $262.00 | $262.00 | $0.00 |

| Diag2 | Description | | Diag3 | Description | Diag4 | Description |
|---|---|---|---|---|---|---|
| S93.402A | Sprain of unspecified ligament of left ankle, initial encoun | | M25.562 | Pain in left knee | Z71.9 | Counseling, unspecified |

| Mapped ICD9-1 | Description | Mapped ICD9-2 | Description | Mapped ICD9-3 | Description | Mapped ICD9-4 | Description |
|---|---|---|---|---|---|---|---|
| 815.01 | Fx Thumb Base Metacarpal, Closed | 845.00 | Sprain/strain, Ankle Nos | 719.46 | Pain In Joint, Lower Leg | V65.40 | Counseling Nos |

| Payment Date | Reference | Coverage Type | Insurance | Transaction | Pmt Amt | Transfer To | Trsf Amt | Batch# | Status | Date Updated | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/02/2020 | 74654315 | | Self-Pay | Self Pay Insured - Check | $50.00 | | | 422020. arpro* | Updated | 04/06/2020 | | | |

| | | | | Payment | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/09/2020 | EFT0091035 | Medical | ALLIANT | Alliant Payment | $70.94 | | | ALLIANT 04/09/20 WH | Updated 04/20/2020 | |
| 04/09/2020 | EFT0091035 | Medical | ALLIANT | Alliant Transfer | | Self-Pay | $141.06 | ALLIANT 04/09/20 WH | Updated 04/20/2020 | |
| 04/09/2020 | EFT0091035 | | Self-Pay | Rebilled Claim | | | | ALLIANT 04/09/20 WH | Updated 04/20/2020 | |
| 05/11/2020 | Transfer | | Self-Pay | Self Pay Transfer | | ALLIANT | $141.06 | Correction 051120 jl | Updated 05/12/2020 | |
| 05/11/2020 | Adj not taken @ time of posting | Medical | ALLIANT | Alliant Adjustment | $141.06 | | | Correction 051120 jl | Updated 05/12/2020 | |

| Service Date | Voucher# | Provider | Chg Amt | Pmts/Adjs | Balance | Payor | Coverage Type | Billed Date | Age | Patient |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/02/2020 | 5665090 | REED | $595.00 | $595.00 | $0.00 | Self-Pay | | | 0 | Ashia T Mccowan |

| Location | Department | Place Of Svc | Refer. Dr. | Batch# | Voucher Status | Date Updated | Responsible Party | Co-Ins Amt | Co-Ins Paid | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OFFICE | DME | OFFICE | ReedN | 422020..arpro | Updated | 04/06/2020 | Ashia T Mccowan | $0.00 | $0.00 | | | |

| Claim# | Bill Media | Billing Prov | Local Use Text | Orig Voucher# | Orig Payor | Orig Bill Date | Orig Media |
|---|---|---|---|---|---|---|---|
| 0 | | REED | | 5665090 | Self-Pay | | |

| Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/02/2020 | L4361 | LT | Walking boot, pneumatic and/or vacuum, | S62.235A | Other nondisplaced fracture of base of first metacarpal bone | MEDICAL | 1 00 | $595.00 | $595.00 | $0.00 |

| Mapped ICD9-1 | Description | Mapped ICD9-2 | Description | Mapped ICD9-3 | Description | Mapped ICD9-4 | Description |
|---|---|---|---|---|---|---|---|
| 815.01 | Fx Thumb Base Metacarpal, Closed | | | | | | |

| Payment Date | Reference | Coverage Type | Insurance | Transaction | Pmt Amt | Transfer To | Trsf Amt | Batch# | Status | Date Updated | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/02/2020 | 74654315 | | Self-Pay | Self Pay Check Payment | $77.00 | | | 422020..arpro* | Updated | 04/06/2020 | | | |
| 04/02/2020 | 74654315 | | Self-Pay | Self Pay Adjustment | $518.00 | | | 422020..arpro* | Updated | 04/06/2020 | | | |

| Service Date | Voucher# | Provider | Chg Amt | Pmts/Adjs | Balance | Payor | Coverage Type | Billed Date | Age | Patient |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/14/2020 | 5670380 | REED | $367.00 | $367.00 | $0.00 | ALLIANT | Medical | 04/21/2020 | 0 | Ashia T Mccowan |

| Location | Department | Place Of Svc | Refer. Dr. | Batch# | Voucher Status | Date Updated | Responsible Party | Co-Ins Amt | Co-Ins Paid | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OFFICE | Office | OFFICE | ReedN | 04142020..arpro | Updated | 04/21/2020 | Ashia T Mccowan | $0.00 | $0.00 | | | |

| Claim# | Bill Media | Billing Prov | Local Use Text | Orig Voucher# | Orig Payor | Orig Bill Date | Orig Media |
|---|---|---|---|---|---|---|---|
| 5670380 | Electronic | REED | | 5670380 | ALLIANT | 04/21/2020 | Electronic |

| Messages |
|---|
| Your copay is due at time of service. Please remit payment. |

| Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/14/2020 | 99213 | | Office/outpt Visit, Est, Exp Prob | S62.235D | Other nondisplaced fracture of base of first metacarpal bone | MEDICAL | 1.00 | $179.00 | $179.00 | $0.00 |

| Diag2 | Description | Diag3 | Description | Diag4 | Description |
|---|---|---|---|---|---|
| | | | | | |

S93.402D   Sprain of unspecified ligament of left ankle, subsequent enc          M25.562   Pain in left knee     Z71.9   Counseling, unspecified

| Mapped ICD9-1 | Description | Mapped ICD9-2 | Description | Mapped ICD9-3 | Description | Mapped ICD9-4 | Description |
|---|---|---|---|---|---|---|---|
| V54.12 | Aftercare, Heal Traum Fx Lower Arm | V58.89 | Aftercare Nec | 719.46 | Pain In Joint, Lower Leg | V65.40 | Counseling Nos |

| Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/14/2020 | 73610 | LT | X-Ray Exam Of Ankle, Complete | S93.402D | Sprain of unspecified ligament of left ankle, subsequent enc | XRAY | 1.00 | $94.00 | $94.00 | $0.00 |

| Mapped ICD9-1 | Description | Mapped ICD9-2 | Description | Mapped ICD9-3 | Description | Mapped ICD9-4 | Description |
|---|---|---|---|---|---|---|---|
| V58.89 | Aftercare Nec | | | | | | |

| Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/14/2020 | 73140 | LT | X-Ray Exam Of Finger (s), 2+ Views | S62.235D | Other nondisplaced fracture of base of first metacarpal bone | XRAY | 1.00 | $94.00 | $94.00 | $0.00 |

| Mapped ICD9-1 | Description | Mapped ICD9-2 | Description | Mapped ICD9-3 | Description | Mapped ICD9-4 | Description |
|---|---|---|---|---|---|---|---|
| V54.12 | Aftercare, Heal Traum Fx Lower Arm | | | | | | |

| Payment Date | Reference | Coverage Type | Insurance | Transaction | Pmt Amt | Transfer To | Trsf Amt | Batch# | Status | Date Updated | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/14/2020 | 74807677 | | Self-Pay | Self Pay Credit Card Payment | $50.00 | | | 04142020..arpro* | Updated | 04/21/2020 | | | |
| 04/28/2020 | 0093893 | Medical | ALLIANT | Alliant Payment | $119.73 | | | 3893Alliant042820jl | Updated | 04/29/2020 | | | |
| 04/28/2020 | 0093893 | Medical | ALLIANT | Alliant Adjustment | $197.27 | | | 3893Alliant042820jl | Updated | 04/29/2020 | | | |

| Service Date | Voucher# | Provider | Chg Amt | Pmts/Adjs | Balance | Payor | Coverage Type | Billed Date | Age | Patient |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/20/2020 | 5702280 | REED | $273.00 | $273.00 | $0.00 | ALLIANT | Medical | 05/27/2020 | 0 | Ashia T Mccowan |

| Location | Department | Place Of Svc | Refer. Dr. | Batch# | Voucher Status | Date Updated | Responsible Party | Co-Ins Amt | Co-Ins Paid | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OFFICE | Office | OFFICE | ReedN | 052020..HLPro | Updated | 05/27/2020 | Ashia T Mccowan | $0.00 | $0.00 | | | |

| Claim# | Bill Media | Billing Prov | Local Use Text | Orig Voucher# | Orig Payor | Orig Bill Date | Orig Media |
|---|---|---|---|---|---|---|---|
| 5702280 | Electronic | REED | | 5702280 | ALLIANT | 05/27/2020 | Electronic |

| Messages |
|---|
| Your copay is due at time of service. Please remit payment. |

| Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/20/2020 | 99213 | | Office/outpt Visit, Est, Exp Prob | S62.235D | Other nondisplaced fracture of base of first metacarpal bone | MEDICAL | 1.00 | $179.00 | $179.00 | $0.00 |

| Diag2 | Description | Diag3 | Description | Diag4 | Description |
|---|---|---|---|---|---|
| S93.402D | Sprain of unspecified ligament of left ankle, subsequent enc | Z71.9 | Counseling, unspecified | | |

| Mapped ICD9-1 | Description | Mapped ICD9-2 | Description | Mapped ICD9-3 | Description | Mapped ICD9-4 | Description |
|---|---|---|---|---|---|---|---|
| V54.12 | Aftercare, Heal Traum Fx Lower Arm | V58.89 | Aftercare Nec | V65.40 | Counseling Nos | | |

| Dates of Service | Procedure | Mods | Description | Diag1 | Description | TOS | Units | Fee Amt | Pmts/Adjs | Amt Due |
|---|---|---|---|---|---|---|---|---|---|---|

| 05/20/2020 | 73140 | LT | X-Ray Exam Of Finger (s), 2+ Views | S62.235D | Other nondisplaced fracture of base of first metacarpal bone | XRAY | 1.00 | $94.00 | $94.00 | $0.00 |

| Mapped ICD9-1 | Description | Mapped ICD9-2 | Description | Mapped ICD9-3 | Description | Mapped ICD9-4 | Description |
|---|---|---|---|---|---|---|---|
| V54.12 | Aftercare, Heal Traum Fx Lower Arm | | | | | | |

| Payment Date | Reference | Coverage Type | Insurance | Transaction | Pmt Amt | Transfer To | Trsf Amt | Batch# | Status | Date Updated | Void Batch# | Date Voided | Voided By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/20/2020 | 75458893 | | Self-Pay | Self Pay Insured - Credit Card Payment | $50.00 | | | 052020..HLPro* | Updated | 05/27/2020 | | | |
| 06/02/2020 | 0099601 | Medical | ALLIANT | Alliant Payment | $77.23 | | | 9601Alliant060220 jl | Updated | 06/03/2020 | | | |
| 06/02/2020 | 0099601 | Medical | ALLIANT | Alliant Adjustment | $145.77 | | | 9601Alliant060220 jl | Updated | 06/03/2020 | | | |

# EXHIBIT F

# Total Health Chiropractic #13
1513 W Walnut Ave Ste 3
Dalton GA 30720-3869
(706) 229-3993

September 18, 2020

Federal ID: 621640893
NPI # 1447277181

Patient #: 866
RE: Ashia T. McCowan

Diagnosis For Accident On 03/28/20

| | |
|---|---|
| M51.86 | Other intervertebral disc disorders, lumbar region |
| M54.16 | Radiculopathy, lumbar region |
| S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |
| M99.03 | Segmental and somatic dysfunction of lumbar region |
| S39.013A | Strain of muscle, fascia and tendon of pelvis, initial encounter |
| S23.3XXA | Sprain of ligaments of thoracic spine, initial encounter |
| M99.02 | Segmental and somatic dysfunction of thoracic region |

| Date | Service Descriptions | Charge | Receipt | Total |
|---|---|---|---|---|
| 07/13/20 | 9920325 Examination, Detailed | 150.00 | | 150.00 |
| 07/13/20 | 97014 Electrical Stimulation | 45.00 | | 195.00 |
| 07/13/20 | 97012 Traction, Mechanical | 52.00 | | 247.00 |
| 07/13/20 | 97110 Therapeutic Exercises | 80.00 | | 327.00 |
| 07/13/20 | 72100 X-ray Lumbosacral 14x17 2 views | 180.00 | | 507.00 |
| 07/20/20 | 98941 CMT: 3-4 Regions | 80.00 | | 587.00 |
| 07/20/20 | 98943 CMT: Extraspinal | 70.00 | | 657.00 |
| 07/20/20 | 97110 Therapeutic Exercises - 2 units | 160.00 | | 817.00 |
| 07/20/20 | 97014 Electrical Stimulation | 45.00 | | 862.00 |
| 07/20/20 | 97012 Traction, Mechanical | 52.00 | | 914.00 |
| 07/21/20 | 98941 CMT: 3-4 Regions | 80.00 | | 994.00 |
| 07/21/20 | 98943 CMT: Extraspinal | 70.00 | | 1064.00 |
| 07/21/20 | 97014 Electrical Stimulation | 45.00 | | 1109.00 |
| 07/21/20 | 97012 Traction, Mechanical | 52.00 | | 1161.00 |
| 07/21/20 | 97110 Therapeutic Exercises - 2 units | 160.00 | | 1321.00 |
| 07/23/20 | 98941 CMT: 3-4 Regions | 80.00 | | 1401.00 |
| 07/23/20 | 98943 CMT: Extraspinal | 70.00 | | 1471.00 |
| 07/23/20 | 97014 Electrical Stimulation | 45.00 | | 1516.00 |
| 07/23/20 | 97012 Traction, Mechanical | 52.00 | | 1568.00 |
| 07/23/20 | 97110 Therapeutic Exercises - 2 units | 160.00 | | 1728.00 |
| 07/28/20 | 98941 CMT: 3-4 Regions | 80.00 | | 1808.00 |
| 07/28/20 | 98943 CMT: Extraspinal | 70.00 | | 1878.00 |
| 07/28/20 | 97110 Therapeutic Exercises - 2 units | 160.00 | | 2038.00 |
| 07/28/20 | 97014 Electrical Stimulation | 45.00 | | 2083.00 |
| 07/28/20 | 97012 Traction, Mechanical | 52.00 | | 2135.00 |
| 07/30/20 | 98941 CMT: 3-4 Regions | 80.00 | | 2215.00 |
| 07/30/20 | 98943 CMT: Extraspinal | 70.00 | | 2285.00 |
| 07/30/20 | 97110 Therapeutic Exercises - 2 units | 160.00 | | 2445.00 |
| 07/30/20 | 97014 Electrical Stimulation | 45.00 | | 2490.00 |
| 07/30/20 | 97012 Traction, Mechanical | 52.00 | | 2542.00 |
| 08/03/20 | 98941 CMT: 3-4 Regions | 80.00 | | 2622.00 |

RE: Ashia T. McCowan

September 18, 2020

| Date | Service Descriptions | Charge | Receipt | Total |
|------|---------------------|--------|---------|-------|
| 08/03/20 | 98943 CMT: Extraspinal | 70.00 | | 2692.00 |
| 08/03/20 | 97110 Therapeutic Exercises - 2 units | 160.00 | | 2852.00 |
| 08/03/20 | 97014 Electrical Stimulation | 45.00 | | 2897.00 |
| 08/03/20 | 97012 Traction, Mechanical | 52.00 | | 2949.00 |
| 08/04/20 | 98941 CMT: 3-4 Regions | 80.00 | | 3029.00 |
| 08/04/20 | 98943 CMT: Extraspinal | 70.00 | | 3099.00 |
| 08/04/20 | 97110 Therapeutic Exercises - 2 units | 160.00 | | 3259.00 |
| 08/04/20 | 97014 Electrical Stimulation | 45.00 | | 3304.00 |
| 08/04/20 | 97012 Traction, Mechanical | 52.00 | | 3356.00 |
| 08/06/20 | 98941 CMT: 3-4 Regions | 80.00 | | 3436.00 |
| 08/06/20 | 98943 CMT: Extraspinal | 70.00 | | 3506.00 |
| 08/06/20 | 97110 Therapeutic Exercises - 2 units | 160.00 | | 3666.00 |
| 08/06/20 | 97014 Electrical Stimulation | 45.00 | | 3711.00 |
| 08/06/20 | 97012 Traction, Mechanical | 52.00 | | 3763.00 |
| 08/11/20 | 98941 CMT: 3-4 Regions | 80.00 | | 3843.00 |
| 08/11/20 | 98943 CMT: Extraspinal | 70.00 | | 3913.00 |
| 08/11/20 | 97110 Therapeutic Exercises - 2 units | 160.00 | | 4073.00 |
| 08/11/20 | 97014 Electrical Stimulation | 45.00 | | 4118.00 |
| 08/11/20 | 97012 Traction, Mechanical | 52.00 | | 4170.00 |
| 08/12/20 | 98941 CMT: 3-4 Regions | 80.00 | | 4250.00 |
| 08/12/20 | 98943 CMT: Extraspinal | 70.00 | | 4320.00 |
| 08/12/20 | 97110 Therapeutic Exercises - 2 units | 160.00 | | 4480.00 |
| 08/12/20 | 97014 Electrical Stimulation | 45.00 | | 4525.00 |
| 08/12/20 | 97012 Traction, Mechanical | 52.00 | | 4577.00 |
| 08/13/20 | 9921325 Examination | 102.00 | | 4679.00 |
| 08/13/20 | 98941 CMT: 3-4 Regions | 80.00 | | 4759.00 |
| 08/13/20 | 98943 CMT: Extraspinal | 70.00 | | 4829.00 |
| 08/13/20 | 97110 Therapeutic Exercises - 2 units | 160.00 | | 4989.00 |
| 08/13/20 | 97014 Electrical Stimulation | 45.00 | | 5034.00 |
| 08/13/20 | 97012 Traction, Mechanical | 52.00 | | 5086.00 |
| 08/18/20 | 98941 CMT: 3-4 Regions | 80.00 | | 5166.00 |
| 08/18/20 | 98943 CMT: Extraspinal | 70.00 | | 5236.00 |
| 08/18/20 | 97110 Therapeutic Exercises - 2 units | 160.00 | | 5396.00 |
| 08/18/20 | 97014 Electrical Stimulation | 45.00 | | 5441.00 |
| 08/18/20 | 97012 Traction, Mechanical | 52.00 | | 5493.00 |
| 08/20/20 | 98941 CMT: 3-4 Regions | 80.00 | | 5573.00 |
| 08/20/20 | 98943 CMT: Extraspinal | 70.00 | | 5643.00 |
| 08/20/20 | 97110 Therapeutic Exercises - 2 units | 160.00 | | 5803.00 |
| 08/20/20 | 97014 Electrical Stimulation | 45.00 | | 5848.00 |
| 08/20/20 | 97012 Traction, Mechanical | 52.00 | | 5900.00 |
| 08/25/20 | 98941 CMT: 3-4 Regions | 80.00 | | 5980.00 |
| 08/25/20 | 98943 CMT: Extraspinal | 70.00 | | 6050.00 |
| 08/25/20 | 97110 Therapeutic Exercises - 2 units | 160.00 | | 6210.00 |
| 08/25/20 | 97014 Electrical Stimulation | 45.00 | | 6255.00 |
| 08/25/20 | 97012 Traction, Mechanical | 52.00 | | 6307.00 |
| 08/27/20 | 98941 CMT: 3-4 Regions | 80.00 | | 6387.00 |
| 08/27/20 | 98943 CMT: Extraspinal | 70.00 | | 6457.00 |
| 08/27/20 | 97110 Therapeutic Exercises - 2 units | 160.00 | | 6617.00 |
| 08/27/20 | 97014 Electrical Stimulation | 45.00 | | 6662.00 |
| 08/27/20 | 97012 Traction, Mechanical | 52.00 | | 6714.00 |
| | | $6714.00 | $0.00 | $6714.00 |

# EXHIBIT G



Medchex xx

16905 Northcross Dr Suite 300

# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

HUNTERSVILLE, NC 28078

**CARRIER**

☐☐ PICA ☐☐ | | PICA ☐☐

| 1. MEDICARE ☐(Medicare#) MEDICAID ☐(Medicaid#) TRICARE ☐(ID#/DoD#) CHAMPVA ☐(Member ID#) GROUP HEALTH PLAN ☐(ID#) FECA BLK LUNG ☒(ID#) OTHER ☐(ID#) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) 766274 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
McCowan, Ashia

3. PA... ☐ SEX M☐ F☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
McCowan, Ashia

5. PATIENT'S ADDRESS (No., Street)

6. PA... INSURED

Self ☒ Spouse☐ Child☐ Other☐

7. INSURED'S ADDRESS (No., Street)

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11.

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) ☐ YES ☐ NO

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? ☐ YES ☐ NO   PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? ☐ YES ☐ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
Medchex xx

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES ☒ NO   If yes, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE   DATE   07/24/2020

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  MM DD YY   QUAL.

15. OTHER DATE  QUAL.  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION   FROM MM DD YY   TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
DN   Jared Bartone

17a.
17b. NPI   1114488723

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES   FROM MM DD YY   TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  ☐ YES ☒ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)   ICD Ind. 0
A. M51 27   B.   C.   D.
E.   F.   G.   H.
I.   J.   K.   L.

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY   To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 1  07 17 20   07 17 20 | 49 | | 72148 | A | 2370.00 | 1 | | NPI | 1679531636 |
| 2 | | | | | | | | NPI | |
| 3 | | | | | | | | NPI | |
| 4 | | | | | | | | NPI | |
| 5 | | | | | | | | NPI | |
| 6 | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   SSN☐ EIN☒
582388975

26. PATIENT'S ACCOUNT NO.
AHI624124

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
☒ YES ☐ NO

28. TOTAL CHARGE
$ 2370.00

29. AMOUNT PAID
$ 0.00

30. Rsvd for NUCC Use
0.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
RAVI YARLAGADDA   07/24/20
SIGNED   DATE

32. SERVICE FACILITY LOCATION INFORMATION
American Health Imaging of Georgia, LLC.
796 Church St NE STE 100
MARIETTA, GA 30060-7228
a. 1508425380   b.

33. BILLING PROVIDER INFO & PH #   678  376 8908
American Health Imaging of Georgia, LLC
PO BOX 933367
ATLANTA, GA 31193-3367
a. 1508425380   b.

# EXHIBIT H

```
Integrated Healthcare Center of Dalton, LLC
              1513 West Walnut Ave
              Dalton, GA 307203869

          Thursday September 10, 2020
```

Patient:  Ashia T McCowan

Employer:

Attorney: ALEXANDER SHUNNARAH
          432 CALHOUN STREET, NW
          ATLANTA GA 30318


Date range for search: 07/20/2020 - 09/10/2020

| Date | CPT | Description | Amount |
|------|-----|-------------|--------|
| 07/20/20 | 95911 | NCV 9-10 Studies | 1650.00 |
| 07/20/20 | 95886 LT 50 | Needle EMG | 550.00 |
| 07/23/20 | 99204 25 | New Patient Exam Comprehensive | 325.00 |
| 07/28/20 | 99213 25 | Existing Patient Exam Detailed | 250.00 |
| 07/28/20 | 20553 59 | 3-4 Muscle Groups | 340.00 |
| 07/30/20 | 99213 25 | Existing Patient Exam Detailed | 250.00 |
| 07/30/20 | 20553 59 | 3-4 Muscle Groups | 340.00 |
| 08/04/20 | 99213 25 | Existing Patient Exam Detailed | 250.00 |
| 08/04/20 | 20553 59 | 3-4 Muscle Groups | 340.00 |
| 08/04/20 | E0730 NU | TENS Unit | 550.00 |
| 08/06/20 | 99213 25 | Existing Patient Exam Detailed | 250.00 |
| 08/06/20 | 20553 59 | 3-4 Muscle Groups | 340.00 |
| 08/11/20 | 99213 25 | Existing Patient Exam Detailed | 250.00 |
| 08/11/20 | 20553 59 | 3-4 Muscle Groups | 340.00 |
| 08/13/20 | 99213 25 | Existing Patient Exam Detailed | 250.00 |
| 08/13/20 | 20553 59 | 3-4 Muscle Groups | 340.00 |
| 08/18/20 | 99213 25 | Existing Patient Exam Detailed | 250.00 |
| 08/18/20 | 20553 59 | 3-4 Muscle Groups | 340.00 |
| 08/20/20 | 99213 25 | Existing Patient Exam Detailed | 250.00 |
| 08/20/20 | 20553 59 | 3-4 Muscle Groups | 340.00 |
| 08/25/20 | 99213 25 | Existing Patient Exam Detailed | 250.00 |
| 08/25/20 | 20553 59 | 3-4 Muscle Groups | 340.00 |
| 08/27/20 | 99213 25 | Existing Patient Exam Detailed | 250.00 |

Total Charges: $ 8635.00

# EXHIBIT I



**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

Alexander Shunnarah and Associates
715 Peachtree St W Ste 100 & 200
Atlanta GA 30308

CARRIER

| | PICA | | | | | | | PICA | | |

**1.** ☐ MEDICARE (Medicare#)  ☐ MEDICAID (Medicaid#)  ☐ TRICARE (ID#/DoD#)  ☐ CHAMPVA (Member ID#)  ☒ GROUP HEALTH PLAN (ID#)  ☐ FECA BLK LUNG (ID#)  ☐ OTHER (ID#)

**1a. INSURED'S I.D. NUMBER** (For Program in Item 1)
N A

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
McCowan Ashia

**3. PATIENT'S BIRTH DATE / SEX**
☐ M   F ☒

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**
McCowan Ashia

**5. PATIENT'S ADDRESS (No., Street)**
[redacted]

**6. PATIENT RELATIONSHIP TO INSURED**
Self ☒   Spouse ☐   Child ☐   Other ☐

**7. INSURED'S ADDRESS (No., Street)**
[redacted]

**8. RESERVED FOR NUCC USE**

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**10. IS PATIENT'S CONDITION RELATED TO:**
N A

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT? (Current or Previous)**
☐ YES   ☒ NO

**a. INSURED'S DATE OF BIRTH**
MM DD YY   SEX
M ☐   F ☒

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?** PLACE (State)
☒ YES   ☒ NO

**b. OT[redacted]**

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?**
☒ YES   ☒ NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME**
Jeff Alexander

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES (Designated by NUCC)**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
☐ YES   ☒ NO   If yes, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  *Signature on File*   Verified by PDFFiller   03-23-2020 00:00   DATE 07/23/2020

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  *Signature on File*   Verified by PDFFiller   03-23-2020 00:00

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)**
MM 03  DD 28  YY 2020   QUAL. 431

**15. OTHER DATE**
QUAL. 454   MM 07  DD 23  YY 20

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION**
FROM   TO

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
17a.
17b. NPI

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES**
FROM   TO

**19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)**

**20. OUTSIDE LAB?**  $ CHARGES
☐ YES   ☒ NO

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E)   ICD Ind. |
A. R26 89 00   B. R42 00   C.   D.
E.   F.   G.   H.
I.   J.   K.   L.

**22. RESUBMISSION CODE**   ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 07 23 20 | 07 23 20 | 11 | | 92540 | | AB | 936 00 | 1 | | NPI | |
| 2 | 07 23 20 | 07 23 20 | 11 | | 92546 | | AB | 909 00 | 1 | | NPI | |
| 3 | 07 23 20 | 07 23 20 | 11 | | 92547 | | AB | 63 00 | 1 | | NPI | |
| 4 | 07 23 20 | 07 23 20 | 11 | | 92537 | | AB | 369 00 | 1 | | NPI | |
| 5 | 07 23 20 | 07 23 20 | 11 | | 97750 | | AB | 315 00 | 1 | | NPI | |
| 6 | 07 23 20 | 07 23 20 | 11 | | 92552 | | AB | 270 00 | 1 | | NPI | |

**25. FEDERAL TAX I.D. NUMBER**   SSN ☐ EIN ☐
843511437

**26. PATIENT'S ACCOUNT NO.**

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back)
☒ YES   ☐ NO

**28. TOTAL CHARGE**
$ 2862 00

**29. AMOUNT PAID**
$

**30. Rsvd for NUCC Use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS**
(I certify that the statements on the reverse apply to this bill and are made a part thereof.)
*Topple Diagnosic*   Verified by PDFFiller   07/28/2020
SIGNED   DATE 07/23/2020

**32. SERVICE FACILITY LOCATION INFORMATION**
Atlas Medical Diagnostics
1310 Hubbard Rd
Signal Mtn TN 37377
a. NPI   b.

**33. BILLING PROVIDER INFO & PH #** ( 423 ) -541-3185
Atlas Medical Diagnostics
1310 Hubbard Rd
Signal Mtn TN 37377
a. NPI   b.

NUCC Instruction Manual available at: www.nucc.org   **PLEASE PRINT OR TYPE**   APPROVED OMB-0938-1197 FORM 1500 (02-12)

PATIENT AND INSURED INFORMATION

PHYSICIAN OR SUPPLIER INFORMATION



Alexander Shunnarh & Associates 715
Peachtree St W Ste 100 & 200
Atlanta, GA 30308

**CARRIER**

# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | PICA | | | | | | | PICA | |

1. MEDICARE ☐ (Medicare#)  MEDICAID ☐ (Medicaid#)  TRICARE ☐ (ID#/DoD#)  CHAMPVA ☐ (Member ID#)  GROUP HEALTH PLAN ☒ (ID#)  FECA BLK LUNG ☐ (ID#)  OTHER ☐ (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1): N A

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): McCowan Ashia

3. PATIENT'S BIRTH DATE ███ SEX M☐ F☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial): McCowan Ashia

5. PATIENT'S ADDRESS (No., Street): ███

6. PATIENT RELATIONSHIP TO INSURED: Self ☒ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street): ███

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial):

10. IS PATIENT'S CONDITION RELATED TO:
a. EMPLOYMENT? (Current or Previous) YES ☐ NO ☒
b. AUTO ACCIDENT? YES ☐ NO ☒ PLACE (State)
c. OTHER ACCIDENT? YES ☒ NO ☐

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. INSURED'S DATE OF BIRTH: MM DD YY  SEX M☐ F☒

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

c. INSURANCE PLAN NAME OR PROGRAM NAME: Jeff Alexander

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES ☐ NO ☒ If yes, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE: Signature on File  Verified by PDFFiller 03-23-2020 00:00  DATE 07/23/2020

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE: Signature on File  Verified by PDFFiller 03-23-2020 00:00

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP): 03 28 2020 QUAL. 431

15. OTHER DATE QUAL. 454 MM DD YY

16. DATES PATIENT UNABLE TO WORK: FROM — TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE  17a. 17b. NPI

18. HOSPITALIZATION DATES: FROM — TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? YES ☐ NO ☒  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY: A. R26 89  B. R42 00  ICD Ind.

22. RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24.A DATE(S) OF SERVICE From / To | B. PLACE OF SERVICE | C. EMG | D. CPT/HCPCS MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 07 23 20 07 23 20 | 11 | | 92550 | AB | 198 00 | 1 | | NPI | |
| 07 23 20 07 23 20 | 11 | | 92588 | AB | 297 00 | 1 | | NPI | |
| 07 23 20 07 23 20 | 11 | | 92585 | AB | 1179 00 | 1 | | NPI | |
| 07 23 20 07 23 20 | | | 92585 | AB | 1179 00 | 1 | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER: 843511437  SSN ☐ EIN ☐

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? YES ☒ NO ☐

28. TOTAL CHARGE: $ 2853 00

29. AMOUNT PAID: $

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: Topple Diagnosic  Verified by PDFFiller 03-24-2020 00:00  07/28/2020

32. SERVICE FACILITY LOCATION INFORMATION: Atlas Medical Diagnostics  1310 Hubbard Rd  Signal Mtn TN 37377

33. BILLING PROVIDER INFO & PH #: (423) -541-3185  Atlas Medical Diagnostics  1310 Hubbard Rd  Signal Mtn TN 37377

NUCC Instruction Manual available at: www.nucc.org    PLEASE PRINT OR TYPE    APPROVED OMB-0938-1197 FORM 1500 (02-12)

# EXHIBIT J

# Hamilton Medical Center

*PO Box 1168, Dalton, Georgia 30722-1168  (706) 272-6180*
**Radiology Services**

MCCOWAN,ASHIA

███████████████████████

MR/RAD #: **00085156**/*00085156*
ADMIT #:  **101945375**
HOSP/SVC:      **EMR**
ORDER DATE:   **Mar 28 2020  8:34P**
ROOM #:          **ECD-RM2301**
REF #: **4096558**

**Ordering Dr:  ALEXANDER SIKES MD**
**Attending Dr:  ALEXANDER SIKES MD**

---

### ***Final Report***
**REASON FOR EXAM:  L wrist pain after FOOSH, include schaphoid views, please**

**PROCEDURE:       DIA 1300 -  - LEFT XR WRIST MIN 3 VIEWS - Mar 28 2020  9:07PM**

RESULT:
  Fall, wrist pain.

TECHNIQUE:  Three views, frontal, lateral and oblique views of the left
wrist were obtained.

FINDINGS:  Alignment is normal and no fracture is identified. Joint spaces
are preserved. If there is high clinical concern for fracture of the
scaphoid, then followup radiographs or MRI is recommended.

IMPRESSION:
Negative study.

PM/sw
Job#12481311

---

**INTERPRETED BY:  PATRICK MINOR M.D. on Mar 28 2020  9:19P**
**SIGNED BY:          PATRICK MINOR M.D. on Mar 28 2020 10:03P**

*MMM Mar 28 2020  9:44P*

# Hamilton Medical Center

*PO Box 1168, Dalton, Georgia 30722-1168   (706) 272-6180*
**Radiology Services**

**MCCOWAN,ASHIA**

███████████████████████████████████

**Ordering Dr: ALEXANDER SIKES MD**
**Attending Dr: ALEXANDER SIKES MD**

MR/RAD #: **00085156**/*00085156*
ADMIT #:  **101945375**
HOSP/SVC:      **EMR**
ORDER DATE:   **Mar 28 2020  8:34P**
ROOM #:           **ECD-RM2301**
REF #: **4096558**

---

### ***Final Report***
**REASON FOR EXAM:  L wrist pain after FOOSH, include schaphoid views, please**

**PROCEDURE:       DIA 1493 -  - RIGHT XR KNEE 3 VIEWS - Mar 28 2020  9:07PM**

RESULT:
 Fall, knee pain.

TECHNIQUE:  Three views, frontal, lateral and oblique views of the right
knee were obtained.

FINDINGS:  Alignment is normal.  There is no fracture or joint effusion.
Radiopaque density overlies the suprapatellar bursa on the lateral view
measuring up to 4 mm with tiny 1-2 mm densities also noted which may be
artifact or small bodies in the joint space and likely chronic.

IMPRESSION:
No acute findings with possible bodies in the joint noted.


PM/sw
Job#12481310

---

**INTERPRETED BY:  PATRICK MINOR M.D. on Mar 28 2020  9:18P**
**SIGNED BY:          PATRICK MINOR M.D. on Mar 28 2020 10:03P**

*MMM Mar 28 2020  9:43P*

# Hamilton Medical Center

*PO Box 1168, Dalton, Georgia 30722-1168 (706) 272-6180*
**Radiology Services**

**MCCOWAN,ASHIA**

**MR/RAD #: 00085156/**_00085156_
**ADMIT #: 101945375**
**HOSP/SVC:**    **EMR**
**ORDER DATE:**   Mar 28 2020  8:34P
**ROOM #:**        **ECD-RM2301**
**REF #: 4096558**

**Ordering Dr: ALEXANDER SIKES MD**
**Attending Dr: ALEXANDER SIKES MD**

---

### ***Final Report***

**REASON FOR EXAM: L wrist pain after FOOSH, include schaphoid views, please**

**PROCEDURE:**     **DIA 1400 - - LEFT XR ANKLE MIN 3 VIEWS - Mar 28 2020  9:07PM**

RESULT:
  Fall, ankle pain.

TECHNIQUE: Three views, frontal, lateral and oblique views of the left ankle were obtained.

FINDINGS: Alignment is normal. There is no fracture or dislocation. Joint spaces are well preserved. No joint effusion is noted. Soft tissues are unremarkable. Enthesophytes of the calcaneus present.

IMPRESSION:
Negative study.


PM/sw
Job#12481309

---

**INTERPRETED BY: PATRICK MINOR M.D. on Mar 28 2020  9:18P**
**SIGNED BY:**       **PATRICK MINOR M.D. on Mar 28 2020 10:03P**

*MMM Mar 28 2020  9:41P*

**Orders Report**

| | | | |
|---|---|---|---|
| **Pt Name:** | McCowan, Ashia T | **MRN:** | 85156 |
| **Pt ID:** | 2010181578 | **Acct No :** | 101945375 |
| **DOB:** | ▓▓▓▓▓▓ | **Age/Sex:** | ▓▓▓▓▓ |
| **Adm DTime:** | 03/28/2020 | **Atn Dr:** | Sikes, Alexander MD |
| **Dsch DTime:** | 03/28/2020 | | |
| **Entity:** | Hamilton Medical Center | | |
| **Dx:** | | | |

## Order Type: Radiology
### Order Sub Type: DX Radiology

| Ord No | Str / End DTime | Order as Written | Ord Status | Electronically Signed-By / Co-Signed By |
|---|---|---|---|---|
| 26537189 | 03/28/20 20:34 | XR Ankle AP LAT Obliq 3 View Min - Left for slip and fall, lat mal swelling Stat | Complete | |
| | 03/28/20 20:34 | | | 03/28/2020 20:34 |
| Ordered By: Alexander J Sikes,MD | | | | |

Comments: left

| Ord No | Str / End DTime | Order as Written | Ord Status | Electronically Signed-By / Co-Signed By |
|---|---|---|---|---|
| 26537190 | 03/28/20 20:34 | XR Knee 3 Views - Right for slip and fall, R infrapatellar area pain Stat | Complete | |
| | 03/28/20 20:34 | | | 03/28/2020 20:34 |
| Ordered By: Alexander J Sikes,MD | | | | |

Comments: right

| Ord No | Str / End DTime | Order as Written | Ord Status | Electronically Signed-By / Co-Signed By |
|---|---|---|---|---|
| 26537201 | 03/28/20 20:34 | XR Wrist 3 or More Views - Left for L wrist pain after FOOSH, include schaphoid views, please Stat | Complete | |
| | 03/28/20 20:34 | | | 03/28/2020 20:34 |
| Ordered By: Alexander J Sikes,MD | | | | |

Comments: left

## Order Type: Medication/IV
### Order Sub Type:

| Ord No | Str / End DTime | Order as Written | Ord Status | Electronically Signed-By / Co-Signed By |
|---|---|---|---|---|
| 26537193 | 03/28/20 20:34 | ACETAMINOPHEN (TYLENOL 325 MG (GEN)) 650 MG = 2 TABLETS PO TABLET ONCE STAT, Clinician Dir:*** ORDER ORIGINATED IN ED **; INDICATION: PAIN | Validated | |
| | 03/28/20 20:34 | | | 03/28/2020 20:35 |
| Ordered By: Alexander J Sikes,MD | | | | |

| Ord No | Str / End DTime | Order as Written | Ord Status | Electronically Signed-By / Co-Signed By |
|---|---|---|---|---|
| 26537194 | 03/28/20 20:34 | IBUPROFEN (MOTRIN) 600 MG = 1 TABLET PO TABLET ONCE STAT, Clinician Dir:*** ORDER ORIGINATED IN ED **; INDICATION: PAIN | Validated | |
| | 03/28/20 20:34 | | | 03/28/2020 20:35 |
| Ordered By: Alexander J Sikes,MD | | | | |

| Ord No | Str / End DTime | Order as Written | Ord Status | Electronically Signed-By / Co-Signed By |
|---|---|---|---|---|
| 26537195 | 03/28/20 20:34 | LORTAB=NORCO 5/325 (HYDROCODONE-APAP 5/325 MG) 1 TABLET = 1 TABLET PO TABLET ONCE STAT, Clinician Dir:*** ORDER ORIGINATED IN ED **; INDICATION: PAIN | Validated | |
| | 03/28/20 20:34 | | | 03/28/2020 20:35 |
| Ordered By: Alexander J Sikes,MD | | | | |

**Pt. Name:** McCowan, Ashia T     **MRN:** 85156     Orders Report

**Entity:** Hamilton Medical Center     Page 1 of 2     ORE_0149_HMC_DSCH_v03a.rpt versio

**Adm Date:** 03/28/2020     **Generated By:** Workflow

© 2003-2020 Siemens Medical Solutions USA, Inc. All rights reserved.     **Generated On:** 29-Mar-20 13:45

Crystal Reports © 2020 Business Objects SA. All rights reserved.

*Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time*

**Orders Report**

| | | | | |
|---|---|---|---|---|
| **Pt Name:** | McCowan, Ashia T | | **MRN:** | 85156 |
| **Pt ID:** | 2010181578 | | **Acct No :** | 101945375 |
| **DOB:** | ███████████ | | **Age/Sex:** | ████████ |
| **Adm DTime:** | 03/28/2020 | | **Atn Dr:** | Sikes, Alexander MD |
| **Dsch DTime:** | 03/28/2020 | | | |
| **Entity:** | Hamilton Medical Center | | | |
| **Dx:** | | | | |

**Order Type: Medication/IV**
    **Order Sub Type:**

| Ord No | Str / End DTime | Order as Written | Ord Status | Electronically Signed-By / Co-Signed By |
|---|---|---|---|---|

© 2003-2020 Siemens Medical Solutions USA, Inc. All rights reserved.
Crystal Reports © 2020 Business Objects SA. All rights reserved.

*Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time*

**Hamilton Medical Center - Emergency Department**
1200 Memorial Dr | PO Box 1168          **EDM Code: ER0170**
Dalton, Georgia 30722-1168 - (706) 278-2105

**Patient: Mccowan, Ashia Tanish**
**Med Rcrd: 0085156**

**Disposition Summary** (for discharged patient; English)
Patient: Mccowan, Ashia Tanish
Mailing Address
City

Arrival: 3/28/2020 1953                    Disposition: Home
Dispo Summary Printed: 3/28/2020 2113      Condition at Dispo: Stable
                                           Rm (last):

RN Triage: Rose C. R.N.                     MD ED: Sikes, Alexander J., M.D.
RN Eval: Rose C. R.N.                       MLP:

PMD: Priority Care                          PMD Ph: (706) 226-2273
Chief Cmplnt: Fall At Walmart Pain To Rt Knee & Left Ankle; No Obvious Def

| Orders | | | |
|---|---|---|---|
| Order | Req D/T | In Prog D/T | Comp D/T |
| Tylenol 650mg (2 tablets of 325mg/tablet) by mouth once, Indication: pain | 3/28/2020 2034 | 3/28/2020 2037 | 3/28/2020 2044 |
| Ibuprofen 600mg (1 tablet of 600mg/tablet) by mouth once, Indication: pain | 3/28/2020 2034 | 3/28/2020 2037 | 3/28/2020 2044 |
| Lortab 5/325 1 tablet (5mg/tablet) by mouth once, Indication: pain | 3/28/2020 2034 | 3/28/2020 2038 | 3/28/2020 2044 |
| XR ANKLE - AP/LAT, OBLIQ | 3/28/2020 2034 | 3/28/2020 2101 | 3/28/2020 2101 |
| XR KNEE 3 VIEWS | 3/28/2020 2034 | 3/28/2020 2101 | 3/28/2020 2101 |
| XR WRIST 3 VIEWS-AP,LAT OBLIQ | 3/28/2020 2034 | 3/28/2020 2101 | 3/28/2020 2101 |
| SPLINT, L wrist thumb spica | 3/28/2020 2110 | | |
| ACE WRAP Comment: R knee | 3/28/2020 2110 | | |
| ACE WRAP Comment: L ankle | 3/28/2020 2110 | | |
| AIR SPLINT Comment: L ankle | 3/28/2020 2110 | | |
| CRUTCHES | 3/28/2020 2110 | | |

Dx 1: Contusion L wrist                                        Engl Dx 1:
Dx 2: subtle lucency on XR in left scaphoid bone which could    Engl Dx 2:
      represent a fracture
Dx 3: right anterior knee infrapatellar contusion             Engl Dx 3:
Dx 4: left ankle sprain                                        Engl Dx 4:
Surg/Proc/Tst 1: Broken Wrist                                  Engl S/P/T BROKWRST.ESW
Rx 1: Norco (Acetaminophen 325mg / Hydrocodone Bitartrate 5mg)
      5mg/tablet
      1 tablet by mouth every 4-6 hrs as needed for pain (max 8 tablets per day)
      #18 tablets

**Disposition**
Follow-up 1: Priority Care                    F/U MD Ph: (706) 226-2273
             1000 Riverbirch Parkway          F/U MD Fax: (706) 217-6543

**Hamilton Medical Center - Emergency Department**
1200 Memorial Dr | PO Box 1168
Dalton, Georgia 30722-1168 - (706) 278-2105

**EDM Code: ER0170**

Patient: Mccowan, Ashia Tanish
Med Rcrd: 0085156

|  |  |  |  |
|---|---|---|---|
| Dalton | Ga | 30721 | |

Follow-up 1 Date:

Follow-up 2: Reed, Dale N. M.D.           F/U 2 MD Ph: (706) 226-5533
Assoc. In Orthopedics & Sports Medicine           F/U 2 MD Fax: (706) 428-0033
1104 Professional Blvd
Dalton      Ga      30720

Follow-up 2 Date: Call Monday morning for appointment.

Other Instr:
Restrictions:

Critical Care Time: none

101945375   23LB01 03/28/2020 OP
McCowan, Ashia Tani      EMR
Physician, On Duty

---

## MY SIGNATURE BELOW INDICATES:

> I have received and understood the oral instructions regarding my current medical problem.
> I will arrange follow-up care as instructed above.
> I acknowledge receipt of the written instructions as outlined on this and any previous page(s).
  I will read and review these instructions.
> I understand that a copy of the medical record is available to the practitioner or medical organization providing follow-up
care, treatment, and services.

X                                    X                                    X
*Patient (or Legal Guardian) ................................... Signature* Staff (Witness) Signature ......................*Driver*

**Hamilton Medical Center - Emergency Department**  **Patient: Mccowan, Ashia Tanish**
**1200 Memorial Dr | PO Box 1168**  **Pt Accnt: 101945375**
**Dalton, Georgia 30722-1168 - (706) 278-2105**

## ED RECORD (FINAL COPY)

| | | | |
|---|---|---|---|
| Patient: Mccowan, Ashia Tanish | Age/DO█ | Sex: F | |
| | A█ | | Med Rcrd: 0085156 |

| | |
|---|---|
| Mailing Address | Arrival (HIS): 3/28/2020 1953 |
| Mailing Othe█ | Dispo Summary Printed 3/28/2020 2113 |
| City█ | ED Record Printed: |
| State█ | Initial Provider Contact: 3/28/2020 2029 |
| Mode of Arrival | |
| MD ED: Sikes, Alexander J., M.D. | RN Eval: Rose C. R.N. |
| MLP: | PMD: Priority Care |

### RN/Triage

Chief Cmplnt: Fall At Walmart Pain To Rt Knee & Left Ankle; No Obvious Def
Pt Height: 63 in (160 cm)          Pt Weight: 86.2 kg (190 lbs)

### PMH

| Condition |
|---|
| none |

### PSH

| Procedure |
|---|
| Tubal ligation |
| Hysterectomy |
| Exploration of laparotomy site |

### Medications Triage

| Medication | Last Dose | Instructions | Reviewed By | Reviewed |
|---|---|---|---|---|
| Estrogens 10mg by mouth daily | | | | |

### Allergies

| Allergic Substance | Reaction-Severity | Entered |
|---|---|---|
| Amoxicillin | | 3/28/2020 2002 |

**Hamilton Medical Center - Emergency Department**  **Patient:** Mccowan, Ashia Tanish
1200 Memorial Dr | PO Box 1168    **Pt Accnt:** 101945375
Dalton, Georgia 30722-1168 - (706) 278-2105

Acuity: 4_____    Precautions: Standard Precautions_____

## Vital Signs

| Sys | Dia | Mean | Puls | Resp | SAT | O2 De | Temp (F | Route | Pain Scale | Quality of F | Onset | Location | Taken at | User Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 155 | 82 | | 81 | 17 | 98% | RA | 98.1 | oral | | | | | 3/28/2020 1958 | Caliguri, Rose R.N. |
| 143 | 85 | | 78 | 16 | 99% | RA | 98 | | | | | | 3/28/2020 2140 | Caliguri, Rose R.N. |

Caliguri, Rose R.N.   Created: 3/28/2020 1957   Last Entry: 2104

**NURSING TRIAGE (Adult)**

**HPI:** PT SLIP & FALL ON FLOOR IN CHECKOUT AREA AT WALMART; No obvious deformities noted; pain to rt knee & left ankle; no redness or swelling to sites; pt added left wrist pain when dr in to see.

**INFECTIOUS DISEASE SCREEN:**

**Have you recently:**

(-) traveled outside the United States

(-) been in close contact with someone that has traveled outside the United States

(-) been in close contact with someone that has tested positive for CoVid 19

**Do you have any of the following symptoms?**

(-) cough

(-) fever

(-) shortness of breath

(-) runny nose

**FOCUSED ASSESSMENT:**

PELVIS: no pelvic tenderness, (-)pelvic instability, (-)direct genital trauma, (-)urethral blood, (-)gross hematuria.

NECK: supple, No neck tenderness.

MENTAL STATUS: speech clear, oriented X 3, normal affect, responds appropriately to questions.

HEART: normal rate, normal rhythm, normal S1, normal S2, (-)S3, (-)S4, no murmur, no rub.

CHEST WALL: no chest tenderness.

EXTREMITIES: good pulses on all extremities, left ankle & rt knee pain, No edema, No redness or discoloration of areas

**Past Medical History (See PMH Table)**

**Past Surgical History (See PSH Table)**

**SH:** no tobacco, no alcohol, no drugs. SMOKING STATUS: none

**FH:** (-) CAD, (-) MI, (-) DM, (-) CVA, (-) HTN.

**TRIAGE DATA:**

(+) Educated patient on the pain scale.

Pain Assessment: **SEE VITAL SIGN TABLE**

Last Tetanus: unknown

LMP: N/A

**C-SSRS SCREEN:**

**In the last month** have you wished you were dead or wished you could go to sleep and not wake up? no    (If yes, provide Mental Health resources at discharge)

**In the last month** have you had actual thoughts of killing yourself?    If yes, complete C-SSRS Triage/Admission Screen form.

Have you ever done anything, started to do anything, or prepared to do anything to end your life?    If yes, Was this within the past 3 months?    If answer is yes, complete the C-SSRS Triage/Admission Screen form.

**C-SSRS:** No Risk

**TRAVEL ASSESSMENT -** Have you traveled internationally or been exposed to someone who has traveled outside the

**Hamilton Medical Center - Emergency Department**          **Patient: Mccowan, Ashia Tanish**
**1200 Memorial Dr | PO Box 1168**                          **Pt Accnt: 101945375**
**Dalton, Georgia 30722-1168 - (706) 278-2105**

United States within the last 21 days? No.
(-) Recent inability to perform ADLs; eating, bathing, dressing
(-)Recent change in appetite or weight
FALL RISK: (+)Patient screened for fall risk (-)unable to stand without assistance (-)uses an assistance device for
  ambulation (-)recent fall (-)weakness (-)dizziness (-)loss of balance (-)currently on medication that alters mental status or
  alertness (-)has problems with elimination
Fall Interventions: None
(-)Possession of a weapon or item(s) that could be used as a weapon.
**LEARNING NEEDS ASSESSED:** Learns best by: (+) verbal instructions, (+) written instructions, (-) demo/return demo,
  (-) audio/visual
**PATIENT'S PREFERRED LANGUAGE:** English
LEARNING\COMMUNICATION BARRIERS: None
**ABUSE SCREEN:**
(-) General appearance shows signs of neglect
(-) Unexplained bruises or signs of unexplained trauma
(-) Interaction with family is withdrawn or fearful
(-) Has recently been hurt or threatened by someone close
If any are yes, notify clinical manager and ED provider.
Do you have an indwelling vascular access? no
**HAVE YOU HAD THE PNEUMOVAX VACCINE? no IF YES, WHEN?** month day year
**HAVE YOU HAD THE FLU VACCINE? yes IF YES, WHEN?** September 1 2019
Are you currently undergoing or have you undergone chemotherapy or radiation treatments? no If yes, when was last
treatment? month day year
ADVANCE DIRECTIVE: Do you have an advanced directive? no If yes, is it on file here? no
Has patient been admitted to any hospital in the last 30 days? no
Home health care: no If yes, which agency: home health agency
**Sepsis Screen:**
Patient has suspected or documented infection? no
(-)Temp >100.9 or <96.8
(-) Heart rate >90
(-) Respiratory rate =/>21
(-) SBP < 90, MAP < 65 or drop of > 40 in SBP
If suspected infection is yes and 2 of the above are positive, Early Sepsis Bundle ordered and Sepsis Checklist placed on
chart
If Early Sepsis Bundle was not ordered, spoke with ED Provider.
**PREHOSPITAL CARE:** None
**NURSING INTERVENTION:** None.

Caliguri, Rose R.N.   Created: 3/28/2020 2047   Last Entry: 2048
Order(s) performed by "Nurse":
- **3/28/2020 2044 - Tylenol 650mg (2 tablets of 325mg/tablet) by mouth once, Indication: pain - Gave 2 tablets,**
  **Identified with 2 identifiers, allergies verified with: patient, prior to administering medication.**
- **3/28/2020 2044 - Ibuprofen 600mg (1 tablet of 600mg/tablet) by mouth once, Indication: pain - Gave 1 tablet,**
  **Identified with 2 identifiers, allergies verified with: patient, prior to administering medication.**
- **3/28/2020 2044 - Lortab 5/325 1 tablet (5mg/tablet) by mouth once, Indication: pain - Gave 1 tablet, Identified**
  **with 2 identifiers, allergies verified with: patient, prior to administering medication.**
Order Notes:
Patient transported without RN accompanying to xray via stretcher escorted by technician.

Caliguri, Rose R.N.   Created: 3/28/2020 2216   Last Entry: 2220
Order(s) performed by "Nurse":
- SPLINT, L wrist thumb spica
- ACE WRAP Comment: L ankle
- ACE WRAP Comment: R knee
- AIR SPLINT Comment: L ankle
- CRUTCHES
Order Notes:
3/28/2020 2216 - Late note - 2135 all below done

SPLINT - - A Ace Wrap was applied by Caliguri, Rose R.N. to the left lateral ankle. Pulse-motor-sensory intact post
  application. The patient verbalized full understanding of how to care for injured extremity with splint. The splint was
  inspected and approved by Sikes Alexander M.D..
CRUTCH WALKING - Crutches adjusted to patient height. Instructions given on correct crutch walking and weight bearing
  through hands. Patient verbalized understanding and performed successful return demonstration.
SPLINT - - A Ace Wrap was applied by Caliguri, Rose R.N. to the right knee. Pulse-motor-sensory intact post application.
  The patient verbalized full understanding of how to care for injured extremity with splint. The splint was inspected and
  approved by Sikes Alexander M.D..
SPLINT - - A thumb spica splint/packaged was applied by Caliguri, Rose R.N. to the left hand. Pulse-motor-sensory intact
  post application. The patient verbalized full understanding of how to care for injured extremity with splint. The thumb spica
  splint was inspected and approved by Sikes Alexander M.D..

Caliguri, Rose R.N.  Created: 3/28/2020 2310  Last Entry: 2312

Nurse Note:
DISCHARGE with Prescription(s) - Plan of care discussed with patient. Patient discharged with printed instructions.
  Prescriptions given to. Reviewed prescribed medications with patient; including potential interactions with other
  substances. patient verbalized understanding and ability to comply.
Pain Scale: 2
LEARNING\COMMUNICATION BARRIERS: None.
MEDICAL DRIVING RESTRICTIONS: None. Had pain meds, husband driving home
 Patient Left ED at 3/28/2020 2235.
3/28/2020 2312 - Late note - dc at 2235.had to take pt to lobby & wait with pt until husband arrived to drive home

**MD Chart**

H+P Template: Trauma L3 _____     MD ED Name Entered: 3/28/2020 2013 ____
Condition at Dispo: Stable _____     Critical Care Time: none _____

Orders

| Order | Req D/T | In Prog D/T | Comp D/T |
| --- | --- | --- | --- |
| Tylenol 650mg (2 tablets of 325mg/tablet) by mouth once, Indication:_pain | 3/28/2020 2034 | 3/28/2020 2037 | 3/28/2020 2044 |
| Ibuprofen 600mg (1 tablet of 600mg/tablet) by mouth once, Indication:_pain | 3/28/2020 2034 | 3/28/2020 2037 | 3/28/2020 2044 |
| Lortab 5/325 1 tablet (5mg/tablet) by mouth once, Indication:_pain | 3/28/2020 2034 | 3/28/2020 2038 | 3/28/2020 2044 |
| XR ANKLE - AP/LAT, OBLIQ | 3/28/2020 2034 | 3/28/2020 2101 | 3/28/2020 2141 |
| XR KNEE 3 VIEWS | 3/28/2020 2034 | 3/28/2020 2101 | 3/28/2020 2143 |
| XR WRIST 4 VIEWS-AP,LAT OBLIQ | 3/28/2020 2034 | 3/28/2020 2101 | 3/28/2020 2144 |
| SPLINT, L wrist thumb spica | 3/28/2020 2110 | 3/28/2020 2127 | 3/28/2020 2215 |
| ACE WRAP Comment:_R_knee | 3/28/2020 2110 | 3/28/2020 2127 | 3/28/2020 2216 |
| ACE WRAP Comment:_L_ankle | 3/28/2020 2110 | 3/28/2020 2127 | 3/28/2020 2216 |
| AIR SPLINT Comment:_L_ankle | 3/28/2020 2110 | 3/28/2020 2127 | 3/28/2020 2216 |
| CRUTCHES | 3/28/2020 2110 | 3/28/2020 2128 | 3/28/2020 2216 |

Sikes, Alexander J., M.D.  Created: 3/28/2020 2053  Last Entry: 2106

Code with intra-

**PHYSICIAN H&P**
Initial Provider Contact 3/28/2020 2034
**HPI:** CC: Pain after slip and fall at Local retail store.\

Patient states that approximately 1 hour prior to arrival, she was shopping at a local retail establishment. She tripped and fell. She states that she feels like her left ankle turned inward. Pain at lat mal with some swelling. Sts fell onto front of R knee. Mild pain there. Also, FOOSh to L wrist with pain at medial and lateral wrist.
No open wounds.
No recent illness.

**ROS:** other than above, (-)neck pain, (-)chest pain, (-)abdominal pain, (-)LOC, (-)headache. all other systems neg except as noted.
**Past Medical History (See PMH Table)**
**Past Surgical History (See PSH Table)**

**SH:** no tobacco, no alcohol, no drugs. SMOKING STATUS: none
**FH**: (-) CAD, (-) MI, (-) DM, (-) CVA, (-) HTN.

**PHYSICAL EXAM:**
GENERAL APPEARANCE: well nourished, alert, cooperative, no obvious discomfort.
VITALS: Unremarkable.
PULSE OXIMETRY: 98% on RA.
HEAD: no swelling\tenderness on the head.
EYES: conjunctiva clear.
MOUTH: no lacerations inside mouth.
NECK: no neck tenderness.
BACK: no back tenderness.
LUNGS: no wheezing, no rales, good air exchange bilateral.
HEART: normal rate, normal rhythm, normal S1, normal S2, no murmur, no rub.
ABDOMEN: normal BS, soft, no abd tenderness, (-)guarding, no abd masses.
EXTREMITIES: good pulses all extremities, no abrasions\lacerations in the extremities, no swelling\tenderness in the extremities except mild edema and tenderness of L lat mal. Pain with inversion or eversion. NROM in plantar and dorsiflexion. There is no proximal fibular tenderness. Mild tenderness with no visual findigns of R infrapatellar knee. Apparent NROM there. L wrist tender without swelling. ROM limited by pain there. No anatomical snuffbox tenderness.
SKIN: warm, dry, good color.
NEURO: motor intact, sensory intact.
MENTAL STATUS: speech clear, oriented X 3, responds appropriately to questions.
**DIFFERENTIAL Dx:**
**DATA REVIEWED:**
(+)Nursing History Reviewed and Extended

Sikes, Alexander J., M.D.  Created: 3/28/2020 2102  Last Entry: 2104
MD Note: Will eval for bony trauma.

Sikes, Alexander J., M.D.  Created: 3/28/2020 2104  Last Entry: 2108
Results Reviewed by ED Physician:
XR ANKLE - AP/LAT, OBLIQ
XR KNEE 3 VIEWS
XR WRIST 4 VIEWS-AP, LAT OBLIQ
MD Note: X-ray of left ankle read by me as no fracture or dislocation.
X-ray of right knee read by me as no acute fracture. No significant effusion identified.
XR of L wrist read by me as ? subtle lucency transversly in scaphoid bone

Sikes, Alexander J., M.D.  Created: 3/28/2020 2113  Last Entry: 2202
MD Note:
SPLINT L wrist - - A thhumb spica velcro splint was applied by nursing staff to the L wrist. Pulses intact, motor intact, sensory intact, post application. The patient verbalized full understanding of how to care for injured extremity with splint.
SPLINT L ankle - - A ace wrap to L ankle with air splint was applied by nursing staff to the L ankle. Pulses intact, motor intact, sensory intact, post application. The patient verbalized full understanding of how to care for injured extremity with splint.

Sikes, Alexander J., M.D.  Created: 3/28/2020 2144  Last Entry: 2144
Results Reviewed by ED Physician:
XR ANKLE - AP/LAT, OBLIQ

**Hamilton Medical Center - Emergency Department**
**1200 Memorial Dr | PO Box 1168**
**Dalton, Georgia 30722-1168 - (706) 278-2105**

Patient: <b>Mccowan, Ashia Tanish</b><br>Pt Accnt: <b>101945375</b>

XR KNEE 3 VIEWS

Sikes, Alexander J., M.D.   Created: 3/28/2020 2146   Last Entry: 2146
Results Reviewed by ED Physician:
XR WRIST 4 VIEWS-AP,LAT OBLIQ

Sikes, Alexander J., M.D.   Created: 3/28/2020 2216   Last Entry: 2216
Results Reviewed by ED Physician:
XR ANKLE - AP/LAT, OBLIQ
XR KNEE 3 VIEWS
XR WRIST 4 VIEWS-AP,LAT OBLIQ

Sikes, Alexander J., M.D.   Created: 3/28/2020 2141   Last Entry: 2141
Patient: MCCOWAN, ASHIA TANISH ; Date/Time: 3/28/2020 2107 ; 28587164 ; 4096556 ; ;
- - - - - - XR ANKLE MIN 3 VIEWS - - - - - -
- - - PRELIMINARY RESULTS - - -
Ordering MD: ALEXANDER SIKES MD

***Preliminary Report***
REASON FOR EXAM: L wrist pain after FOOSH, include schaphoid views,
please
PROCEDURE: DIA 1400 - - LEFT XR ANKLE MIN 3 VIEWS - Mar 28 2020 9:07PM
RESULT:
Fall, ankle pain.
TECHNIQUE: Three views, frontal, lateral and oblique views of the left
ankle were obtained.
FINDINGS: Alignment is normal. There is no fracture or dislocation.
Joint spaces are well preserved. No joint effusion is noted. Soft
tissues
are unremarkable. Enthesophytes of the calcaneus present.
IMPRESSION:
Negative study.
PM/sw
Job#12481309

Interpreted by: PATRICK MINOR M.D. Mar 28 2020 9:18P
******************************************************************************

*** NOTE: Additional Information is Available in the Sections Below.

Sikes, Alexander J., M.D.   Created: 3/28/2020 2141   Last Entry: 2141
Patient: MCCOWAN, ASHIA TANISH ; Date/Time: 3/28/2020 2107 ; 28587164 ; 4096556 ; ;
- - - - - - XR ANKLE MIN 3 VIEWS - - - - - -
- - - PRELIMINARY RESULTS - - -
Ordering MD: ALEXANDER SIKES MD

***Preliminary Report***
REASON FOR EXAM: L wrist pain after FOOSH, include schaphoid views,
please
PROCEDURE: DIA 1400 - - LEFT XR ANKLE MIN 3 VIEWS - Mar 28 2020 9:07PM
RESULT:
Fall, ankle pain.
TECHNIQUE: Three views, frontal, lateral and oblique views of the left
ankle were obtained.

FINDINGS: Alignment is normal. There is no fracture or dislocation.
Joint spaces are well preserved. No joint effusion is noted. Soft tissues
are unremarkable. Enthesophytes of the calcaneus present.
IMPRESSION:
Negative study.
PM/sw
Job#12481309

Interpreted by: PATRICK MINOR M.D. Mar 28 2020 9:18P
**********************************************************************

*** NOTE: Additional Information is Available in the Sections Below.
Sikes, Alexander J., M.D.   Created: 3/28/2020 2143   Last Entry: 2143
Patient: MCCOWAN, ASHIA TANISH ; Date/Time: 3/28/2020 2107 ; 28587165 ; 4096557 ; ;
- - - - - - XR KNEE 3 VIEWS - - - - - -
- - - PRELIMINARY RESULTS - - -
Ordering MD: ALEXANDER SIKES MD

***Preliminary Report***
REASON FOR EXAM: L wrist pain after FOOSH, include schaphoid views,
please
PROCEDURE: DIA 1493 - - RIGHT XR KNEE 3 VIEWS - Mar 28 2020 9:07PM
RESULT:
Fall, knee pain.
TECHNIQUE: Three views, frontal, lateral and oblique views of the right
knee were obtained.
FINDINGS: Alignment is normal. There is no fracture or joint effusion.
Radiopaque density overlies the suprapatellar bursa on the lateral view
measuring up to 4 mm with tiny 1-2 mm densities also noted which may be
artifact or small bodies in the joint space and likely chronic.
IMPRESSION:
No acute findings with possible bodies in the joint noted.
PM/sw
Job#12481310

Interpreted by: PATRICK MINOR M.D. Mar 28 2020 9:18P
**********************************************************************

*** NOTE: Additional Information is Available in the Sections Below.
Sikes, Alexander J., M.D.   Created: 3/28/2020 2143   Last Entry: 2143
Patient: MCCOWAN, ASHIA TANISH ; Date/Time: 3/28/2020 2107 ; 28587165 ; 4096557 ; ;
- - - - - - XR KNEE 3 VIEWS - - - - - -
- - - PRELIMINARY RESULTS - - -
Ordering MD: ALEXANDER SIKES MD

***Preliminary Report***
REASON FOR EXAM: L wrist pain after FOOSH, include schaphoid views,
please
PROCEDURE: DIA 1493 - - RIGHT XR KNEE 3 VIEWS - Mar 28 2020 9:07PM
RESULT:
Fall, knee pain.
TECHNIQUE: Three views, frontal, lateral and oblique views of the right
knee were obtained.

**Hamilton Medical Center - Emergency Department**
**1200 Memorial Dr | PO Box 1168**
**Dalton, Georgia 30722-1168 - (706) 278-2105**

**Patient: Mccowan, Ashia Tanish**
**Pt Accnt: 101945375**

FINDINGS: Alignment is normal. There is no fracture or joint effusion.
Radiopaque density overlies the suprapatellar bursa on the lateral view
measuring up to 4 mm with tiny 1-2 mm densities also noted which may be
artifact or small bodies in the joint space and likely chronic.
IMPRESSION:
No acute findings with possible bodies in the joint noted.
PM/sw
Job#12481310

Interpreted by: PATRICK MINOR M.D. Mar 28 2020 9:18P
*****************************************************************************

*** NOTE: Additional Information is Available in the Sections Below.
Sikes, Alexander J., M.D.   Created: 3/28/2020 2144   Last Entry: 2144
Patient: MCCOWAN, ASHIA TANISH ; Date/Time: 3/28/2020 2107 ; 28587171 ; 4096558 ; ;
- - - - - - XR WRIST MIN 3 VIEWS - - - - - -
- - - PRELIMINARY RESULTS - - -
Ordering MD: ALEXANDER SIKES MD

***Preliminary Report***
REASON FOR EXAM: L wrist pain after FOOSH, include schaphoid views,
please
PROCEDURE: DIA 1300 - - LEFT XR WRIST MIN 3 VIEWS - Mar 28 2020 9:07PM
RESULT:
Fall, wrist pain.
TECHNIQUE: Three views, frontal, lateral and oblique views of the left
wrist were obtained.
FINDINGS: Alignment is normal and no fracture is identified. Joint spaces
are preserved. If there is high clinical concern for fracture of the
scaphoid, then followup radiographs or MRI is recommended.
IMPRESSION:
Negative study.
PM/sw
Job#12481311

Interpreted by: PATRICK MINOR M.D. Mar 28 2020 9:19P
*****************************************************************************

*** NOTE: Additional Information is Available in the Sections Below.
Sikes, Alexander J., M.D.   Created: 3/28/2020 2144   Last Entry: 2144
Patient: MCCOWAN, ASHIA TANISH ; Date/Time: 3/28/2020 2107 ; 28587171 ; 4096558 ; ;
- - - - - - XR WRIST MIN 3 VIEWS - - - - - -
- - - PRELIMINARY RESULTS - - -
Ordering MD: ALEXANDER SIKES MD

***Preliminary Report***
REASON FOR EXAM: L wrist pain after FOOSH, include schaphoid views,
please
PROCEDURE: DIA 1300 - - LEFT XR WRIST MIN 3 VIEWS - Mar 28 2020 9:07PM
RESULT:
Fall, wrist pain.
TECHNIQUE: Three views, frontal, lateral and oblique views of the left
wrist were obtained.
FINDINGS: Alignment is normal and no fracture is identified. Joint spaces

**Hamilton Medical Center - Emergency Department**
**1200 Memorial Dr | PO Box 1168**
**Dalton, Georgia 30722-1168 - (706) 278-2105**

are preserved. If there is high clinical concern for fracture of the
scaphoid, then followup radiographs or MRI is recommended.
IMPRESSION:
Negative study.
PM/sw
Job#12481311

Interpreted by: PATRICK MINOR M.D. Mar 28 2020 9:19P
****************************************************************************

*** NOTE: Additional Information is Available in the Sections Below.

Sikes, Alexander J., M.D.   Created: 3/28/2020 2203   Last Entry: 2203
Patient: MCCOWAN, ASHIA TANISH ; Date/Time: 3/28/2020 2107 ; 28587171 ; 4096558 ; ;
- - - - - - XR WRIST MIN 3 VIEWS - - - - - -
Ordering MD: ALEXANDER SIKES MD

***Final Report***
REASON FOR EXAM: L wrist pain after FOOSH, include schaphoid views,
please
PROCEDURE: DIA 1300 - - LEFT XR WRIST MIN 3 VIEWS - Mar 28 2020 9:07PM
RESULT:
Fall, wrist pain.
TECHNIQUE: Three views, frontal, lateral and oblique views of the left
wrist were obtained.
FINDINGS: Alignment is normal and no fracture is identified. Joint spaces
are preserved. If there is high clinical concern for fracture of the
scaphoid, then followup radiographs or MRI is recommended.
IMPRESSION:
Negative study.
PM/sw
Job#12481311

Interpreted by: PATRICK MINOR M.D. Mar 28 2020 9:19P
Signed by: PATRICK MINOR M.D. Mar 28 2020 10:03P
****************************************************************************
Sikes, Alexander J., M.D.   Created: 3/28/2020 2203   Last Entry: 2203
Patient: MCCOWAN, ASHIA TANISH ; Date/Time: 3/28/2020 2107 ; 28587165 ; 4096557 ; ;
- - - - - - XR KNEE 3 VIEWS - - - - - -
Ordering MD: ALEXANDER SIKES MD

***Final Report***
REASON FOR EXAM: L wrist pain after FOOSH, include schaphoid views,
please
PROCEDURE: DIA 1493 - - RIGHT XR KNEE 3 VIEWS - Mar 28 2020 9:07PM
RESULT:
Fall, knee pain.
TECHNIQUE: Three views, frontal, lateral and oblique views of the right
knee were obtained.
FINDINGS: Alignment is normal. There is no fracture or joint effusion.
Radiopaque density overlies the suprapatellar bursa on the lateral view
measuring up to 4 mm with tiny 1-2 mm densities also noted which may be
artifact or small bodies in the joint space and likely chronic.
IMPRESSION:
No acute findings with possible bodies in the joint noted.

**Hamilton Medical Center - Emergency Department**
**1200 Memorial Dr | PO Box 1168**
**Dalton, Georgia 30722-1168 - (706) 278-2105**

**Patient: Mccowan, Ashia Tanish**
**Pt Accnt: 101945375**

PM/sw
Job#12481310

Interpreted by: PATRICK MINOR M.D. Mar 28 2020 9:18P
Signed by: PATRICK MINOR M.D. Mar 28 2020 10:03P
********************************************************

Sikes, Alexander J., M.D.  Created: 3/28/2020 2203  Last Entry: 2203
Patient: MCCOWAN, ASHIA TANISH ; Date/Time: 3/28/2020 2107 ; 28587164 ; 4096556 ; ;
- - - - - - XR ANKLE MIN 3 VIEWS - - - - - -
Ordering MD: ALEXANDER SIKES MD


***Final Report***
REASON FOR EXAM: L wrist pain after FOOSH, include schaphoid views,
please
PROCEDURE: DIA 1400 - - LEFT XR ANKLE MIN 3 VIEWS - Mar 28 2020 9:07PM
RESULT:
Fall, ankle pain.
TECHNIQUE: Three views, frontal, lateral and oblique views of the left
ankle were obtained.
FINDINGS: Alignment is normal. There is no fracture or dislocation.
Joint spaces are well preserved. No joint effusion is noted. Soft
tissues
are unremarkable. Enthesophytes of the calcaneus present.
IMPRESSION:
Negative study.
PM/sw
Job#12481309

Interpreted by: PATRICK MINOR M.D. Mar 28 2020 9:18P
Signed by: PATRICK MINOR M.D. Mar 28 2020 10:03P
********************************************************

**Dx/Instr**

Dx 1: Contusion L wrist
Dx 2: subtle lucency on XR in left scaphoid bone which could represent a fracture
Dx 3: right anterior knee infrapatellar contusion
Dx 4: left ankle sprain
Surg/Proc/Tst 1: Broken Wrist

**Procedure**
**Disposition**

Disposition: Home
Follow-up 1: Priority Care                                          Follow-up 1 Da
F/U Address: 1000 Riverbirch Parkway
City: Dalton          State: Ga     F/U MD Ph: (706) 226-2273     F/U MD Fax: (706) 217-6543

**Admitting Info**
**Prescription**

Rx 1: Norco (Acetaminophen 325mg / Hydrocodone Bitartrate 5mg)
Strength: 5mg/tablet
Directions: 1 tablet by mouth every 4-6 hrs as needed for pain (max 8 tablets per day)
Disp: #18 tablets          Refill: zer
                                          o

MD Electronic Sgntr: Sikes, Alexander J., M.D. 3/28/2020 2201
MLP Electronic Sgntr:

**Hamilton Medical Center - Emergency Department**
**1200 Memorial Dr | PO Box 1168**
**Dalton, Georgia 30722-1168 - (706) 278-2105**

**Patient: Mccowan, Ashia Tanish**
**Pt Accnt: 101945375**

RN Electronic Sgntr: Cochran, Holly R.N. 3/28/2020 2331

**Plan Of Care Report**

| | | | |
|---|---|---|---|
| **Pt Name:** | McCowan, Ashia T | **MRN:** | 85156 |
| **Pt ID:** | 2010181578 | **Acct No:** | 101945375 |
| **DOB:** | | **Age/Sex:** | |
| **Adm DTime:** | 03/28/2020  19:51 | **Atn Dr:** | Sikes, Alexander MD |
| **Nurs Sta:** | ECD | **Rm & Bed:** | |
| **Dx:** | | | |
| **Alrg:** | Not Assessed | | |

**Plan of Care**

### No Plans Charted for Visit

**Problems**

### No Problems Charted For Visit

**Expected Outcomes**

### No Expected Outcomes Charted For Visit

---

| **Pt Name:** | McCowan, Ashia T | **MRN:** | 85156 | Plan Of Care Report |
|---|---|---|---|---|
| **Rm/ Bed:** | | | Page 1 of 1 | ORE_0146_DSCH.rpt v1.00 |

Printed By :Workflow

Copyright © Cerner Health Services, Inc.  All rights reserved.
Crystal Reports © 2020 Business Objects SA. All rights reserved.

*Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time*



**Hamilton**health
## Hamilton Medical Center

**Post Office Box 1168   Dalton, GA 30722**
**Telephone (706) 278-2105**

| Encounter #   MR# | ECD# | Enc Start Dt Tm | Encounter Provider  and Location | Patient Room |
|---|---|---|---|---|
| 101945375<br>0085156 | 1001583783 | 03/28/2020<br>19:51 | Emergency Care Dept<br>Hamilton Medical Center | **RM2301** |

## McCowan, Ashia Tanish

| | | |
|---|---|---|
| **Clin Svc       PAT?** | **EP Type/ Enc Type** | **Confidential** |
| EMR      N | ER /   OP | |

**Encounter Reason**

Fall

| **Adm Type** | **Adm Source** | **Adm Clerk** |
|---|---|---|
| Emergency | Non-Health Care Fac | KCOKER |

| | **Race** | **Marital Status** |
|---|---|---|
| | B | M |
| | **Benefits Assigned** | **Soc Sec #** |
| | On File | |

**Adm Dx Code       Desc**

| **Religion** | **County** | **Last Enc Date** |
|---|---|---|
| HOL | Whitfield | 03/24/2019 |
| **Infectious Ind** | **Result Recipient** | |

| **Attending Physician, ID** | **Hlth Care Proxy Sts** |
|---|---|
| Sikes, Alexander      613185 | Pt has No AdvDir no discuss |

| **Patient Address, Phone** | **Employer Name, Address, Phone** | **Pt Employment Sts** |
|---|---|---|
| | | |

| | **Guarantor Employer, Address, Phone** | **Guar Employment Sts** |
|---|---|---|
| | | |

| | **Emergency Contact 2** |
|---|---|
| | Phone 1:          Phone 2: |

| | **Subscriber** |
|---|---|
| AM00022840 | |
| A19930004 | Ashia T. McCowan |

| **Insurance 2 Name, Address, Phone** | **Policy Number** | **Subscriber** |
|---|---|---|
| | **Group Number** | |
| | **Referral/Auth#** | **Subscriber Employer** |
| | **Eff Date** | |
| Verified? | **Pre-Cert Phone** | |
| **Insurance 3 Name, Address, Phone** | **Policy Number** | **Subscriber** |
| | **Group Number** | |
| | **Referral/Auth#** | **Subscriber Employer** |
| | **Eff Date** | |
| Verified? | **Pre-Cert Phone** | |
| **Insurance 4 Name, Address, Phone** | **Policy Number** | **Subscriber** |
| | **Group Number** | |
| | **Referral/Auth#** | **Subscriber Employer** |
| | **Eff Date** | |
| Verified? | **Pre-Cert Phone** | |

| **Incident Date** | **Incident Type** | **Inc State** | **Incident Description / Location** |
|---|---|---|---|
| | | | |

| **Pt Notification Category** | **Patient Notification** | **Start Date** | **End Date** |
|---|---|---|---|
| | | | |

| Visit ID | 101945375 |
|---|---|
| Hospital | Hamilton Medical Center HCP |

| Patient | McCowan,Ashia | Date of Birth | |
|---|---|---|---|
| Patient ID | 85156 | Date Dispatched | |
| Admit Date | 2020-03-28T19:51:00 | Discharge Date | 2020-03-28T22:41:00 |
| Visit Type | EmergencyDepartment | LOS | 0.1 |
| Discharge Dispostion | AHR|Routine Discharge/home | Financial Class | |
| Attending Physician | Sikes, Alexander MD | Coder | BDURRETT |

## Reason For Visit Diagnosis

| Code | Description |
|---|---|
| S99.912A | Unspecified injury of left ankle, initial encounter |
| S89.91XA | Unspecified injury of right lower leg, initial encounter |
| S69.92XA | Unsp injury of left wrist, hand and finger(s), init encntr |

## Diagnosis

| | Code | Description |
|---|---|---|
| Principal: | S93.402A | Sprain of unspecified ligament of left ankle, init encntr |
| None: | S80.01XA | Contusion of right knee, initial encounter |
| None: | S60.212A | Contusion of left wrist, initial encounter |
| None: | W01.0XXA | Fall same lev from slip/trip w/o strike against object, init |
| None: | Y92.512 | Supermarket, store or market as place |
| None: | Z98.51 | Tubal ligation status |
| None: | Z90.710 | Acquired absence of both cervix and uterus |
| None: | Z88.0 | Allergy status to penicillin |

## Procedures

| | Code | Mod | Episode | Description |
|---|---|---|---|---|
| None: | 99283 | 25 | 1 | EMERGENCY DEPT VISIT |
| | Surgeon | | | Sikes, Alexander MD (613185) |
| | Date | | | 3/28/2020 |
| | Time | | | 8:29 PM |
| | APC | | | 05023 |
| | Indicator | | | V |
| | Payment | | | 202.59 |
| | Weight | | | 2.76 |
| | Revenue Code | | | 9999|No Revenue Code Entered |
| | Units of Service | | | 1 |

| Payer Payment | 161.41 |
| Patient Co-pay | 41.18 |

## DRG

| Code | Description | Type | Relative Weight | Reimbursement | MDC | ROM Admit | ROM Discharge | SOI Admit | SOI Discharge | GMLOS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

## Job Abstracts

| Newborn Weight (g) | 0 |
| Pt Class | O |
| Bill Type | 13X |

# EXHIBIT K



# Encounters

**Encounter 3** Date 05/20/2020
**Diagnosis** Other nondisplaced fracture of base of first metacarpal bone, left hand, subsequent encounter for fracture with routine healing (S62.235D), Sprain of unspecified ligament of left ankle, subsequent encounter (S93.402D), Encounter for patient portal educati

**Encounter 2** Date 04/14/2020
**Diagnosis** Other nondisplaced fracture of base of first metacarpal bone, left hand, subsequent encounter for fracture with routine healing (S62.235D), Sprain of unspecified ligament of left ankle, subsequent encounter (S93.402D), Pain in left knee (M25.562), Encount

**Encounter 1** Date 04/02/2020
**Diagnosis** Other nondisplaced fracture of base of first metacarpal bone, left hand, initial encounter for closed fracture (S62.235A), Sprain of unspecified ligament of left ankle, initial encounter (S93.402A), Pain in left knee (M25.562), Encounter for patient porta

Encounter #3

5/20/2020: Office Visit - Other nondisplaced fracture of base of first metacarpal bone, left hand, subsequent encounter for fracture with routine healing (S62.235D), Sprain of unspecified ligament of left ankle, subsequent encounter (S93.402D), Encounter for patient portal educati (Dale N. Reed, MD)
Ashia T Mccowan
Documented: 5/20/2020 8:24 AM
Location: AOSM Professional
Patient #: 179

███████████████  English / Race: Black or African American
Female

History of Present Illness (April Callaway RT; 5/20/2020 8:26 AM)
The patient is a 43 year old female who presents for a Follow-up for post fracture. Note for "post fracture": Left Thumb fx/Left ankle sprain, DOI 3.28.20

Subjective Transcription (Dale N. Reed, MD; 5/22/2020 1:04 PM)
CHIEF COMPLAINT:  Left ankle and left thumb follow-up.

HISTORY OF PRESENT ILLNESS: This is a ████ear-old female who comes in today.  She states she is still having a little bit of discomfort in the left thumb and really points more towards the CMC joint but definitely improved.  She is not wearing the brace.  She is getting back to most of her activities.  Denies any neurologic or radicular complaints.  She states the left ankle she is still having some swelling but really no pain to this point.  She denies any other new issues.

Problem List/Past Medical (April Callaway, RT; 5/20/2020 8:25 AM)
Sprain of unspecified ligament of left ankle, subsequent encounter (S93.402D)
Migraines (G43.909)
Pain in left knee (M25.562)
Other nondisplaced fracture of base of first metacarpal bone, left hand, subsequent encounter for fracture with routine healing (S62.235D)

Allergies (April Callaway, RT; 5/20/2020 8:25 AM)
Amoxicillin *PENICILLINS*
Norco *ANALGESICS - OPIOID*

Family History (April Callaway, RT; 5/20/2020 8:25 AM)
Diabetes Mellitus
Heart disease
Hypertension
Lung disease

Social History (April Callaway, RT; 5/20/2020 8:25 AM)
Tobacco Use   Never smoker.
Non Drinker/No Alcohol Use

Medication History (April Callaway, RT; 5/20/2020 8:25 AM)
HYDROcodone-Acetaminophen  (5-325MG Tablet, Oral) Active.
Medications Reconciled

Past Surgical History (April Callaway, RT; 5/20/2020 8:25 AM)
explor lap 2003 and 2004
Cholecystectomy   Phreesia 03/31/2020
Hysterectomy   Phreesia 03/31/2020
Other Abdominal Surgery   Phreesia 03/31/2020
Tubal Ligation   Phreesia 03/31/2020

Health Maintenance History (April Callaway, RT; 5/20/2020 8:25 AM)
Flu Vaccine   [09/2019]:
Tdap   [10/2015]:

Review of Systems (April Callaway, RT; 05/20/2020 8:25 AM)
General Not Present- Fever.
HEENT Not Present- Headache and Vision changes.
Respiratory Not Present- Cough and Difficulty Breathing.
Cardiovascular Not Present- Chest Pain and Irregular Heart Beat.
Gastrointestinal Not Present- Abdominal Pain, Bloody Stool, Diarrhea, Loss of control of bowels, Nausea and Vomiting.
Neurological Present- Numbness and Tingling. Not Present- Dizziness and Fainting.
All other systems negative

Vitals (Dale N. Reed MD; 5/22/2020 8:51 AM)
5/22/2020 8:51 AM
Temp.: 98° F

Objective Transcription (Dale N. Reed, MD; 5/22/2020 1:04 PM)
PHYSICAL EXAMINATION:

LEFT THUMB:  Skin envelope is benign.  No open lesions.  No abnormal lymphadenopathy.  She really doesn't have much in the way of swelling.  She has got a little bit of tenderness to palpation around the thumb CMC joint but no crepitus or grinding.  Her motion is just slightly limited compared to her contralateral side but she is neurovascularly intact distally.

LEFT ANKLE:  Range of motion is returned.

DIAGNOSTIC REVIEW:  Radiographs were taken in the clinic today and personally interpreted and reviewed by me of the left hand.  The metacarpal base looks like the fracture is healed.  I can't even see it.  It was just a nondisplaced crack in the beginning anyway.  It looks good to me on all 3 views, maybe just a little early degenerative changes at the CMC joint.

Assessment & Plan (Dale N. Reed MD; 5/22/2020 8:50 AM)
Other nondisplaced fracture of base of first metacarpal bone, left hand, subsequent encounter for fracture with routine healing (S62.235D)
Current Plans

- XR FINGER LEFT, 2+ VIEWS (73140)

Sprain of unspecified ligament of left ankle, subsequent encounter (S93.402D)
Encounter for patient portal education (Z71.9)
Current Plans

- Pt Education - How to Access Health Information Online using Patient Portal and 3rd Party Apps: discussed with patient and provided information.
- I have reviewed and verified the patients chief complaint and history at todays visit

Plans Transcription (Dale N. Reed, MD; 5/22/2020 1:04 PM)
I talked to her today.  As far as the fracture it looks healed so I would allow her to continue to return to activities as tolerated.  As far as the ankle, I told her swelling can be there for 6-9 months sometimes after a severe ankle sprain and even longer.  She can do compression stockings.  Continue to elevate.  If she has any questions or concerns she can contact me.  We did give her a note today for full return to work.  She states an understanding.


Dale N. Reed, MD
DNR/rs
                                    Dictated but not read by physician


Signed by Dale N Reed, MD (5/22/2020 8:51 AM)

## Procedures
**XR FINGER LEFT, 2+ VIEWS (73140)**  Performed: 05/20/2020 (Final, Reviewed)

Encounter #2

4/14/2020: Office Visit - Other nondisplaced fracture of base of first metacarpal bone, left hand, subsequent encounter for fracture with routine healing (S62.235D), Sprain of unspecified ligament of left ankle, subsequent encounter (S93.402D), Pain in left knee (M25.562), Encount (Dale N. Reed, MD)
Ashia T Mccowan
Documented: 4/14/2020 9:28 AM
Location: AOSM Professional
Patient #: 179
DOB: 2/1/1977
Married / Language: English / Race: Black or African American
Female

History of Present Illness (April Callaway RT; 4/14/2020 9:41 AM)
The patient is a 43 year old female who presents with a complaint of Wrist pain. Note for "Wrist pain": Left wrist fx, DOI 3.28.20

Additional reasons for visit:

Ankle pain is described as the following:
Note for "Ankle pain": Left ankle fx, DOI 3.28.20


Subjective Transcription (Dale N. Reed, MD; 4/16/2020 11:03 AM)
CHIEF COMPLAINT:  Left thumb and left ankle pain.

HISTORY OF PRESENT ILLNESS:  This is a 43-year-old female who comes in today for follow-up of her left thumb and left ankle. She has been in the boot for the left ankle and she states it is improved.  She is really not having that much pain in the ankle.  She denies any instability with the ankle.  As far as the thumb, she has been in the cock-up wrist splint and also states it is doing better.  No neurologic or radicular complaints. Overall pain is improved.

Problem List/Past Medical (April Callaway, RT; 4/14/2020 9:28 AM)
Sprain of unspecified ligament of left ankle, initial encounter (S93.402A)
Migraines (G43.909)
Pain in left knee (M25.562)
Other nondisplaced fracture of base of first metacarpal bone, left hand, initial encounter for closed fracture (S62.235A)

Other Problems (April Callaway, RT; 4/14/2020 9:28 AM)
Plantar fasciitis (M72.2)
Encounter for patient portal education (Z71.9)
Obesity (BMI 30-39.9) (E66.9)

Allergies (April Callaway, RT; 4/14/2020 9:28 AM)
Amoxicillin *PENICILLINS*
Norco *ANALGESICS - OPIOID*

Family History (April Callaway, RT; 4/14/2020 9:28 AM)
Diabetes Mellitus
Heart disease
Hypertension
Lung disease

Social History (April Callaway, RT; 4/14/2020 9:28 AM)
Tobacco Use   Never smoker.
Non Drinker/No Alcohol Use

Medication History (April Callaway, RT; 4/14/2020 9:41 AM)
HYDROcodone-Acetaminophen  (5-325MG Tablet, Oral) Active.
Medications Reconciled

Past Surgical History (April Callaway, RT; 4/14/2020 9:28 AM)
explor lap 2003 and 2004
Cholecystectomy   Phreesia 03/31/2020
Hysterectomy   Phreesia 03/31/2020
Other Abdominal Surgery   Phreesia 03/31/2020
Tubal Ligation   Phreesia 03/31/2020

Health Maintenance History (April Callaway, RT; 4/14/2020 9:28 AM)
Flu Vaccine   [09/2019]:
Tdap   [10/2015]:

Review of Systems (April Callaway, RT; 04/14/2020 9:28 AM)
General Not Present- Fever.
HEENT Not Present- Headache and Vision changes.
Respiratory Not Present- Cough and Difficulty Breathing.
Cardiovascular Not Present- Chest Pain and Irregular Heart Beat.
Gastrointestinal Not Present- Abdominal Pain, Bloody Stool, Diarrhea, Loss of control of bowels, Nausea and Vomiting.
Neurological Present- Numbness and Tingling. Not Present- Dizziness and Fainting.
All other systems negative

Objective Transcription (Dale N. Reed, MD; 4/16/2020 11:03 AM)
PHYSICAL EXAMINATION: She is awake, alert and appropriate. Healthy in appearance. Normal mentation. Normal psyche.

LEFT THUMB: She still has some tenderness to palpation over the base of the metacarpal but much improved compared to what it was. Her arc of motion looks good. She is neurovascularly intact distally.

LEFT ANKLE: Skin envelope is benign. No open lesions. No abnormal lymphadenopathy. Her swelling looks much better. She still has a little bit of tenderness out over the anterolateral ligaments. She has got maintained range of motion. She is neurovascularly intact.

DIAGNOSTIC REVIEW: Radiographs of the left thumb I compared to prior radiographs. It is hard to see anything today. I thought she had a crack at the base of the metacarpal of the thumb. Today's radiographs actually look pretty good. These were personally interpreted and reviewed by me. With the left ankle, I don't see any fractures or dislocations. Really no gross abnormalities are appreciated there.

Assessment & Plan (Dale N. Reed MD; 4/15/2020 3:49 PM)
Other nondisplaced fracture of base of first metacarpal bone, left hand, subsequent encounter for fracture with routine healing (S62.235D)
Current Plans

- Pt Education - Ankle Sprain Rehabilitation Exercises: rehabilitation exercises
- XR FINGER LEFT, 2+ VIEWS (73140)
- FOOT/ANKLE AIRSELECT BOOT (PNEUMATIC WALKER) (STANDARD OR SHORT) (L4361)

Sprain of unspecified ligament of left ankle, subsequent encounter (S93.402D)
Current Plans

- XR ANKLE LEFT, 3 VIEWS (73610)

Pain in left knee (M25.562)
Encounter for patient portal education (Z71.9)
Current Plans

- Pt Education - How to Access Health Information Online using Patient Portal and 3rd Party Apps: discussed with patient and provided information.
- I have reviewed and verified the patients chief complaint and history at todays visit

Plans Transcription (Dale N. Reed, MD; 4/16/2020 11:03 AM)
I am going to let her start coming out of the boot. I am going to put her in an ankle rehab program. As far as the left thumb, I want her to do the thumb spica splint for the next 7-10 days. She can begin coming out of it to work on range of motion. Still no lifting, pushing or pulling. I discussed all of that with her. She states an understanding.


Dale N. Reed, MD
DNR/rs
                        Dictated but not read by physician


Signed by Dale N Reed, MD (4/15/2020 3:50 PM)

## Procedures

**XR ANKLE LEFT, 3 VIEWS (73610)** Performed: 04/14/2020 (Final, Reviewed)
**XR FINGER LEFT, 2+ VIEWS (73140)** Performed: 04/14/2020 (Final, Reviewed)
**FOOT/ANKLE AIRSELECT BOOT (PNEUMATIC WALKER) (STANDARD OR SHORT) (L4361)** Performed: 04/15/2020 (Final, Reviewed)

Encounter #1

4/2/2020: Office Visit - Other nondisplaced fracture of base of first metacarpal bone, left hand, initial encounter for closed fracture (S62.235A), Sprain of unspecified ligament of left ankle, initial encounter (S93.402A), Pain in left knee (M25.562), Encounter for patient porta (Dale N. Reed, MD)
Ashia T Mccowan
Appointment: 4/2/2020 1:10 PM
Location: AOSM Professional
Patient #: 179

Married / Language: English / Race: White
Female

History of Present Illness (Dale N. Reed MD; 4/3/2020 10:33 AM)
The patient is a 43 year old female who presents with a complaint of Wrist pain. Note for "Wrist pain": Left wrist pain, DOI 3.28.20

Additional reasons for visit:

Ankle pain is described as the following:
Note for "Ankle pain": Left ankle pain, DOI 3.28.20

Knee pain is described as the following:
Note for "Knee pain": Left Knee Pain DOI 3.28.20


Subjective Transcription (Dale N. Reed, MD; 4/6/2020 8:46 AM)
CHIEF COMPLAINT:  Left ankle pain; left knee pain; left wrist pain.

HISTORY OF PRESENT ILLNESS:  This is █████ear-old female who presents to us from the ER after a trauma complaining of left wrist, foot and ankle pain.  For the left wrist, they put her in a thumb spica splint which has helped her but she states most of the pain is over the dorsal wrist and over the base of the thumb.  It is worse with any motion of the wrist, worse with any motion of the thumb.  She denies any neurologic or radicular complaints.  The left knee was bothering her there anteriorly.  She can feel a nodule she states but it has gotten a little bit better.  The left ankle is bothering her primarily anterolateral ankle, worse with use, worse with motion.  Denies any history of issues within the past.  No neurologic or radicular complaints.

Problem List/Past Medical (April Callaway, RT; 4/2/2020 1:21 PM)
Migraines (G43.909)

Allergies (April Callaway, RT; 4/2/2020 1:22 PM)
Amoxicillin *PENICILLINS*
Norco *ANALGESICS - OPIOID*

Family History (April Callaway, RT; 4/2/2020 1:21 PM)
Diabetes Mellitus
Heart disease
Hypertension
Lung disease

Social History (April Callaway, RT; 4/2/2020 1:21 PM)
Tobacco Use   Never smoker.
Non Drinker/No Alcohol Use

Medication History (April Callaway, RT; 4/2/2020 1:22 PM)
HYDROcodone-Acetaminophen  (5-325MG Tablet, Oral) Active.
Medications Reconciled

Past Surgical History (phreesia Unity; 3/31/2020 3:01 PM)
Cholecystectomy   Phreesia 03/31/2020
Hysterectomy   Phreesia 03/31/2020
Other Abdominal Surgery   Phreesia 03/31/2020
Tubal Ligation   Phreesia 03/31/2020

Health Maintenance History (April Callaway, RT; 4/2/2020 1:22 PM)
Flu Vaccine   [09/2019]:
Tdap   [10/2015]:

Review of Systems (April Callaway RT; 4/2/2020 1:20 PM)
General Not Present- Fever.
HEENT Not Present- Headache and Vision changes.
Respiratory Not Present- Cough and Difficulty Breathing.
Cardiovascular Not Present- Chest Pain and Irregular Heart Beat.
Gastrointestinal Not Present- Abdominal Pain, Bloody Stool, Diarrhea, Loss of control of bowels, Nausea and Vomiting.
Neurological Present- Numbness and Tingling. Not Present- Dizziness and Fainting.
All other systems negative

Vitals (Dale N. Reed MD; 4/3/2020 10:34 AM)
4/2/2020 1:23 PM
Weight: 190 lb   Height: 63 in
Body Surface Area: 1.89 m²   Body Mass Index: 33.66 kg/m²
Temp.: 98.6° F   Pulse: 79 (Regular)

BP: 171/111(Sitting, Left Arm, Standard)

Objective Transcription (Dale N. Reed, MD; 4/6/2020 8:46 AM)
PHYSICAL EXAMINATION:  She is awake, alert and appropriate.  Healthy in appearance.  Normal mentation. Normal psyche.

LEFT UPPER EXTREMITY:  Splint was taken down.  Skin envelope is benign.  No open lesions.  No abnormal lymphadenopathy.  No gross rotational or angular deformities.  She has got exquisite tenderness to palpation at the base of the thumb over the CMC joint.  Really no tenderness over the scaphoid.  She does have some tenderness over the 3-4 portal.  She has got limited range of motion of the thumb and wrist secondary to discomfort but she is neurovascularly intact.

LEFT KNEE:  Skin envelope is benign.  No open lesions.  No abnormal lymphadenopathy.  No effusion.  She has a nodule that is firm but it is freely movable just medial to the tibial tubercle.  She states it is somewhat painful.  There is no effusion of the knee.  ACL, PCL, MCL and LCL are intact.  She has got good range of motion.

LEFT ANKLE:  She still has a little bit of swelling out laterally.  She has tenderness over the anterior talofibular ligament.  Really no tenderness over the bone medially or laterally.  She has got good range of motion of the ankle and she is neurovascularly intact distally.

DIAGNOSTIC REVIEW:  Radiographs I reviewed from Hamilton Medical Center.  The left wrist, I do not see any fractures about the wrist but when you look at the left thumb it looks like she may have a nondisplaced fracture of the base of the metacarpal of the thumb.  The left knee looks benign to me.  Left ankle looks benign to me.  No fractures or dislocations.  These were personally interpreted and reviewed  by myself.

Assessment & Plan (Dale N. Reed MD; 4/3/2020 10:42 AM)
Other nondisplaced fracture of base of first metacarpal bone, left hand, initial encounter for closed fracture (S62.235A)
Sprain of unspecified ligament of left ankle, initial encounter (S93.402A)
Current Plans

- Pt Education - Ankle Sprain Rehabilitation Exercises: rehabilitation exercises
- FOOT/ ANKLE AIRSELECT BOOT (PNEUMATIC WALKER) (STANDARD OR SHORT) (L4361)

Pain in left knee (M25.562)
Encounter for patient portal education (Z71.9)
Current Plans

- Pt Education - How to Access Health Information Online using Patient Portal and 3rd Party Apps: discussed with patient and provided information.

Obesity (BMI 30-39.9) (E66.9)
Current Plans

- LIFESTYLE EDUCATION REGARDING DIET (98960) (Provided Healthy Diet education to patient)
- Pt Education - Healthy Diet: Brief Version: discussed with patient and provided information.
- I have reviewed and verified the patients chief complaint and history at todays visit

Migraines (G43.909)

Plans Transcription (Dale N. Reed, MD; 4/6/2020 8:46 AM)
I talked to her today. For the left thumb, she has got the thumb spica splint so I am going to leave her in that.  The left knee, I think she can wean off the crutches.  I don't see anything grossly abnormal there.  For the left ankle, we are going to put her in a boot today.  All of that was set up for her.  I will see her back in a couple of weeks to recheck her.  We will repeat radiographs of the left thumb.  If the ankle is still bothering her greatly we can repeat a radiograph of that.  I talked to her about ankle rehab.  Those exercises were given to her as well.  She states an understanding of all of this.


Dale N. Reed, MD
DNR/rs
                    Dictated but not read by physician


Signed by Dale N Reed, MD (4/3/2020 10:42 AM)

## Procedures
LIFESTYLE EDUCATION REGARDING DIET (98960)  Performed: 04/02/2020 (Final, Reviewed)
FOOT/ ANKLE AIRSELECT BOOT (PNEUMATIC WALKER) (STANDARD OR SHORT) (L4361)  Performed: 04/03/2020 (Final, Reviewed)

# EXHIBIT L

**Total Health Chiropractic #13**
1513 W Walnut Ave Ste 3
Dalton GA 30720-3869
(706) 229-3993

RE: Ms. Ashia T. McCow█████                    █████████          ████████
███████████████████████████ n 07████████████████████

**July 13, 2020 - Visit 1 of 16**

**History of Condition:**
Ashia McCowan consulted me on 7/13/2020. Her condition is related to a personal injury. The date of the injury is 3/28/2020. The patient had a slip and fall accident at a place of business. As a direct result of the accident, the patient developed mid back pain, low back pain, and pain in both of her inner legs.

**Examination:**
CC1- Lower back
O- Fell back in March, had slipped on something that was lying on the floor of Walmart.
P- There is nothing that specifically triggers pain that she can think of. She sometimes has a hard time getting back up sometimes, Advil helps. Patient has had a shot of Tordol, and muscle relaxer prescribed. She was wearing a boot on her (L) foot however not until it was removed she started feeling some pain in that ankle.
Q- Patient describes pain as a "quicky," the pain is "there," and it hinders her movement. Patient states that pain flares up from time to time.
R- Pain radiates to her (L) ankle, as a throbbing feeling, especially while sitting under a cold air vent/conditioner.
S- T:7 W:10+
T- When patient is up and walking for long periods of time without taking a break. Patient says whatever she is walking on can also affect her pain level.
CC2- (L) hand
O- Since her fall back in March.
P- She broke a bone in her hand. Patient states that whenever she moves her hand she can feel a sort of pulling in her hand. Patient has noticed that the longer she holds things the longer the pain flares up.
Q- Aching, throbbing, numb, pain is on and off.
R- numbness in thumb and pointing finger.
S- T:5 W:10+
T: Picking things up
Allergies: S=easonal
P.Chiro: None  OBSERVATION

| | |
|---|---|
| Blood pressure: | 137/107 mmHg |
| Height: | 5'3" |
| Weight: | 220 lbs. |
| BMI: | 39.0 |
| Ability to move: | guarded |
| Antalgic-guarding of the thoracic region: | present |
| Antalgic-guarding of the lumbar region: | present |

Range of Motion:
Lumbar flexion:                     55 ° severely decreased motion and 7/10 on a VAS active and passive range of motion
Lumbar extension:                   5 ° severely decreased motion and 8/10 on a VAS active and passive range of motion

RE: Ms. Ashia T. McCowan ████████ ████████ ██GE 2

| | |
|---|---|
| Lumbar lateral flexion on the left: | 15 ° severely decreased motion and 7/10 on a VAS active and passive range of motion |
| Lumbar lateral flexion on the right: | 15 ° severely decreased motion and 8/10 on a VAS active and passive range of motion |
| Lumbar rotation on the left: | 20 ° moderately decreased motion and 5/10 on a VAS active and passive range of motion |
| Lumbar rotation on the right: | 20 ° moderately decreased motion and 7/10 on a VAS active and passive range of motion |

Orthopedic Testing:

| | |
|---|---|
| Valsalva Maneuver/Test: | positive with low back pain |
| Bechterew's Sitting Test: | positive with low back pain |
| Kemp's Test: | positive with low back pain |
| Straight Leg Raise on the left: | 50 ° with acute (7/10) low back and left leg pain |
| Straight Leg Raise on the right: | 40 ° with severe (8/10) low back and right leg pain |
| Braggard's Sign: | positive on both sides |
| Fabere-Patrick test: | positive on both sides |
| Iliac compression test: | positive on both sides |
| Ely's Heel to Buttock Test: | positive on both sides |
| Hibb's Test: | positive on both sides |
| Heel Walk Test: | positive on both sides |
| Toe Walk Test: | positive on both sides |

Muscle Testing:

| | |
|---|---|
| Deltoid muscle test on the left: | Grade 5/5 |
| Bicep muscle test on the left: | Grade 5/5 |
| Tricep muscle test on the left: | Grade 5/5 |
| Wrist flexors test (C7) on the left: | Grade 5/5 |
| Wrist extensors test (C6) on the left: | Grade 5/5 |
| Finger extensors test (C7) on the left: | Grade 5/5 |
| Finger flexors test (C8) on the left: | Grade 5/5 |
| Finger abduction test (T1) on the left: | Grade 5/5 |
| Deltoid muscle test on the right: | Grade 5/5 |
| Bicep muscle test on the right: | Grade 5/5 |
| Tricep muscle test on the right: | Grade 5/5 |
| Wrist flexors test (C7) on the right: | Grade 5/5 |
| Wrist extensors test (C6) on the right: | Grade 5/5 |
| Finger extensors test (C7) on the right: | Grade 5/5 |
| Finger flexors test (C8) on the right: | Grade 5/5 |
| Finger abduction test (T1) on the right: | Grade 5/5 |
| Hip flexion test (T12 - L3) on the left: | Grade 5/5 |
| Leg extension test (L2 - L4) on the left: | Grade 5/5 |
| Hip extension test (S1) on the left: | Grade 5/5 |
| Hip flexion test (T12 - L3) on the right: | Grade 5/5 |
| Leg extension test (L2 - L4) on the right: | Grade 5/5 |
| Hip extension test (S1) on the right: | Grade 5/5 |

Reflexes:

 Relexes were all within normal limits. Sensation:
The doctor performed sensation testing bilaterally from C2 through S1. Sensation was normal bilaterally.

**Imaging:**
The following radiographic images were taken:

RE: Ms. Ashia T. McCowan ▓▓▓▓▓▓▓▓▓   ▓▓▓▓▓▓▓▓▓   PAGE 3

The X-ray Lumbosacral 14x17 2 views were taken on 7/13/2020.

**Diagnosis:**

The condition date is 3/28/2020. The patient has been assigned the following diagnosis:

M51.86   Other intervertebral disc disorders, lumbar region
M54.16   Radiculopathy, lumbar region
S33.5XXA Sprain of ligaments of lumbar spine, initial encounter
M99.03   Segmental and somatic dysfunction of lumbar region
S39.013A Strain of muscle, fascia and tendon of pelvis, initial encounter
S23.3XXA Sprain of ligaments of thoracic spine, initial encounter
M99.02   Segmental and somatic dysfunction of thoracic region

**Subjective Complaints:**

The patient indicated on a Numerical Rating Scale of 0 to 10 a value of 7 for frequent, aching, dull, bilateral mid back pain. She also complained of a value of 8 for constant, aching, stabbing, throbbing, bilateral low back pain and a value of 8 for frequent, aching, sharp, tingling, bilateral pain in both inner legs.
Subjective Findings:
Pain Scale Range: 0-10
0 = No Pain, 10 = Remarkably Severe Pain

**Objective Findings:**

Muscle spasm, tenderness, and edema scales range from 0-10
0 = normal
10 = remarkable severe
Motion scale ranges from 0-10
0 = normal motion
10 = complete (100%) loss of motion

SUBLUXATION LISTINGS:
 Vertebrae are noted using posterior body listings. C=cervical, T=thoracic, L=lumbar, S=sacrum, Rt=right, Lt=left, A=anterior, P=posterior, I=inferior, Sup=superior, Pr=proximal, Di=distal

Palpation of the spine and extremities revealed subluxations with the following listings: 7. 4/5. Bl. PI Ilium Extremity Listings: Superior Femoral Head Extremity Listings: left Hand  Palpation examination of the thoracic region and the lumbar region elicited moderately severe (6/10) restricted motion of the specified listings. Palpation examination of the upper extremities found a mild (4/10) measure of restricted motion at the specified extremity listing(s). Examination of the lower extremities revealed a moderate (5/10) measure of restricted motion at the specified extremity listing(s).
MUSCLE SPASM: Palpation of the thoracic region found a moderately severe (6/10) level of rhomboid muscle spasm on the right. Palpation of the thoracic region elicited a moderately severe (6/10) amount of rhomboid muscle spasm on the left. Palpation of the sacral region found acute (7/10) piriformis muscle spasm on the right. There was evidence elicited on examination of a moderate (5/10) level of piriformis muscle spasm at the sacral region on the left. Examination of the lumbar region revealed acute (7/10) quadratus lumborum muscle spasm on the right. Examination of the lumbar region revealed a moderately severe (6/10) amount of quadratus lumborum muscle spasm on the left.
EDEMA: There was evidence revealed on palpation of a moderately severe (6/10) amount of capsular swelling at the specified thoracic listings at the thoracic region. There was evidence elicited on palpation examination of a moderately severe (6/10) measure of capsular swelling at the specified lumbar listings at the lumbar region.

**Treatment:**
THERAPEUTIC EXERCISES (TE):

RE: Ms. Ashia T. McCowan  GE 4

Therapeutic exercises and stretches are supervised by the doctor and/or Chiropractic Therapy Assistant. The exercises are preceeded by a warm up and followed by a cool down period. She completed supervised therapeutic exercises between: 11: 30 for 8 minutes. TE - theraband on (L) ankle was performed by the patient to restore normal biomechanics and to improve strength.

MODALITIES: Intersegmental traction was performed on the cervical, thoracic, lumbar, sacral and pelvic regions to relieve joint pressure, increase mobility and increase circulation. Electrical muscle stimulation was administered to the lumbar region to reduce pain.

HOME PROGRAM: The patient was advised to sleep on their back or side, avoid stomach sleeping, use a cervical pillow, drink an adequate amount of water, keep their computer monitor at eye level, and to use cold packs for 20 minutes on and 20 minutes off if they experience a flare up.

**Assessment:**
The condition is improving satisfactorily. The patient is compliant in their treatment plan.

**Plan of Action:**
The doctor has selected the following treatment plan for the patient: three visits per week for 2 weeks. Ms. Mccowan was treated by Jared Bartone, D.C. today.

**July 20, 2020 - Visit 2 of 16**

**Subjective Complaints:**
reviewed MRI with patient. Discussed conservative treatment options in our office. Started patient on stretching exercises to reduce spasms. Pain is going down the right leg to the toes as well as n/t into the right foot and ankle. Left leg also has n/t but the pain is less severe into that leg.
The patient indicated on a Numerical Rating Scale of 0 to 10 a value of 7 for frequent, aching, dull, bilateral mid back pain. This is unchanged from the last treatment. This patient also related symptoms of a value of 8 for constant, aching, stabbing, throbbing, bilateral low back pain and a value of 8 for frequent, aching, sharp, tingling, bilateral pain in both inner legs. The low back pain is unchanged from the last visit and the pain in both inner legs is at the same level of pain as last time.
Subjective Findings:
Pain Scale Range: 0-10
0 = No Pain, 10 = Remarkably Severe Pain

**Objective Findings:**
Muscle spasm, tenderness, and edema scales range from 0-10
0 = normal
10 = remarkable severe
Motion scale ranges from 0-10
0 = normal motion
10 = complete (100%) loss of motion

SUBLUXATION LISTINGS:
Vertebrae are noted using posterior body listings. C=cervical, T=thoracic, L=lumbar, S=sacrum, Rt=right, Lt=left, A=anterior, P=posterior, I=inferior, Sup=superior, Pr=proximal, Di=distal

Palpation of the spine and extremities revealed subluxations with the following listings: 7. 4/5. Bl. PI Ilium Extremity Listings: Superior Femoral Head Extremity Listings: left Hand  Palpation examination of the thoracic region and the lumbar region revealed a moderately severe (6/10) amount of restricted motion of the specified listings. Palpation examination of the upper extremities found mild (4/10) restricted motion at the specified extremity listing(s). Palpation examination of the lower extremities noted a moderate (5/10) level

RE: Ms. Ashia T. McCowan  PAGE 5

of restricted motion at the specified extremity listing(s).

MUSCLE SPASM: Examination of the thoracic region revealed a moderately severe (6/10) level of rhomboid muscle spasm on the right. There was evidence elicited on palpation of a moderately severe (6/10) degree of rhomboid muscle spasm at the thoracic region on the left. There was evidence revealed on palpation examination of an acute (7/10) level of piriformis muscle spasm at the sacral region on the right. There was evidence elicited on palpation of a moderate (5/10) level of piriformis muscle spasm at the sacral region on the left. Palpation examination of the lumbar region noted an acute (7/10) amount of quadratus lumborum muscle spasm on the right. Examination of the lumbar region noted a moderately severe (6/10) degree of quadratus lumborum muscle spasm on the left.

EDEMA: There was evidence revealed on examination of a moderately severe (6/10) measure of capsular swelling at the specified thoracic listings at the thoracic region. There was evidence revealed on examination of a moderately severe (6/10) measure of capsular swelling at the specified lumbar listings at the lumbar region.

**Treatment:**

The goals of chiropractic adjustments are to improve range of motion, decrease mechanical dysfunction, and eliminate nerve root interference.  The  specific listings are detailed in the objective portion of the daily treatment note. The doctor used a Diversified technique to deliver chiropractic adjustments to the specified listings in the objective portion of the daily notes. The treatment consisted of manipulation of the upper left ribs. The treatment consisted of manipulation of the upper right ribs.  Manipulation was performed to both shoulders.

THERAPEUTIC EXERCISES (TE):

Therapeutic exercises and stretches are supervised by the doctor and/or Chiropractic Therapy Assistant. The exercises are preceeded by a warm up and followed by a cool down period. The patient performed supervised therapeutic exercises between: 4: 10 for 23 minutes. Lowback stretches were performed by the patient to restore normal biomechanics and to improve strength. TE - theraband on (L) ankle was performed by the patient to restore normal biomechanics and to improve strength.

MODALITIES: Intersegmental traction was performed on the cervical, thoracic, lumbar, sacral and pelvic regions to relieve joint pressure, increase mobility and increase circulation. The patient received electrical muscle stimulation to the lumbar region to reduce pain.

**Assessment:**

The patient's condition is responding as anticipated. The patient is compliant in their treatment plan.

**Plan of Action:**

The doctor has selected the following treatment plan for the patient: three visits per week for 2 weeks. Her treatment was provided by Jared Bartone, D.C.

**July 21, 2020 - Visit 3 of 16**

**Subjective Complaints:**

The patient indicated on a Numerical Rating Scale of 0 to 10 a value of 6 for intermittent, aching, dull, bilateral mid back pain. This is a little improved over the previous visit. Ashia also reported indications of a value of 7 for frequent, aching, stabbing, throbbing, bilateral low back pain. This is slightly better since the last treatment. This patient also expressed indications of a value of 7 for frequent, aching, sharp, tingling, bilateral pain in both inner legs. This is slightly better since the last visit.

Subjective Findings:

Pain Scale Range: 0-10

0 = No Pain, 10 = Remarkably Severe Pain

RE: Ms. Ashia T. McCowan ████████████        ████████████        PAGE 6

**Objective Findings:**
Muscle spasm, tenderness, and edema scales range from 0-10
0 = normal
10 = remarkable severe
Motion scale ranges from 0-10
0 = normal motion
10 = complete (100%) loss of motion

SUBLUXATION LISTINGS:
 Vertebrae are noted using posterior body listings. C=cervical, T=thoracic, L=lumbar, S=sacrum, Rt=right,
Lt=left, A=anterior, P=posterior, I=inferior, Sup=superior, Pr=proximal, Di=distal

Palpation of the spine and extremities revealed subluxations with the following listings: 7. 4/5. Bl. PI Ilium
Extremity Listings: Superior Femoral Head Extremity Listings: left Hand  Moderately severe (6/10)
restricted motion of the specified listings at the thoracic region and the lumbar region was noted on palpation
examination. Palpation of the upper extremities elicited a mild (4/10) level of restricted motion at the
specified extremity listing(s). Moderate (5/10) restricted motion at the specified extremity listing(s) at the
lower extremities were found on palpation examination.
MUSCLE SPASM: Palpation examination of the thoracic region found moderately severe (6/10) rhomboid
muscle spasm on the right. Examination of the thoracic region noted moderately severe (6/10) rhomboid
muscle spasm on the left. Examination of the sacral region elicited a moderately severe (6/10) degree of
piriformis muscle spasm on the right. Examination of the sacral region noted moderate (5/10) piriformis
muscle spasm on the left. Palpation examination of the lumbar region found a moderately severe (6/10)
measure of quadratus lumborum muscle spasm on the right. Palpation examination of the lumbar region
noted a moderately severe (6/10) degree of quadratus lumborum muscle spasm on the left.
EDEMA: There was a moderately severe (6/10) level of capsular swelling at the specified thoracic listings found
found in the thoracic region. There was evidence found on palpation examination of a moderately severe
(6/10) level of capsular swelling at the specified lumbar listings at the lumbar region.

**Treatment:**
The goals of chiropractic adjustments are to improve range of motion, decrease mechanical dysfunction, and
eliminate nerve root interference.  The  specific listings are detailed in the objective portion of the daily
treatment note. The doctor used a Diversified technique to deliver chiropractic adjustments to the specified
listings in the objective portion of the daily notes. The treatment consisted of manipulation of the upper left
ribs. The treatment consisted of manipulation of the upper right ribs. The treatment she received included
manipulation to both shoulders.

THERAPEUTIC EXERCISES (TE):
Therapeutic exercises and stretches are supervised by the doctor and/or Chiropractic Therapy Assistant.
The exercises are preceeded by a warm up and followed by a cool down period. The patient performed
supervised therapeutic exercises between: 6: 00 for 23 minutes. TE - theraband on (L) ankle was performed
by the patient to restore normal biomechanics and to improve strength. TE - theraband on (L) wrist was
perfprmed by the patient to restore normal biomechanics and to improve strength.

MODALITIES: Intersegmental traction was performed on the cervical, thoracic, lumbar, sacral and pelvic
regions to relieve joint pressure, increase mobility and increase circulation.  Electrical muscle stimulation
was administered to the lumbar region to reduce pain. Lowback stretches were performed by the patient to
restore normal biomechanics and to improve strength.

**Assessment:**
Ashia's condition is responding as anticipated. The patient is compliant in their treatment plan.

RE: Ms. Ashia T. McCowan █████████████     ██████████████     PAGE 7

**Plan of Action:**
The doctor has selected the following treatment plan for the patient: three visits per week for 2 weeks. Ms. Mccowan was treated by Jared Bartone, D.C. today.

**July 23, 2020 - Visit 4 of 16**

**Subjective Complaints:**
The patient indicated on a Numerical Rating Scale of 0 to 10 a value of 6 for intermittent, aching, dull, bilateral mid back pain; unchanged from the last treatment. Ashia also reported a value of 7 for frequent, aching, stabbing, throbbing, bilateral low back pain; unchanged from the last visit. This patient complained of a value of 7 for frequent, aching, sharp, tingling, bilateral pain in both inner legs; this is at the same level of pain as last time.
Subjective Findings:
Pain Scale Range: 0-10
0 = No Pain, 10 = Remarkably Severe Pain

**Objective Findings:**
Muscle spasm, tenderness, and edema scales range from 0-10
0 = normal
10 = remarkable severe
Motion scale ranges from 0-10
0 = normal motion
10 = complete (100%) loss of motion

 SUBLUXATION LISTINGS:
 Vertebrae are noted using posterior body listings. C=cervical, T=thoracic, L=lumbar, S=sacrum, Rt=right, Lt=left, A=anterior, P=posterior, I=inferior, Sup=superior, Pr=proximal, Di=distal

Palpation of the spine and extremities revealed subluxations with the following listings: 7. 4/5. Bl. PI Ilium Extremity Listings: Superior Femoral Head Extremity Listings: left Hand  Moderately severe (6/10) restricted motion of the specified listings at the thoracic region and the lumbar region was found on palpation. Examination of the upper extremities elicited a mild (4/10) amount of restricted motion at the specified extremity listing(s). Palpation examination of the lower extremities noted a moderate (5/10) measure of restricted motion at the specified extremity listing(s).
MUSCLE SPASM: There was evidence revealed on examination of a moderately severe (6/10) amount of rhomboid muscle spasm at the thoracic region on the right. Examination of the thoracic region elicited a moderately severe (6/10) degree of rhomboid muscle spasm on the left. Palpation examination of the sacral region elicited moderately severe (6/10) piriformis muscle spasm on the right. Examination of the sacral region noted a moderate (5/10) measure of piriformis muscle spasm on the left. Palpation of the lumbar region found moderately severe (6/10) quadratus lumborum muscle spasm on the right. Palpation examination of the lumbar region found a moderate (5/10) measure of quadratus lumborum muscle spasm on the left.
EDEMA: There was evidence elicited on palpation of a moderately severe (6/10) measure of capsular swelling at the specified thoracic listings at the thoracic region. There was evidence found on palpation examination of a moderately severe (6/10) level of capsular swelling at the specified lumbar listings at the lumbar region.

**Treatment:**
The goals of chiropractic adjustments are to improve range of motion, decrease mechanical dysfunction, and eliminate nerve root interference.  The specific listings are detailed in the objective portion of the daily treatment note. The doctor used a Diversified technique to deliver chiropractic adjustments to the specified listings in the objective portion of the daily notes. The treatment consisted of manipulation of the upper left

RE: Ms. Ashia T. McCowan ███████████████████████████████ PAGE 8

ribs. The treatment consisted of manipulation of the upper right ribs.  Manipulation was applied to both shoulders.

THERAPEUTIC EXERCISES (TE):
Therapeutic exercises and stretches are supervised by the doctor and/or Chiropractic Therapy Assistant. The exercises are preceeded by a warm up and followed by a cool down period. The patient performed supervised therapeutic exercises between: 5: 45 for 23 minutes. Lowback stretches were performed by the patient to restore normal biomechanics and to improve strength. TE - theraband on (L) ankle was performed by the patient to restore normal biomechanics and to improve strength. TE - theraband on (L) wrist was perfprmed by the patient to restore normal biomechanics and to improve strength.

MODALITIES: Intersegmental traction was performed on the cervical, thoracic, lumbar, sacral and pelvic regions to relieve joint pressure, increase mobility and increase circulation. This patient received electrical muscle stimulation to the lumbar region to reduce pain.

**Assessment:**
Her condition is improving as expected. The patient is compliant in their treatment plan.

**Plan of Action:**
The doctor has selected the following treatment plan for the patient: three visits per week for 2 weeks. Chiropractic care was provided by Jared Bartone, D.C.

**July 28, 2020 - Visit 5 of 16**

**Subjective Complaints:**
The patient indicated on a Numerical Rating Scale of 0 to 10 a value of 5 for intermittent, aching, dull, bilateral mid back pain, a value of 6 for frequent, aching, stabbing, bilateral low back pain and a value of 6 for frequent, aching, sharp, bilateral pain in both inner legs. The mid back pain is slightly better since the last visit, the low back pain is slightly better since the last visit, and the pain in both inner legs is slightly better since the last treatment.
Subjective Findings:
Pain Scale Range: 0-10
0 = No Pain, 10 = Remarkably Severe Pain

**Objective Findings:**
Muscle spasm, tenderness, and edema scales range from 0-10
0 = normal
10 = remarkable severe
Motion scale ranges from 0-10
0 = normal motion
10 = complete (100%) loss of motion

 SUBLUXATION LISTINGS:
 Vertebrae are noted using posterior body listings. C=cervical, T=thoracic, L=lumbar, S=sacrum, Rt=right, Lt=left, A=anterior, P=posterior, I=inferior, Sup=superior, Pr=proximal, Di=distal

Palpation of the spine and extremities revealed subluxations with the following listings: 7. 4/5. Bl. PI Ilium Extremity Listings: Superior Femoral Head Extremity Listings: left Hand  Moderate (5/10) restricted motion of the specified listings at the thoracic region and the lumbar region was noted on palpation examination. Examination of the upper extremities revealed a nominal (3/10) degree of restricted motion at the specified extremity listing(s). Moderate (5/10) restricted motion at the specified extremity listing(s) at the lower extremities were evident on examination.

RE: Ms. Ashia T. McCowan [redacted]                                                                PAGE 9

MUSCLE SPASM: Examination of the thoracic region found a moderate (5/10) level of rhomboid muscle spasm on the right. There was evidence elicited on palpation examination of a moderate (5/10) level of rhomboid muscle spasm at the thoracic region on the left. There was evidence revealed on palpation examination of a moderate (5/10) degree of piriformis muscle spasm at the sacral region on the right. There was evidence found on examination of a mild (4/10) level of piriformis muscle spasm at the sacral region on the left. Palpation of the lumbar region noted a moderate (5/10) level of quadratus lumborum muscle spasm on the right. Palpation examination of the lumbar region revealed moderate (5/10) quadratus lumborum muscle spasm on the left.

EDEMA: There was evidence revealed on palpation examination of a moderate (5/10) amount of capsular swelling at the specified thoracic listings at the thoracic region. Palpation examination of the lumbar region elicited moderate (5/10) capsular swelling at the specified lumbar listings.

**Treatment:**

The goals of chiropractic adjustments are to improve range of motion, decrease mechanical dysfunction, and eliminate nerve root interference.  The  specific listings are detailed in the objective portion of the daily treatment note. The doctor used a Diversified technique to deliver chiropractic adjustments to the specified listings in the objective portion of the daily notes. The treatment consisted of manipulation of the upper left ribs. The treatment consisted of manipulation of the upper right ribs. She was treated with manipulation to both shoulders.

THERAPEUTIC EXERCISES (TE):

Therapeutic exercises and stretches are supervised by the doctor and/or Chiropractic Therapy Assistant. The exercises are preceeded by a warm up and followed by a cool down period. The patient performed supervised therapeutic exercises between: 5: 20 for 23 minutes. Lowback stretches were performed by the patient to restore normal biomechanics and to improve strength. TE - theraband on (L) ankle was performed by the patient to restore normal biomechanics and to improve strength. TE - theraband on (L) wrist was perfprmed by the patient to restore normal biomechanics and to improve strength.

MODALITIES: Intersegmental traction was performed on the cervical, thoracic, lumbar, sacral and pelvic regions to relieve joint pressure, increase mobility and increase circulation. Ashia received electrical muscle stimulation to the lumbar region to reduce pain.

**Assessment:**

Ashia's condition is responding satisfactorily. The patient is compliant in their treatment plan.

**Plan of Action:**

The doctor has selected the following treatment plan for the patient: three visits per week for 2 weeks. Chiropractic care was provided by Jared Bartone, D.C.

**July 30, 2020 - Visit 6 of 16**

**Subjective Complaints:**

The patient indicated on a Numerical Rating Scale of 0 to 10 a value of 5 for intermittent, aching, dull, bilateral mid back pain, a value of 6 for frequent, aching, stabbing, bilateral low back pain and a value of 6 for frequent, aching, sharp, bilateral pain in both inner legs. The mid back pain is the same as the last visit, the low back pain is at the same level of pain as last time, and the pain in both inner legs is unchanged from the last treatment.

Subjective Findings:

Pain Scale Range: 0-10

0 = No Pain, 10 = Remarkably Severe Pain

**Objective Findings:**

RE: Ms. Ashia T. McCowan ████████████     ████████████          PAGE 10

Muscle spasm, tenderness, and edema scales range from 0-10
0 = normal
10 = remarkable severe
Motion scale ranges from 0-10
0 = normal motion
10 = complete (100%) loss of motion

SUBLUXATION LISTINGS:
Vertebrae are noted using posterior body listings. C=cervical, T=thoracic, L=lumbar, S=sacrum, Rt=right,
Lt=left, A=anterior, P=posterior, I=inferior, Sup=superior, Pr=proximal, Di=distal

Palpation of the spine and extremities revealed subluxations with the following listings: 7. 4/5. Bl. PI Ilium
Extremity Listings: Superior Femoral Head Extremity Listings: left Hand  Examination of the thoracic
region and the lumbar region noted moderate (5/10) restricted motion of the specified listings. Palpation of
the upper extremities found a nominal (3/10) level of restricted motion at the specified extremity listing(s).
Palpation of the lower extremities noted a mild (4/10) degree of restricted motion at the specified extremity
listing(s).
MUSCLE SPASM: There was evidence revealed on examination of a moderate (5/10) amount of rhomboid
muscle spasm at the thoracic region on the right. Palpation examination of the thoracic region found a
moderate (5/10) level of rhomboid muscle spasm on the left. Palpation of the sacral region revealed a
moderate (5/10) degree of piriformis muscle spasm on the right. Palpation examination of the sacral region
noted mild (4/10) piriformis muscle spasm on the left. Palpation of the lumbar region elicited a moderate
(5/10) degree of quadratus lumborum muscle spasm on the right. Palpation examination of the lumbar
region noted moderate (5/10) quadratus lumborum muscle spasm on the left.
EDEMA: There was evidence found on palpation examination of a moderate (5/10) level of capsular
swelling at the specified thoracic listings at the thoracic region. Palpation examination of the lumbar region
revealed a moderate (5/10) degree of capsular swelling at the specified lumbar listings.

**Treatment:**
The goals of chiropractic adjustments are to improve range of motion, decrease mechanical dysfunction, and
eliminate nerve root interference.  The  specific listings are detailed in the objective portion of the daily
treatment note. The doctor used a Diversified technique to deliver chiropractic adjustments to the specified
listings in the objective portion of the daily notes. The treatment consisted of manipulation of the upper left
ribs. The treatment consisted of manipulation of the upper right ribs. The treatment she received included
manipulation to both shoulders.

THERAPEUTIC EXERCISES (TE):
Therapeutic exercises and stretches are supervised by the doctor and/or Chiropractic Therapy Assistant.
The exercises are preceeded by a warm up and followed by a cool down period. She completed supervised
therapeutic exercises between: 5: 35 for 23 minutes. Lowback stretches were performed by the patient to
restore normal biomechanics and to improve strength. TE - theraband on (L) ankle was performed by the
patient to restore normal biomechanics and to improve strength. TE - theraband on (L) wrist was perfprmed
by the patient to restore normal biomechanics and to improve strength.

MODALITIES: Intersegmental traction was performed on the cervical, thoracic, lumbar, sacral and pelvic
regions to relieve joint pressure, increase mobility and increase circulation. This patient was administered
electrical muscle stimulation to the lumbar region to reduce pain.

**Assessment:**
Ashia's condition is responding as expected. The patient is compliant in their treatment plan.

**Plan of Action:**

RE: Ms. Ashia T. McCowan  PAGE 11

The doctor has selected the following treatment plan for the patient: three visits per week for 2 weeks. Today's care was provided by Jared Bartone, D.C.

**August 3, 2020 - Visit 7 of 16**

**Subjective Complaints:**

The patient indicated on a Numerical Rating Scale of 0 to 10 a value of 4 for intermittent, aching, dull, bilateral mid back pain, which is a minimal improvement over her previous visit. She also reported indications of a value of 5 for frequent, aching, stabbing, bilateral low back pain and a value of 5 for frequent, aching, sharp, bilateral pain in both inner legs. The low back pain is mildly improved over her last visit and the pain in both inner legs is a little improved over the previous visit.

Subjective Findings:

Pain Scale Range: 0-10

0 = No Pain, 10 = Remarkably Severe Pain

**Objective Findings:**

Muscle spasm, tenderness, and edema scales range from 0-10

0 = normal

10 = remarkable severe

Motion scale ranges from 0-10

0 = normal motion

10 = complete (100%) loss of motion

SUBLUXATION LISTINGS:

Vertebrae are noted using posterior body listings. C=cervical, T=thoracic, L=lumbar, S=sacrum, Rt=right, Lt=left, A=anterior, P=posterior, I=inferior, Sup=superior, Pr=proximal, Di=distal

Palpation of the spine and extremities revealed subluxations with the following listings: 7. 4/5. Bl. PI Ilium Extremity Listings: Superior Femoral Head Extremity Listings: left Hand  Palpation of the thoracic region noted a mild (4/10) measure of restricted motion of the specified listings. There was a moderate (5/10) amount of restricted motion of the specified listings elicited in the lumbar region. Examination of the upper extremities elicited nominal (3/10) restricted motion at the specified extremity listing(s). Palpation examination of the lower extremities elicited mild (4/10) restricted motion at the specified extremity listing(s).

MUSCLE SPASM: Examination of the thoracic region noted moderate (5/10) rhomboid muscle spasm on the right. There was evidence found on palpation of a moderate (5/10) level of rhomboid muscle spasm at the thoracic region on the left. Examination of the sacral region revealed mild (4/10) piriformis muscle spasm on the right. Palpation of the sacral region elicited mild (4/10) piriformis muscle spasm on the left. There was evidence revealed on examination of a mild (4/10) amount of quadratus lumborum muscle spasm at the lumbar region on the right. Palpation of the lumbar region elicited a mild (4/10) degree of quadratus lumborum muscle spasm on the left.

EDEMA: There was a moderate (5/10) amount of capsular swelling at the specified thoracic listings elicited in the thoracic region. Examination of the lumbar region elicited moderate (5/10) capsular swelling at the specified lumbar listings.

**Treatment:**

The goals of chiropractic adjustments are to improve range of motion, decrease mechanical dysfunction, and eliminate nerve root interference.  The  specific listings are detailed in the objective portion of the daily treatment note. The doctor used a Diversified technique to deliver chiropractic adjustments to the specified listings in the objective portion of the daily notes. The treatment consisted of manipulation of the upper left ribs. The treatment consisted of manipulation of the upper right ribs.  Manipulation was applied to both shoulders.

RE: Ms. Ashia T. McCowan  PAGE 12

THERAPEUTIC EXERCISES (TE):
Therapeutic exercises and stretches are supervised by the doctor and/or Chiropractic Therapy Assistant. The exercises are preceeded by a warm up and followed by a cool down period. She completed supervised therapeutic exercises between: 5: 35 for 23 minutes. Lowback stretches were performed by the patient to restore normal biomechanics and to improve strength. TE - theraband on (L) ankle was performed by the patient to restore normal biomechanics and to improve strength. TE - theraband on (L) wrist was perfprmed by the patient to restore normal biomechanics and to improve strength.

MODALITIES: Intersegmental traction was performed on the cervical, thoracic, lumbar, sacral and pelvic regions to relieve joint pressure, increase mobility and increase circulation. The treatment included electrical muscle stimulation to the lumbar region to reduce pain.

**Assessment:**
The condition is improving as expected. The patient is compliant in their treatment plan.

**Plan of Action:**
The doctor has selected the following treatment plan for the patient: three visits per week for 2 weeks. Her treatment was provided by Jared Bartone, D.C.

**August 4, 2020 - Visit 8 of 16**

**Subjective Complaints:**
The patient indicated on a Numerical Rating Scale of 0 to 10 a value of 4 for intermittent, aching, dull, bilateral mid back pain; unchanged from the last treatment. This patient also related symptoms of a value of 5 for frequent, aching, stabbing, bilateral low back pain. This is the same as the last visit. Ashia reported a value of 5 for frequent, aching, sharp, bilateral pain in both inner legs; unchanged from the last visit.
Subjective Findings:
Pain Scale Range: 0-10
0 = No Pain, 10 = Remarkably Severe Pain

**Objective Findings:**
Muscle spasm, tenderness, and edema scales range from 0-10
0 = normal
10 = remarkable severe
Motion scale ranges from 0-10
0 = normal motion
10 = complete (100%) loss of motion

SUBLUXATION LISTINGS:
Vertebrae are noted using posterior body listings. C=cervical, T=thoracic, L=lumbar, S=sacrum, Rt=right, Lt=left, A=anterior, P=posterior, I=inferior, Sup=superior, Pr=proximal, Di=distal

Palpation of the spine and extremities revealed subluxations with the following listings: 7. 4/5. Bl. PI Ilium Extremity Listings: Superior Femoral Head Extremity Listings: left Hand  Mild (4/10) restricted motion of the specified listings at the thoracic region and the lumbar region was revealed on examination. Palpation of the upper extremities noted a nominal (3/10) level of restricted motion at the specified extremity listing(s). Palpation examination of the lower extremities noted a mild (4/10) measure of restricted motion at the specified extremity listing(s).
MUSCLE SPASM: There was evidence found on palpation of a mild (4/10) degree of rhomboid muscle spasm at the thoracic region on the right. Examination of the thoracic region found a mild (4/10) level of rhomboid muscle spasm on the left. There was evidence elicited on palpation examination of a mild (4/10)

RE: Ms. Ashia T. McCowan ████████ ████████████████ PAGE 13

amount of piriformis muscle spasm at the sacral region on the right. There was evidence noted on palpation examination of a nominal (3/10) degree of piriformis muscle spasm at the sacral region on the left. Examination of the lumbar region revealed mild (4/10) quadratus lumborum muscle spasm on the right. Examination of the lumbar region found mild (4/10) quadratus lumborum muscle spasm on the left. EDEMA: There was a mild (4/10) level of capsular swelling at the specified thoracic listings noted in the thoracic region. Examination of the lumbar region noted a mild (4/10) level of capsular swelling at the specified lumbar listings.

**Treatment:**

The goals of chiropractic adjustments are to improve range of motion, decrease mechanical dysfunction, and eliminate nerve root interference.  The  specific listings are detailed in the objective portion of the daily treatment note. The doctor used a Diversified technique to deliver chiropractic adjustments to the specified listings in the objective portion of the daily notes. The treatment consisted of manipulation of the upper left ribs. The treatment consisted of manipulation of the upper right ribs. The treatment Ashia received consisted of manipulation to both shoulders.

THERAPEUTIC EXERCISES (TE):

Therapeutic exercises and stretches are supervised by the doctor and/or Chiropractic Therapy Assistant. The exercises are preceeded by a warm up and followed by a cool down period. The patient performed supervised therapeutic exercises between: 5: 05 for 23 minutes. Lowback stretches were performed by the patient to restore normal biomechanics and to improve strength. TE - theraband on (L) ankle was performed by the patient to restore normal biomechanics and to improve strength. TE - theraband on (L) wrist was perfprmed by the patient to restore normal biomechanics and to improve strength.

MODALITIES: Intersegmental traction was performed on the cervical, thoracic, lumbar, sacral and pelvic regions to relieve joint pressure, increase mobility and increase circulation. The patient was treated with electrical muscle stimulation to the lumbar region to reduce pain.

**Assessment:**

The patient's condition is responding satisfactorily. The patient is compliant in their treatment plan.

**Plan of Action:**

The doctor has selected the following treatment plan for the patient: three visits per week for 2 weeks. Ms. Mccowan was treated by Jared Bartone, D.C. today.

**August 6, 2020 - Visit 9 of 16**

**Subjective Complaints:**

The patient indicated on a Numerical Rating Scale of 0 to 10 a value of 3 for intermittent, aching, dull, bilateral mid back pain, a value of 4 for intermittent, aching, stabbing, bilateral low back pain and a value of 4 for intermittent, aching, sharp, bilateral pain in both inner legs. The mid back pain is a little improved over the last treatment, the low back pain is a little improved over the last treatment, and the pain in both inner legs is mildly improved over her last visit.
Subjective Findings:
Pain Scale Range: 0-10
0 = No Pain, 10 = Remarkably Severe Pain

**Objective Findings:**

Muscle spasm, tenderness, and edema scales range from 0-10
0 = normal
10 = remarkable severe
Motion scale ranges from 0-10

RE: Ms. Ashia T. McCowan ████████████    ████████████        PAGE 14

0 = normal motion
10 = complete (100%) loss of motion

SUBLUXATION LISTINGS:
Vertebrae are noted using posterior body listings. C=cervical, T=thoracic, L=lumbar, S=sacrum, Rt=right, Lt=left, A=anterior, P=posterior, I=inferior, Sup=superior, Pr=proximal, Di=distal

Palpation of the spine and extremities revealed subluxations with the following listings: 7. 4/5. Bl. PI Ilium Extremity Listings: Superior Femoral Head Extremity Listings: left Hand  Palpation of the thoracic region noted a nominal (3/10) degree of restricted motion of the specified listings. There was a mild (4/10) measure of restricted motion of the specified listings noted in the lumbar region. Palpation examination of the upper extremities noted a nominal (3/10) degree of restricted motion at the specified extremity listing(s). Palpation of the lower extremities found a mild (4/10) degree of restricted motion at the specified extremity listing(s).
MUSCLE SPASM: Examination of the thoracic region found mild (4/10) rhomboid muscle spasm on the right. Palpation examination of the thoracic region noted mild (4/10) rhomboid muscle spasm on the left. Palpation examination of the sacral region noted a nominal (3/10) measure of piriformis muscle spasm on the right. Palpation of the sacral region found a nominal (3/10) degree of piriformis muscle spasm on the left. There was evidence noted on examination of a nominal (3/10) amount of quadratus lumborum muscle spasm at the lumbar region on the right. There was evidence elicited on palpation of a mild (4/10) degree of quadratus lumborum muscle spasm at the lumbar region on the left.
EDEMA: There was a mild (4/10) level of capsular swelling at the specified thoracic listings revealed in the thoracic region. Palpation examination of the lumbar region elicited mild (4/10) capsular swelling at the specified lumbar listings.

**Treatment:**
The goals of chiropractic adjustments are to improve range of motion, decrease mechanical dysfunction, and eliminate nerve root interference. The specific listings are detailed in the objective portion of the daily treatment note. The doctor used a Diversified technique to deliver chiropractic adjustments to the specified listings in the objective portion of the daily notes. The treatment consisted of manipulation of the upper left ribs. The treatment consisted of manipulation of the upper right ribs. This patient received manipulation to both shoulders.

THERAPEUTIC EXERCISES (TE):
Therapeutic exercises and stretches are supervised by the doctor and/or Chiropractic Therapy Assistant. The exercises are preceeded by a warm up and followed by a cool down period. The patient performed supervised therapeutic exercises between: 5: 40 for 23 minutes. Lowback stretches were performed by the patient to restore normal biomechanics and to improve strength. TE - theraband on (L) ankle was performed by the patient to restore normal biomechanics and to improve strength. TE - theraband on (L) wrist was perfprmed by the patient to restore normal biomechanics and to improve strength.

MODALITIES: Intersegmental traction was performed on the cervical, thoracic, lumbar, sacral and pelvic regions to relieve joint pressure, increase mobility and increase circulation. The patient was treated with electrical muscle stimulation to the lumbar region to reduce pain.

**Assessment:**
The condition is progressing as expected. The patient is compliant in their treatment plan.

**Plan of Action:**
The doctor has selected the following treatment plan for the patient: three visits per week for 2 weeks. Her treatment was provided by Jared Bartone, D.C.

**August 11, 2020 - Visit 10 of 16**

RE: Ms. Ashia T. McCowan  PAGE 15

**Subjective Complaints:**
The patient indicated on a Numerical Rating Scale of 0 to 10 a value of 3 for intermittent, aching, dull, bilateral mid back pain; at the same level of pain as last time. She also described indications of a value of 4 for intermittent, aching, stabbing, bilateral low back pain and a value of 4 for intermittent, aching, sharp, bilateral pain in both inner legs. The low back pain is no different than the last visit and the pain in both inner legs is no different than the last visit.
Subjective Findings:
Pain Scale Range: 0-10
0 = No Pain, 10 = Remarkably Severe Pain

**Objective Findings:**
Muscle spasm, tenderness, and edema scales range from 0-10
0 = normal
10 = remarkable severe
Motion scale ranges from 0-10
0 = normal motion
10 = complete (100%) loss of motion

SUBLUXATION LISTINGS:
 Vertebrae are noted using posterior body listings. C=cervical, T=thoracic, L=lumbar, S=sacrum, Rt=right, Lt=left, A=anterior, P=posterior, I=inferior, Sup=superior, Pr=proximal, Di=distal

Palpation of the spine and extremities revealed subluxations with the following listings: 7. 4/5. Bl. PI Ilium Extremity Listings: Superior Femoral Head Extremity Listings: left Hand  Nominal (3/10) restricted motion of the specified listings at the thoracic region was noted on palpation examination. There was a mild (4/10) measure of restricted motion of the specified listings noted in the lumbar region. Examination of the upper extremities revealed a minimal (2/10) level of restricted motion at the specified extremity listing(s). Mild (4/10) restricted motion at the specified extremity listing(s) at the lower extremities were noted on examination.
MUSCLE SPASM: There was evidence elicited on palpation examination of a mild (4/10) level of rhomboid muscle spasm at the thoracic region on the right. There was evidence revealed on palpation of a mild (4/10) measure of rhomboid muscle spasm at the thoracic region on the left. There was evidence elicited on examination of a nominal (3/10) level of piriformis muscle spasm at the sacral region on the right. There was evidence revealed on palpation of a nominal (3/10) measure of piriformis muscle spasm at the sacral region on the left. Palpation of the lumbar region elicited nominal (3/10) quadratus lumborum muscle spasm on the right. There was evidence elicited on examination of a nominal (3/10) amount of quadratus lumborum muscle spasm at the lumbar region on the left.
EDEMA: There was a mild (4/10) level of capsular swelling at the specified thoracic listings revealed in the thoracic region. Palpation of the lumbar region found mild (4/10) capsular swelling at the specified lumbar listings.

**Treatment:**
The goals of chiropractic adjustments are to improve range of motion, decrease mechanical dysfunction, and eliminate nerve root interference. The  specific listings are detailed in the objective portion of the daily treatment note. The doctor used a Diversified technique to deliver chiropractic adjustments to the specified listings in the objective portion of the daily notes. The treatment consisted of manipulation of the upper left ribs. The treatment consisted of manipulation of the upper right ribs.  Manipulation was administered to both shoulders.

THERAPEUTIC EXERCISES (TE):
Therapeutic exercises and stretches are supervised by the doctor and/or Chiropractic Therapy Assistant.

RE: Ms. Ashia T. McCowan ███████████  ███████████  PAGE 16

The exercises are preceeded by a warm up and followed by a cool down period. She completed supervised therapeutic exercises between: 5: 10 for 23 minutes. Stretches were performend (dynamic, static and on the foam roller) by the patient.  The muscle groups included: IT band, piriformis, hamstrings, and quadriceps. The stretches were assisted and supervised by the doctor and/or therapist. Lowback stretches were performed by the patient to restore normal biomechanics and to improve strength. TE - theraband on (L) ankle was performed by the patient to restore normal biomechanics and to improve strength. TE - theraband on (L) wrist was perfprmed by the patient to restore normal biomechanics and to improve strength.

MODALITIES: Intersegmental traction was performed on the cervical, thoracic, lumbar, sacral and pelvic regions to relieve joint pressure, increase mobility and increase circulation. She received electrical muscle stimulation to the lumbar region to reduce pain.

**Assessment:**
Her condition is progressing as anticipated. The patient is compliant in their treatment plan.

**Plan of Action:**
The doctor has selected the following treatment plan for the patient: three visits per week for 2 weeks. Today's care was provided by Jared Bartone, D.C.

**August 12, 2020 - Visit 11 of 16**

**Subjective Complaints:**
The patient indicated on a Numerical Rating Scale of 0 to 10 a value of 2 for occasional, aching, bilateral mid back pain. This is slightly better since the last treatment. Ashia also reported indications of a value of 3 for occasional, aching, stabbing, bilateral low back pain and a value of 3 for occasional, aching, bilateral pain in both inner legs. The low back pain is slightly better since the last treatment and the pain in both inner legs is mildly improved over her last visit.
Subjective Findings:
Pain Scale Range: 0-10
0 = No Pain, 10 = Remarkably Severe Pain

**Objective Findings:**
Muscle spasm, tenderness, and edema scales range from 0-10
0 = normal
10 = remarkable severe
Motion scale ranges from 0-10
0 = normal motion
10 = complete (100%) loss of motion

 SUBLUXATION LISTINGS:
 Vertebrae are noted using posterior body listings. C=cervical, T=thoracic, L=lumbar, S=sacrum, Rt=right, Lt=left, A=anterior, P=posterior, I=inferior, Sup=superior, Pr=proximal, Di=distal

Palpation of the spine and extremities revealed subluxations with the following listings: 7. 4/5. Bl. PI Ilium Extremity Listings: Superior Femoral Head Extremity Listings: left Hand  Minimal (2/10) restricted motion of the specified listings at the thoracic region was evident on examination. There was a mild (4/10) level of restricted motion of the specified listings elicited in the lumbar region. Palpation examination of the upper extremities elicited minimal (2/10) restricted motion at the specified extremity listing(s). Palpation examination of the lower extremities elicited nominal (3/10) restricted motion at the specified extremity listing(s).
MUSCLE SPASM: Palpation examination of the thoracic region found a mild (4/10) amount of rhomboid muscle spasm on the right. Palpation examination of the thoracic region noted mild (4/10) rhomboid muscle

RE: Ms. Ashia T. McCowan ███████████   ███████████   PAGE 17

spasm on the left. Palpation of the sacral region noted a minimal (2/10) amount of piriformis muscle spasm on the right. Examination of the sacral region noted minimal (2/10) piriformis muscle spasm on the left. Palpation examination of the lumbar region found a minimal (2/10) level of quadratus lumborum muscle spasm on the right. Palpation examination of the lumbar region elicited nominal (3/10) quadratus lumborum muscle spasm on the left.

EDEMA: There was a mild (4/10) degree of capsular swelling at the specified thoracic listings found in the thoracic region. Palpation of the lumbar region revealed mild (4/10) capsular swelling at the specified lumbar listings.

**Treatment:**

The goals of chiropractic adjustments are to improve range of motion, decrease mechanical dysfunction, and eliminate nerve root interference. The specific listings are detailed in the objective portion of the daily treatment note. The doctor used a Diversified technique to deliver chiropractic adjustments to the specified listings in the objective portion of the daily notes. The treatment consisted of manipulation of the upper left ribs. The treatment consisted of manipulation of the upper right ribs. The treatment Ashia received consisted of manipulation to both shoulders.

THERAPEUTIC EXERCISES (TE):
Therapeutic exercises and stretches are supervised by the doctor and/or Chiropractic Therapy Assistant. The exercises are preceeded by a warm up and followed by a cool down period. The patient performed supervised therapeutic exercises between: 5: 45 for 23 minutes. Stretches were performed (dynamic, static and on the foam roller) by the patient. The muscle groups included: IT band, piriformis, hamstrings, and quadriceps. The stretches were assisted and supervised by the doctor and/or therapist. Lowback stretches were performed by the patient to restore normal biomechanics and to improve strength. TE - theraband on (L) ankle was performed by the patient to restore normal biomechanics and to improve strength. TE - theraband on (L) wrist was perfprmed by the patient to restore normal biomechanics and to improve strength.

MODALITIES: Intersegmental traction was performed on the cervical, thoracic, lumbar, sacral and pelvic regions to relieve joint pressure, increase mobility and increase circulation. Electrical muscle stimulation was applied to the lumbar region to reduce pain.

**Assessment:**

Her condition is progressing satisfactorily. The patient is compliant in their treatment plan.

**Plan of Action:**

The doctor has selected the following treatment plan for the patient: three visits per week for 2 weeks. Chiropractic care was provided by Jared Bartone, D.C.

**August 13, 2020 - Visit 12 of 16**

**Examination:**
OBSERVATION
Height:                                                5'3"
Weight:                                               222 lbs.
Range of Motion:
Lumbar flexion:                                  80 ° mildly decreased motion and no pain active and passive range
of motion
Lumbar extension:                             30 ° normal motion and 1/10 on a VAS active and passive range of
motion
Lumbar lateral flexion on the left:       35 ° normal motion and no pain active and passive range of motion
Lumbar lateral flexion on the right:      35 ° normal motion and no pain active and passive range of motion

RE: Ms. Ashia T. McCowan ██████████████ PAGE 18

| | |
|---|---|
| Lumbar rotation on the left: | 30 ° normal motion and no pain active and passive range of motion |
| Lumbar rotation on the right: | 30 ° normal motion and no pain active and passive range of motion |
| Orthopedic Testing: | |
| Valsalva Maneuver/Test: | negative with no pain |
| Bechterew's Sitting Test: | negative with no pain |
| Kemp's Test: | negative with no pain |
| Straight Leg Raise on the left: | 90 ° with resolved (0/10) no pain |
| Straight Leg Raise on the right: | 90 ° with resolved (0/10) no pain |
| Braggard's Sign: | negative on both sides |
| Fabere-Patrick test: | negative on both sides |
| Iliac compression test: | negative on both sides |
| Ely's Heel to Buttock Test: | positive on the right |
| Hibb's Test: | negative on both sides |
| Heel Walk Test: | negative on both sides |
| Toe Walk Test: | negative on both sides |
| Muscle Testing: | |
| Deltoid muscle test on the left: | Grade 5/5 |
| Bicep muscle test on the left: | Grade 5/5 |
| Tricep muscle test on the left: | Grade 5/5 |
| Wrist flexors test (C7) on the left: | Grade 5/5 |
| Wrist extensors test (C6) on the left: | Grade 5/5 |
| Finger extensors test (C7) on the left: | Grade 5/5 |
| Finger flexors test (C8) on the left: | Grade 5/5 |
| Finger abduction test (T1) on the left: | Grade 5/5 |
| Deltoid muscle test on the right: | Grade 5/5 |
| Bicep muscle test on the right: | Grade 5/5 |
| Tricep muscle test on the right: | Grade 5/5 |
| Wrist flexors test (C7) on the right: | Grade 5/5 |
| Wrist extensors test (C6) on the right: | Grade 5/5 |
| Finger extensors test (C7) on the right: | Grade 5/5 |
| Finger flexors test (C8) on the right: | Grade 5/5 |
| Finger abduction test (T1) on the right: | Grade 5/5 |
| Hip flexion test (T12 - L3) on the left: | Grade 5/5 |
| Leg extension test (L2 - L4) on the left: | Grade 5/5 |
| Hip extension test (S1) on the left: | Grade 5/5 |
| Hip flexion test (T12 - L3) on the right: | Grade 5/5 |
| Leg extension test (L2 - L4) on the right: | Grade 5/5 |
| Hip extension test (S1) on the right: | Grade 5/5 |
| Reflexes: | |

Relexes were all within normal limits. Sensation:
The doctor performed sensation testing bilaterally from C2 through S1. Sensation was normal bilaterally.
BMI:                                      39.3

**Subjective Complaints:**
The patient indicated on a Numerical Rating Scale of 0 to 10 a value of 2 for occasional, aching, bilateral mid back pain; the same as the last visit. The patient also expressed indications of a value of 3 for occasional, aching, stabbing, bilateral low back pain; this is the same as the last treatment. The patient also reported symptoms of a value of 3 for occasional, aching, bilateral pain in both inner legs; this is the same as the last treatment.
Subjective Findings:
Pain Scale Range: 0-10

RE: Ms. Ashia T. McCowan ████████████        ████████████        PAGE 19
0 = No Pain, 10 = Remarkably Severe Pain

**Objective Findings:**
Muscle spasm, tenderness, and edema scales range from 0-10
0 = normal
10 = remarkable severe
Motion scale ranges from 0-10
0 = normal motion
10 = complete (100%) loss of motion

 SUBLUXATION LISTINGS:
 Vertebrae are noted using posterior body listings. C=cervical, T=thoracic, L=lumbar, S=sacrum, Rt=right,
Lt=left, A=anterior, P=posterior, I=inferior, Sup=superior, Pr=proximal, Di=distal

Palpation of the spine and extremities revealed subluxations with the following listings: 7. 4/5. Bl. PI Ilium
Extremity Listings: Superior Femoral Head Extremity Listings: left Hand  Minimal (2/10) restricted motion
of the specified listings at the thoracic region was found on palpation. Nominal (3/10) restricted motion of
the specified listings at the lumbar region was revealed on palpation. Examination of the upper extremities
noted minimal (2/10) restricted motion at the specified extremity listing(s). Palpation examination of the
lower extremities revealed a nominal (3/10) level of restricted motion at the specified extremity listing(s).
MUSCLE SPASM: There was evidence revealed on examination of a nominal (3/10) measure of rhomboid
muscle spasm at the thoracic region on the right. There was evidence noted on palpation of a nominal (3/10)
amount of rhomboid muscle spasm at the thoracic region on the left. Palpation examination of the sacral
region elicited minimal (2/10) piriformis muscle spasm on the right. Examination of the sacral region found
minimal (2/10) piriformis muscle spasm on the left. There was evidence elicited on palpation examination of
a minimal (2/10) degree of quadratus lumborum muscle spasm at the lumbar region on the right.
Examination of the lumbar region revealed a nominal (3/10) degree of quadratus lumborum muscle spasm
on the left.
EDEMA: There was evidence revealed on palpation examination of a nominal (3/10) degree of capsular
swelling at the specified thoracic listings at the thoracic region. Palpation examination of the lumbar region
found nominal (3/10) capsular swelling at the specified lumbar listings.

**Treatment:**
The goals of chiropractic adjustments are to improve range of motion, decrease mechanical dysfunction, and
eliminate nerve root interference.  The  specific listings are detailed in the objective portion of the daily
treatment note. The doctor used a Diversified technique to deliver chiropractic adjustments to the specified
listings in the objective portion of the daily notes. The treatment consisted of manipulation of the upper left
ribs. The treatment consisted of manipulation of the upper right ribs. The treatment she received included
manipulation to both shoulders.

THERAPEUTIC EXERCISES (TE):
Therapeutic exercises and stretches are supervised by the doctor and/or Chiropractic Therapy Assistant.
The exercises are preceeded by a warm up and followed by a cool down period. She completed supervised
therapeutic exercises between: 5: 45 for 23 minutes. Stretches were performend (dynamic, static and on the
foam roller) by the patient.  The muscle groups included: IT band, piriformis, hamstrings, and quadriceps.
The stretches were assisted and supervised by the doctor and/or therapist. Lowback stretches were
performed by the patient to restore normal biomechanics and to improve strength. TE - theraband on (L)
ankle was performed by the patient to restore normal biomechanics and to improve strength. TE - theraband
on (L) wrist was perfprmed by the patient to restore normal biomechanics and to improve strength.

MODALITIES: Intersegmental traction was performed on the cervical, thoracic, lumbar, sacral and pelvic
regions to relieve joint pressure, increase mobility and increase circulation. She was administered electrical

RE: Ms. Ashia T. McCowan ███████████     ████████████        PAGE 20

muscle stimulation to the lumbar region to reduce pain.

**Assessment:**
Her condition is improving as expected. The patient is compliant in their treatment plan.

**Plan of Action:**
The doctor has selected the following treatment plan for the patient: three visits per week for 2 weeks.
Today's care was provided by Jared Bartone, D.C.

**August 18, 2020 - Visit 13 of 16**

**Subjective Complaints:**
The patient indicated on a Numerical Rating Scale of 0 to 10 a value of 1 for occasional, aching, bilateral mid back pain; a little improved over the last treatment. Ashia also reported symptoms of a value of 2 for occasional, aching, bilateral low back pain and a value of 2 for occasional, aching, bilateral pain in both inner legs. The low back pain is mildly improved over her last visit and the pain in both inner legs is slightly better since the last visit.
Subjective Findings:
Pain Scale Range: 0-10
0 = No Pain, 10 = Remarkably Severe Pain

**Objective Findings:**
Muscle spasm, tenderness, and edema scales range from 0-10
0 = normal
10 = remarkable severe
Motion scale ranges from 0-10
0 = normal motion
10 = complete (100%) loss of motion

SUBLUXATION LISTINGS:
Vertebrae are noted using posterior body listings. C=cervical, T=thoracic, L=lumbar, S=sacrum, Rt=right, Lt=left, A=anterior, P=posterior, I=inferior, Sup=superior, Pr=proximal, Di=distal

Palpation of the spine and extremities revealed subluxations with the following listings: 7. 4/5. Bl. PI Ilium Extremity Listings: Superior Femoral Head Extremity Listings: left Hand  Palpation of the thoracic region found a very mild (1/10) degree of restricted motion of the specified listings. Palpation of the lumbar region found a nominal (3/10) degree of restricted motion of the specified listings. Palpation of the upper extremities and the lower extremities found minimal (2/10) restricted motion at the specified extremity listing(s).
MUSCLE SPASM: Examination of the thoracic region elicited nominal (3/10) rhomboid muscle spasm on the right. There was evidence noted on palpation examination of a nominal (3/10) degree of rhomboid muscle spasm at the thoracic region on the left. Palpation examination of the sacral region revealed a minimal (2/10) level of piriformis muscle spasm on the right. There was evidence elicited on palpation examination of a minimal (2/10) level of piriformis muscle spasm at the sacral region on the left. Palpation examination of the lumbar region revealed minimal (2/10) quadratus lumborum muscle spasm on the right. Palpation examination of the lumbar region found a minimal (2/10) amount of quadratus lumborum muscle spasm on the left.
EDEMA: There was evidence found on palpation of a nominal (3/10) degree of capsular swelling at the specified thoracic listings at the thoracic region. There was evidence revealed on palpation examination of a nominal (3/10) degree of capsular swelling at the specified lumbar listings at the lumbar region.

**Treatment:**

RE: Ms. Ashia T. McCowan ⬛⬛⬛⬛⬛  ⬛⬛⬛⬛⬛ PAGE 21

The goals of chiropractic adjustments are to improve range of motion, decrease mechanical dysfunction, and eliminate nerve root interference.  The  specific listings are detailed in the objective portion of the daily treatment note. The doctor used a Diversified technique to deliver chiropractic adjustments to the specified listings in the objective portion of the daily notes. The treatment consisted of manipulation of the upper left ribs. The treatment consisted of manipulation of the upper right ribs. She received manipulation to both shoulders.

THERAPEUTIC EXERCISES (TE):
Therapeutic exercises and stretches are supervised by the doctor and/or Chiropractic Therapy Assistant. The exercises are preceeded by a warm up and followed by a cool down period. The patient performed supervised therapeutic exercises between: 5: 15 for 23 minutes. Stretches were performend (dynamic, static and on the foam roller) by the patient.  The muscle groups included: IT band, piriformis, hamstrings, and quadriceps.  The stretches were assisted and supervised by the doctor and/or therapist. Lowback stretches were performed by the patient to restore normal biomechanics and to improve strength. TE - theraband on (L) ankle was performed by the patient to restore normal biomechanics and to improve strength. TE - theraband on (L) wrist was perfprmed by the patient to restore normal biomechanics and to improve strength.

MODALITIES: Intersegmental traction was performed on the cervical, thoracic, lumbar, sacral and pelvic regions to relieve joint pressure, increase mobility and increase circulation. The treatment Ashia received consisted of electrical muscle stimulation to the lumbar region to reduce pain.

**Assessment:**
Her condition is improving as expected. The patient is compliant in their treatment plan.

**Plan of Action:**
The doctor has selected the following treatment plan for the patient: three visits per week for 2 weeks. Ms. Mccowan was treated by Jared Bartone, D.C. today.

**August 20, 2020 - Visit 14 of 16**

**Subjective Complaints:**
The patient indicated on a Numerical Rating Scale of 0 to 10 a value of 1 for occasional, aching, bilateral mid back pain, which is unchanged from the last visit. Ashia also described symptoms of a value of 2 for occasional, aching, bilateral low back pain; at the same level of pain as last time. This patient also expressed indications of a value of 2 for occasional, aching, bilateral pain in both inner legs; no different than the last visit.
Subjective Findings:
Pain Scale Range: 0-10
0 = No Pain, 10 = Remarkably Severe Pain

**Objective Findings:**
Muscle spasm, tenderness, and edema scales range from 0-10
0 = normal
10 = remarkable severe
Motion scale ranges from 0-10
0 = normal motion
10 = complete (100%) loss of motion

 SUBLUXATION LISTINGS:
 Vertebrae are noted using posterior body listings. C=cervical, T=thoracic, L=lumbar, S=sacrum, Rt=right, Lt=left, A=anterior, P=posterior, I=inferior, Sup=superior, Pr=proximal, Di=distal

RE: Ms. Ashia T. McCowan ████████████    ████████████    PAGE 22

Palpation of the spine and extremities revealed subluxations with the following listings: 7. 4/5. Bl. PI Ilium Extremity Listings: Superior Femoral Head Extremity Listings: left Hand  Very mild (1/10) restricted motion of the specified listings at the thoracic region was revealed on palpation. Minimal (2/10) restricted motion of the specified listings at the lumbar region was evident on examination. Palpation examination of the upper extremities noted very mild (1/10) restricted motion at the specified extremity listing(s). Examination of the lower extremities found a minimal (2/10) degree of restricted motion at the specified extremity listing(s).

MUSCLE SPASM: Palpation examination of the thoracic region elicited a minimal (2/10) level of rhomboid muscle spasm on the right. There was evidence elicited on examination of a minimal (2/10) measure of rhomboid muscle spasm at the thoracic region on the left. Examination of the sacral region revealed a very mild (1/10) amount of piriformis muscle spasm on the right. Palpation of the sacral region elicited a very mild (1/10) measure of piriformis muscle spasm on the left. Palpation examination of the lumbar region found very mild (1/10) quadratus lumborum muscle spasm on the right. There was evidence elicited on examination of a minimal (2/10) amount of quadratus lumborum muscle spasm at the lumbar region on the left.

EDEMA: There was evidence found on palpation examination of a minimal (2/10) level of capsular swelling at the specified thoracic listings at the thoracic region. Examination of the lumbar region found minimal (2/10) capsular swelling at the specified lumbar listings.

**Treatment:**

The goals of chiropractic adjustments are to improve range of motion, decrease mechanical dysfunction, and eliminate nerve root interference.  The  specific listings are detailed in the objective portion of the daily treatment note. The doctor used a Diversified technique to deliver chiropractic adjustments to the specified listings in the objective portion of the daily notes. The treatment consisted of manipulation of the upper left ribs. The treatment consisted of manipulation of the upper right ribs. The treatment included manipulation to both shoulders.

THERAPEUTIC EXERCISES (TE):
Therapeutic exercises and stretches are supervised by the doctor and/or Chiropractic Therapy Assistant. The exercises are preceeded by a warm up and followed by a cool down period. She completed supervised therapeutic exercises between: 5: 35 for 23 minutes. Stretches were performend (dynamic, static and on the foam roller) by the patient.  The muscle groups included: IT band, piriformis, hamstrings, and quadriceps. The stretches were assisted and supervised by the doctor and/or therapist. Lowback stretches were performed by the patient to restore normal biomechanics and to improve strength. TE - theraband on (L) ankle was performed by the patient to restore normal biomechanics and to improve strength. TE - theraband on (L) wrist was perfprmed by the patient to restore normal biomechanics and to improve strength.

MODALITIES: Intersegmental traction was performed on the cervical, thoracic, lumbar, sacral and pelvic regions to relieve joint pressure, increase mobility and increase circulation. The treatment the patient received consisted of electrical muscle stimulation to the lumbar region to reduce pain.

**Assessment:**

Her condition is improving satisfactorily. The patient is compliant in their treatment plan.

**Plan of Action:**

The doctor has selected the following treatment plan for the patient: three visits per week for 2 weeks. Her treatment was provided by Jared Bartone, D.C.

**August 25, 2020 - Visit 15 of 16**

**Subjective Complaints:**

RE: Ms. Ashia T. McCowan ███████████ ███████████                    PAGE 23

The patient reported that her mid back pain has been resolved. The patient also indicated on a Numerical Rating Scale of 0 to 10 a value of 1 for occasional, aching, bilateral low back pain and a value of 1 for occasional, aching, bilateral pain in both inner legs. The low back pain is a minimal improvement over her previous visit and the pain in both inner legs is a little improved over the last treatment.

Subjective Findings:

Pain Scale Range: 0-10

0 = No Pain, 10 = Remarkably Severe Pain


**Objective Findings:**

Muscle spasm, tenderness, and edema scales range from 0-10

0 = normal

10 = remarkable severe

Motion scale ranges from 0-10

0 = normal motion

10 = complete (100%) loss of motion


 SUBLUXATION LISTINGS:

 Vertebrae are noted using posterior body listings. C=cervical, T=thoracic, L=lumbar, S=sacrum, Rt=right, Lt=left, A=anterior, P=posterior, I=inferior, Sup=superior, Pr=proximal, Di=distal


Palpation of the spine and extremities revealed subluxations with the following listings: 7. 4/5. Bl. PI Ilium Extremity Listings: Superior Femoral Head Extremity Listings: left Hand  The restricted motion of the specified listings of the thoracic region appears resolved at this time. Palpation examination of the lumbar region elicited a minimal (2/10) measure of restricted motion of the specified listings. Palpation of the upper extremities and the lower extremities found a very mild (1/10) level of restricted motion at the specified extremity listing(s).

MUSCLE SPASM: Palpation of the thoracic region revealed minimal (2/10) rhomboid muscle spasm on the right. Palpation examination of the thoracic region noted minimal (2/10) rhomboid muscle spasm on the left. There was evidence found on palpation of a very mild (1/10) level of piriformis muscle spasm at the sacral region on the right. Palpation examination of the sacral region found very mild (1/10) piriformis muscle spasm on the left. Palpation examination of the lumbar region found a very mild (1/10) amount of quadratus lumborum muscle spasm on the right. There was evidence found on palpation of a very mild (1/10) amount of quadratus lumborum muscle spasm at the lumbar region on the left.

EDEMA: There was evidence found on palpation of a minimal (2/10) measure of capsular swelling at the specified thoracic listings at the thoracic region. There was evidence noted on palpation of a minimal (2/10) degree of capsular swelling at the specified lumbar listings at the lumbar region.


**Treatment:**

The goals of chiropractic adjustments are to improve range of motion, decrease mechanical dysfunction, and eliminate nerve root interference.  The specific listings are detailed in the objective portion of the daily treatment note. The doctor used a Diversified technique to deliver chiropractic adjustments to the specified listings in the objective portion of the daily notes. The treatment consisted of manipulation of the upper left ribs. The treatment consisted of manipulation of the upper right ribs. The patient received manipulation to both shoulders.


THERAPEUTIC EXERCISES (TE):

Therapeutic exercises and stretches are supervised by the doctor and/or Chiropractic Therapy Assistant. The exercises are preceeded by a warm up and followed by a cool down period. She completed supervised therapeutic exercises between: 5: 15 for 23 minutes. Stretches were performed (dynamic, static and on the foam roller) by the patient.  The muscle groups included: IT band, piriformis, hamstrings, and quadriceps. The stretches were assisted and supervised by the doctor and/or therapist. Lowback stretches were performed by the patient to restore normal biomechanics and to improve strength. TE - theraband on (L)

RE: Ms. Ashia T. McCowan ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ PAGE 24

ankle was performed by the patient to restore normal biomechanics and to improve strength. TE - theraband on (L) wrist was perfprmed by the patient to restore normal biomechanics and to improve strength.

MODALITIES: Intersegmental traction was performed on the cervical, thoracic, lumbar, sacral and pelvic regions to relieve joint pressure, increase mobility and increase circulation. She was treated with electrical muscle stimulation to the lumbar region to reduce pain.

**Assessment:**
The patient's condition is responding satisfactorily. The patient is compliant in their treatment plan.

**Plan of Action:**
The doctor has selected the following treatment plan for the patient: three visits per week for 2 weeks. Ms. Mccowan was treated by Jared Bartone, D.C. today.

**August 27, 2020 - Visit 16 of 16**

**Subjective Complaints:**
The patient indicated on a Numerical Rating Scale of 0 to 10 a value of 1 for occasional, aching, bilateral low back pain, which is the same as the last treatment. The patient also described symptoms of a value of 1 for occasional, aching, bilateral pain in both inner legs, which is at the same level of pain as last time.
Subjective Findings:
Pain Scale Range: 0-10
0 = No Pain, 10 = Remarkably Severe Pain

**Objective Findings:**
Muscle spasm, tenderness, and edema scales range from 0-10
0 = normal
10 = remarkable severe
Motion scale ranges from 0-10
0 = normal motion
10 = complete (100%) loss of motion

 SUBLUXATION LISTINGS:
 Vertebrae are noted using posterior body listings. C=cervical, T=thoracic, L=lumbar, S=sacrum, Rt=right, Lt=left, A=anterior, P=posterior, I=inferior, Sup=superior, Pr=proximal, Di=distal

Palpation of the spine and extremities revealed subluxations with the following listings: 7. 4/5. Bl. PI Ilium Extremity Listings: Superior Femoral Head Extremity Listings: left Hand  Very mild (1/10) restricted motion of the specified listings at the lumbar region was noted on examination. Palpation of the upper extremities and the lower extremities noted very mild (1/10) restricted motion at the specified extremity listing(s).
MUSCLE SPASM: Palpation of the thoracic region elicited a very mild (1/10) amount of rhomboid muscle spasm on the right. Palpation examination of the thoracic region noted very mild (1/10) rhomboid muscle spasm on the left. Palpation examination of the sacral region noted a very mild (1/10) measure of piriformis muscle spasm on the right. There was evidence elicited on examination of a very mild (1/10) amount of piriformis muscle spasm at the sacral region on the left. Examination of the lumbar region noted very mild (1/10) quadratus lumborum muscle spasm on the right. Palpation of the lumbar region noted very mild (1/10) quadratus lumborum muscle spasm on the left.
EDEMA: There was a very mild (1/10) level of capsular swelling at the specified thoracic listings found in the thoracic region. There was evidence found on palpation of a very mild (1/10) degree of capsular swelling at the specified lumbar listings at the lumbar region.

RE: Ms. Ashia T. McCowan ███████████        ███████████        PAGE 25

**Treatment:**
The goals of chiropractic adjustments are to improve range of motion, decrease mechanical dysfunction, and eliminate nerve root interference.  The  specific listings are detailed in the objective portion of the daily treatment note. The doctor used a Diversified technique to deliver chiropractic adjustments to the specified listings in the objective portion of the daily notes. The treatment consisted of manipulation of the upper left ribs. The treatment consisted of manipulation of the upper right ribs.  Manipulation was administered to both shoulders.

THERAPEUTIC EXERCISES (TE):
Therapeutic exercises and stretches are supervised by the doctor and/or Chiropractic Therapy Assistant. The exercises are preceeded by a warm up and followed by a cool down period. The patient performed supervised therapeutic exercises between: 5: 15 for 23 minutes. Stretches were performed (dynamic, static and on the foam roller) by the patient.  The muscle groups included: IT band, piriformis, hamstrings, and quadriceps.  The stretches were assisted and supervised by the doctor and/or therapist. Lowback stretches were performed by the patient to restore normal biomechanics and to improve strength. TE - theraband on (L) ankle was performed by the patient to restore normal biomechanics and to improve strength. TE - theraband on (L) wrist was perfprmed by the patient to restore normal biomechanics and to improve strength.

MODALITIES: Intersegmental traction was performed on the cervical, thoracic, lumbar, sacral and pelvic regions to relieve joint pressure, increase mobility and increase circulation. She was administered electrical muscle stimulation to the lumbar region to reduce pain.

**Assessment:**
Her condition is progressing as expected. The patient is compliant in their treatment plan.

**Plan of Action:**
Chiropractic care was provided by Jared Bartone, D.C.

Respectfully Submitted

Jared Bartone, D.C.

# EXHIBIT M



**AMERICAN HEALTH Imaging**

796 Church Street NE, Suite 100
Marietta, GA 30060
Phone #: (678)736-8908
Fax #: (678)736-8907
www.americanhealthimaging.com

**Name:** Ashia McCowan
**DOB:** ███████
**Gender:** Female

**Exam Date:** 7/17/2020 05:05 PM
**Patient ID:** AHI-1239851
**Accession #:** 2366671

**Ordering Physician:** Jared Bartone, DC
**Exam Name:** MRI Lumbar Spine | 72148

HISTORY: Status post slip and fall March 2020. Low back pain. Numbness and tingling down both legs.

FINDINGS:

Vertebral body alignment appears appropriate for age. Decreased T2 disc signal at L5-S1. Signal intensities of vertebral bodies are uniform. Conus ends at T12. No focal abnormalities.

T11-T12 to L2-L3: Contour of posterior disc margins are maintained. No significant spinal canal or neural foraminal stenosis. No evidence of nerve root impingement. Mild bilateral facet joint arthrosis and ligamentum flavum hypertrophy at L1-L2 and L2-L3.

L3-L4: Disc bulge. No significant spinal canal or neural foraminal stenosis. No evidence of nerve root impingement. Bilateral ligamentum flavum hypertrophy with posterolateral indentation of the thecal sac. Mild bilateral facet joint arthrosis. Mild right facet joint effusion.

L4-L5: Central to right subarticular disc protrusion with features of extrusion with subtle subligamentous inferior migration irritating right L5 nerve root. Mild spinal canal stenosis. Mild bilateral neural foraminal stenosis. Bilateral ligamentum flavum hypertrophy with posterolateral indentation of the thecal sac. Mild bilateral facet joint arthrosis.

L5-S1: Disc bulge superimposed with left subarticular disc protrusion irritating left S1 nerve root. Mild spinal canal stenosis in the midline. No significant neural foraminal stenosis. Mild bilateral facet joint arthrosis.

IMPRESSION:
1. Disc protrusion with features of extrusion irritating right L5 nerve root at L4-L5 and disc protrusion at L5-S1 irritating left S1 nerve root. Adjacent disc margins appear smooth and regular. No evidence of osteophytes. Overall, these findings can represent disc herniations as a result of physical injury.
2. Please read above discussion for details.
Report Electronically Signed by: Ravi Yarlagadda, M.D.
Report Electronically Signed on: 7/20/2020 10:10 AM

*Radiology Report from an ACR Accredited Facility*

# EXHIBIT N

# INTERGRATED HEALTH CARE OF DALTON
## 1513 W. WALNUT AVE. DALTON, GA 30720

**Test Date:** 7/20/2020

| Patient: | Ashia McCowan | DOB: | | Physician: | Patrick McDougal, MD |
|---|---|---|---|---|---|
| Sex: | Female | Height: | | Ref Phys: | Patrick McDougal, MD |
| ID#: | | Weight: | 225 lbs. | Technician: | JY |

**Patient Complaints:**

Lower back pain and N/T of the right lower extremity. R/O radiculopathy vs compressive mononeuropathy.

**EMG & NCV Findings:**

Evaluation of the Left Peroneal Motor nerve showed reduced amplitude (1.0 mV) and decreased conduction velocity (B Fib-Ankle, 27 m/s). The Right Peroneal Motor and the Right Sural Anti Sensory nerves showed reduced amplitude (R1.9, R4.8 μV). The Left Tibial Motor and the Right Tibial Motor nerves showed reduced amplitude (L1.0, R1.1 mV) and decreased conduction velocity (Knee-Ankle, L23, R26 m/s). The Right Sup Peron Anti Sensory nerve showed prolonged distal peak latency (4.8 ms), reduced amplitude (4.3 μV), and decreased conduction velocity (14 cm-Ant Lat Mall, 29 m/s). The Left Sural Anti Sensory nerve showed prolonged distal peak latency (5.6 ms), reduced amplitude (2.3 μV), and decreased conduction velocity (Calf-Lat Mall, 25 m/s).

F Wave studies indicate that the Left Peroneal F Wave has prolonged latency (60.93 ms). The Left Tibial F Wave has prolonged latency (64.89 ms). The Right Tibial F Wave has prolonged latency (70.62 ms). All remaining F Wave latencies were within normal limits.

**Impression:**

The electrodiagnostic study is abnormal. There is electrophysiological evidence of bilateral L4-L5 nerve root irritations, worse on the right.

Clinical correlation is recommended.

Patrick McDougal, MD

**Patient:** McCowan, Ashia          **Test Date:** 7/20/2020          **Page 2**

# Nerve Conduction Studies

## Anti Sensory Summary Table

| Site | NR | Peak (ms) | Norm Peak (ms) | P-T Amp (µV) | Norm P-T Amp | Site1 | Site2 | Delta-P (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Left Sup Peron Anti Sensory (Ant Lat Mall)** | | | | unobtainable | | | | | | | |
| 14 cm | | | <4.4 | | >5.0 | 14 cm | Ant Lat Mall | | 14.0 | | >32 |
| **Right Sup Peron Anti Sensory (Ant Lat Mall)** | | | | | | | | | | | |
| 14 cm | | 4.8 | <4.4 | 4.3 | >5.0 | 14 cm | Ant Lat Mall | 4.8 | 14.0 | 29 | >32 |
| **Left Sural Anti Sensory (Lat Mall)** | | | | | | | | | | | |
| Calf | | 5.6 | <4.0 | 2.3 | >5.0 | Calf | Lat Mall | 5.6 | 14.0 | 25 | >35 |
| **Right Sural Anti Sensory (Lat Mall)** | | | | | | | | | | | |
| Calf | | 3.9 | <4.0 | 4.8 | >5.0 | Calf | Lat Mall | 3.9 | 14.0 | 36 | >35 |

## Motor Summary Table

| Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Left Medial Plantar Motor (AHB)** | | | | | | | | | | | |
| Med Mall | | 1.7 | | 1.0 | | | | | | | |
| **Right Medial Plantar Motor (AHB)** | | | | | | | | | | | |
| Med Mall | | 3.7 | | 1.0 | | | | | | | |
| **Left Peroneal Motor (Ext Dig Brev)** | | | | | | | | | | | |
| Ankle | | 3.4 | <6.1 | 1.0 | >2.5 | B Fib | Ankle | 12.5 | 34.0 | 27 | >38 |
| B Fib | | 15.9 | | 0.3 | | | | | | | |
| **Right Peroneal Motor (Ext Dig Brev)** | | | | | | | | | | | |
| Ankle | | 4.1 | <6.1 | 1.9 | >2.5 | B Fib | Ankle | 8.6 | 34.0 | 40 | >38 |
| B Fib | | 12.7 | | 1.7 | | | | | | | |
| **Left Tibial Motor (Abd Hall Brev)** | | | | | | | | | | | |
| Ankle | | 3.0 | <6.1 | 1.0 | >3.0 | Knee | Ankle | 16.5 | 37.5 | 23 | >39 |
| Knee | | 19.5 | | 0.0 | | | | | | | |
| **Right Tibial Motor (Abd Hall Brev)** | | | | | | | | | | | |
| Ankle | | 2.7 | <6.1 | 1.1 | >3.0 | Knee | Ankle | 14.3 | 37.5 | 26 | >39 |
| Knee | | 17.0 | | 0.2 | | | | | | | |

## F Wave Studies

| NR | F-Lat (ms) | Lat Norm (ms) | L-R F-Lat (ms) | L-R Lat Norm |
|---|---|---|---|---|
| **Left Peroneal (Mrkrs) (EDB)** | | | | |
| | 60.93 | <60 | 5.73 | <5.1 |
| **Right Peroneal (Mrkrs) (EDB)** | | | | |
| | 55.20 | <60 | 5.73 | <5.1 |
| **Left Tibial (Mrkrs) (Abd Hallucis)** | | | | |
| | 64.89 | <61 | 5.73 | <5.7 |
| **Right Tibial (Mrkrs) (Abd Hallucis)** | | | | |
| | 70.62 | <61 | 5.73 | <5.7 |

## H Reflex Studies

| NR | H-Lat (ms) | L-R H-Lat (ms) | L-R Lat Norm |
|---|---|---|---|
| **Left Tibial (Gastroc)** | no h-reflex response | | |
| | | | <2.0 |
| **Right Tibial (Gastroc)** | no h-reflex response | | |
| | | | <2.0 |

**Patient:** McCowan, Ashia

**Test Date:** 7/20/2020

Page 3

## Nerve Conduction Studies
**Anti Sensory Left/Right Comparison**

| Site | L Lat (ms) | R Lat (ms) | L-R Lat (ms) | L Amp (µV) | R Amp (µV) | L-R Amp (%) | Site1 | Site2 | L Vel (m/s) | R Vel (m/s) | L-R Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sup Peron Anti Sensory (Ant Lat Mall)   unobtainable** | | | | | | | | | | | |
| 14 cm | | 4.8 | 4.8 | | 4.3 | 100.0 | 14 cm | Ant Lat Mall | | 29 | |
| **Sural Anti Sensory (Lat Mall)** | | | | | | | | | | | |
| Calf | 5.6 | 3.9 | 1.7 | 2.3 | 4.8 | 52.1 | Calf | Lat Mall | 25 | 36 | 11 |

**Motor Left/Right Comparison**

| Site | L Lat (ms) | R Lat (ms) | L-R Lat (ms) | L Amp (mV) | R Amp (mV) | L-R Amp (%) | Site1 | Site2 | L Vel (m/s) | R Vel (m/s) | L-R Vel (m/s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Medial Plantar Motor (AHB)** | | | | | | | | | | | |
| Med Mall | 1.7 | 3.7 | 2.0 | 1.0 | 1.0 | 0.0 | | | | | |
| **Peroneal Motor (Ext Dig Brev)** | | | | | | | | | | | |
| Ankle | 3.4 | 4.1 | 0.7 | 1.0 | 1.9 | 47.4 | B Fib | Ankle | 27 | 40 | 13 |
| B Fib | 15.9 | 12.7 | 3.2 | 0.3 | 1.7 | 82.4 | | | | | |
| **Tibial Motor (Abd Hall Brev)** | | | | | | | | | | | |
| Ankle | 3.0 | 2.7 | 0.3 | 1.0 | 1.1 | 9.1 | Knee | Ankle | 23 | 26 | 3 |
| Knee | 19.5 | 17.0 | 2.5 | 0.0 | 0.2 | 100.0 | | | | | |

**Patient:** McCowan, Ashia    **Test Date:** 7/20/2020    Page 4

## Waveforms:



**Patient:** McCowan, Ashia     **Test Date:** 7/20/2020     Page 5



**Integrated Healthcare Center of Dalton, LLC (TIN#: xx-xx22703)**
**1513 West Walnut Ave**
**Dalton, GA 307203869**

**Today's date: September 3, 2020**

**Patient: Ashia T McCowan #150** ███████████

# Thursday July 23, 2020  Provider: Patrick D McDougal MD
NPI#: 1881614105

## Subjective
**Medical Note (Physical Medicine):** *Type of Visit:* Personal Injury evaluation. *Chief Complaint(s)* Low back Pain.HISTORY OF PRESENT ILLNESS:

Patient presents to the clinic today for evaluation of multiple symptoms. Please see the chart for additional information. *TPI Lumbar Spine Muscle Groups* Bilateral Latissimus dorsi muscle, Bilateral Quadratus lumborum muscle, Bilateral Multifidis lumborum muscles. *General/Constitutional Data* No fever; No chills; No malaise. *Cardiovascular* No Known Issues. *Respiratory* no known issues.

**Lumbar/Sacral:** LBP s/p slip and fall at Walmart. *Date of Injury* 3/28/2020. *Changes in this condition:* getting worse gradually. *Pain:* achy, sharp, stiff, throbbing, numbness; described as: severe; level: 8/10. *Pain is* constant. *Pain radiates to:* left buttock, right buttock, left leg distal to posterior knee, right leg distal to posterior knee. *Time of day when symptoms get worse:* as day progresses. *Exacerbates symptoms:* sitting; walking; sitting at computer. *Time of day when symptoms improve:* no change. *Alleviates symptoms:* chiropractic care; medication; resting.

## Objective
**Medical Note (Physical Medicine):** Height: 5'3"; Weight: 225 lbs; BP:; HR:; RR:. *General/Constitutional* Female well groomed; alert; oriented for time; oriented for place; oriented for person; not in acute distress; communicates well. *SKIN* Warm, Dry, No lesions. *RESPIRATORY* symmetric effort, without use of accessory muscles, even and unlabored. *HEART* rhythm normal; rate normal. *ABDOMEN* soft, central adiposity, no tenderness on palpation.

**Lumbar/Sacral:** *Tightness:* left & right lumbar areas. *Tenderness on palpation:* lumbar paraspinal; left SI; right SI. *Trigger points:* lumbar paraspinal area.

## Assessment
*Diagnosis:* M54.5 (Low back pain), M54.15 (Radiculopathy, thoracolumbar), M54.16 (Radiculopathy, lumbar region), M54.17 (Radiculopathy, lumbosacral region).

## Treatment & Plan
TREATMENT AND PLAN:
1) Physical therapy: Due to the patient's low back pain I do recommend a Physical Therapy evaluation and

**Integrated Healthcare Center of Dalton, LLC 1513 West Walnut Ave Dalton, GA 307203869**
**Encounter dated 07/23/2020 for Ashia T McCowan #15092**
day's date: 09/03/2020

subsequent treatment two to three times weekly for six to eight weeks.

2) Durable Medical Equipment: The patient is a good candidate to utilize TENS unit, Posture Pump and Lumbar Support to facilitate the resolution of symptoms.

3) Nerve Conduction  Study/ Lumbar/ Cervical : Due to the patient's lumbar radicular symptoms a nerve conduction study is recommended to evaluate for nerve root compromise as a cause of the symptoms. It will also help further differentiate between peripheral neuralgias and axonal sources of the symptoms, which may change patient's treatment plan. A follow up MRI may be needed depending upon the results of the study. I will see patient back in the clinic to review the the results as soon as they are available

4) Trigger Point Injections: Due to the  patient's myofascial symptoms in the low back area trigger point therapy is recommended. I discussed the course of treatment being multiple injections directly into the marked muscle spasms two times per week for  three to four weeks depending  upon how the patient's symptoms resolve. I discussed the medications used, as well as their typical lack of side effects with the patient today. The patient was provided a handout detailing the procedure that can be reviewed at home. Based on my examination today I would  recommend  initiating treatment in the lumbar area.

5) Chiropractic Treatment: I would recommend the patient continue their current  course  of chiropractic treatment as previously prescribed. *Patient treated to:* relieve pain, decrease inflammation, decrease muscle spasms, improve ADL, improve function, improve ROM. *Short term goals:* within 4 week(s): decrease pain; decreased tenderness; able to perform functional activities independently; improved ADL.


## Tuesday July 28, 2020  Provider: Patrick D McDougal MD
NPI#: 1881614105


## Subjective
**Medical Note (Physical Medicine):** *Type of Visit:* Procedure: TPI. *Chief Complaint(s)* Low back Pain.PROCEDURE: Trigger Point Injections, session # 1 (lumbar).

INTERVAL HISTORY: The patient presents today for a follow up evaluation of her symptoms and to continue a  series of trigger point injections. Her chief complaint today is frequent bilateral low back pain, stiffness and restricted ROM. She also reports occasional radiation of the pain to bilateral sacroiliac joint area. Pain scale 8/10. She describes the pain as achy, throbbing and nagging, which gets exacerbated with prolonged sitting  and standing. She continues with muscle stretching and applying a moist heat to the paraspinal muscles, which  help to alleviate her symptoms temporarily.

PROCEDURE: I explained the procedure to the patient and she signed a consent.The lumbar paraspinal muscles were palpated and all trigger points were identified and marked. After that the skin was cleaned with alcohol and allowed to dry. Using a mixture of 1% Lidocaine 2 ml and 0.9% Sodium Chloride 1 ml. I treated 6 trigger points in bilateral latissimus dorsi muscles, gluteus maximum muscles and piriformis muscles.

**Integrated Healthcare Center of Dalton, LLC 1513 West Walnut Ave Dalton, GA 307203869**
**Encounter dated 07/28/2020 for Ashia T McCowan #15092**
~~DOB 09/01/1977 Signature Date:~~ date: 09/03/2020

Patient  tolerated the procedure well. Post procedure, moist heat was applied to the treated areas for 10 minutes with the patient in a prone position. *TPI Lumbar Spine Muscle Groups* Bilateral Latissimus dorsi muscle, Bilateral Quadratus lumborum muscle, Bilateral Multifidis lumborum muscles. *General/Constitutional Data* No fever; No chills; No malaise. *Cardiovascular* No Known Issues. *Respiratory* no known issues.

**Lumbar/Sacral:** LBP s/p slip and fall at Walmart. *Date of Injury* 3/28/2020. *Changes in this condition:* getting worse gradually. *Pain:* achy, sharp, stiff, throbbing, numbness; described as: severe; level: 8/10. *Pain is* constant. *Pain radiates to:* left buttock, right buttock, left leg distal to posterior knee, right leg distal to posterior knee. *Time of day when symptoms get worse:* as day progresses. *Exacerbates symptoms:* sitting; walking; sitting at computer. *Time of day when symptoms improve:* no change. *Alleviates symptoms:* chiropractic care; medication; resting.

*Current medications:* Estrogen; B12. *Allergies:* Amoxicillin. *Surgeries:* Total hysterectomy; Cholecystectomy; Exploratory laparoscopy. *Occupational history:* Front desk for pediatrics office. *Social history:* married, lives with spouse, Never smoker. Alcohol: none. Caffeine: <3 drinks/day.

## Objective
**Medical Note (Physical Medicine):** Height: 5'3"; Weight: 225 lbs; BP:; HR:; RR:. *General/Constitutional* Female well groomed; alert; oriented for time; oriented for place; oriented for person; not in acute distress; communicates well. *SKIN* Warm, Dry, No lesions. *RESPIRATORY* symmetric effort, without use of accessory muscles, even and unlabored. *HEART* rhythm normal; rate normal. *ABDOMEN* soft, central adiposity, no tenderness on palpation.

**Lumbar/Sacral:** *Tightness:* left & right lumbar areas. *Tenderness on palpation:* lumbar paraspinal; left SI; right SI. *Trigger points:* lumbar paraspinal area.

## Assessment
*Diagnosis:* M54.5 (Low back pain), M54.15 (Radiculopathy, thoracolumbar), M54.16 (Radiculopathy, lumbar region), M54.17 (Radiculopathy, lumbosacral region). *CPT code(s):* 99213, 20553.

## Treatment & Plan
TREATMENT AND PLAN:
1) Physical therapy: Due to the patient's low back pain I do recommend a Physical Therapy evaluation and subsequent treatment two to three times weekly for six to eight weeks.

2) Durable Medical Equipment: The patient is a good candidate to utilize TENS unit, Posture Pump and Lumbar Support to facilitate the resolution of symptoms.

3) Nerve Conduction  Study/ Lumbar/ Cervical : Due to the patient's lumbar radicular symptoms a nerve conduction study is recommended to evaluate for nerve root compromise as a cause of the symptoms. It will also help further differentiate between peripheral neuralgias and axonal sources of the symptoms, which may change patient's treatment plan. A follow up MRI may be needed depending upon the results of the study. I will see patient back in the clinic to review the the results as soon as they are available

**Integrated Healthcare Center of Dalton, LLC 1513 West Walnut Ave Dalton, GA 307203869**
**Encounter dated 07/28/2020 for Ashia T McCowan #15092**
Today's date: 09/03/2020

4) Trigger Point Injections: Due to the patient's myofascial symptoms in the low back area trigger point therapy is recommended. I discussed the course of treatment being multiple injections directly into the marked muscle spasms two times per week for three to four weeks depending upon how the patient's symptoms resolve. I discussed the medications used, as well as their typical lack of side effects with the patient today. The patient was provided a handout detailing the procedure that can be reviewed at home. Based on my examination today I would recommend initiating treatment in the lumbar area.

5) Chiropractic Treatment: I would recommend the patient continue their current course of chiropractic treatment as previously prescribed. *Patient treated to:* relieve pain, decrease inflammation, decrease muscle spasms, improve ADL, improve function, improve ROM. *Short term goals:* within 4 week(s): decrease pain; decreased tenderness; able to perform functional activities independently; improved ADL.

## Thursday July 30, 2020  Provider: Patrick D McDougal MD
NPI#: 1881614105

## Subjective
**Medical Note (Physical Medicine):** *Type of Visit:* Procedure: TPI. *Chief Complaint(s)* Low back Pain.PROCEDURE: Trigger Point Injections, session # 2 (lumbar).

INTERVAL HISTORY: The patient presents today for a follow up evaluation of her symptoms and to continue a series of trigger point injections. Her chief complaint today is frequent bilateral low back pain, stiffness and restricted ROM. She also reports occasional radiation of the pain to bilateral sacroiliac joint area. Pain scale 8/10. She describes the pain as achy, throbbing and nagging, which gets exacerbated with prolonged sitting and standing. She continues with muscle stretching and applying a moist heat to the paraspinal muscles, which help to alleviate her symptoms temporarily.

PROCEDURE: I explained the procedure to the patient and she signed a consent.The lumbar paraspinal muscles were palpated and all trigger points were identified and marked. After that the skin was cleaned with alcohol and allowed to dry. Using a mixture of 1% Lidocaine 2 ml and 0.9% Sodium Chloride 1 ml. I treated 6 trigger points in bilateral latissimus dorsi muscles, gluteus maximum muscles and piriformis muscles.

Patient tolerated the procedure well. Post procedure, moist heat was applied to the treated areas for 10 minutes with the patient in a prone position. *TPI Lumbar Spine Muscle Groups* Bilateral Latissimus dorsi muscle, Bilateral Quadratus lumborum muscle, Bilateral Multifidis lumborum muscles. *General/Constitutional Data* No fever; No chills; No malaise. *Cardiovascular* No Known Issues. *Respiratory* no known issues.

**Lumbar/Sacral:** LBP s/p slip and fall at Walmart. *Date of Injury* 3/28/2020. *Changes in this condition:* getting worse gradually. *Pain:* achy, sharp, stiff, throbbing, numbness; described as: severe; level: 8/10. *Pain is* constant. *Pain radiates to:* left buttock, right buttock, left leg distal to posterior knee, right leg distal to posterior knee. *Time of day when symptoms get worse:* as day progresses. *Exacerbates symptoms:* sitting; walking; sitting at computer. *Time of day when symptoms improve:* no change. *Alleviates symptoms:* chiropractic care; medication; resting.

**Integrated Healthcare Center of Dalton, LLC 1513 West Walnut Ave Dalton, GA 307203869**
**Encounter dated 07/30/2020 for Ashia T McCowan #15092**
██████████████████████████████ y's date: 09/03/2020

*Current medications:* Estrogen; B12. *Allergies:* Amoxicillin. *Surgeries:* Total hysterectomy; Cholecystectomy; Exploratory laparoscopy. *Occupational history:* Front desk for pediatrics office.

## Objective
**Medical Note (Physical Medicine):** Height: 5'3"; Weight: 225 lbs; BP:; HR:; RR:. *General/Constitutional* Female well groomed; alert; oriented for time; oriented for place; oriented for person; not in acute distress; communicates well. *SKIN* Warm, Dry, No lesions. *RESPIRATORY* symmetric effort, without use of accessory muscles, even and unlabored. *HEART* rhythm normal; rate normal. *ABDOMEN* soft, central adiposity, no tenderness on palpation.

**Lumbar/Sacral:** *Tightness:* left & right lumbar areas. *Tenderness on palpation:* lumbar paraspinal; left SI; right SI. *Trigger points:* lumbar paraspinal area.

## Assessment
*Diagnosis:* M54.5 (Low back pain), M54.15 (Radiculopathy, thoracolumbar), M54.16 (Radiculopathy, lumbar region), M54.17 (Radiculopathy, lumbosacral region). *CPT code(s):* 99213, 20553.

## Treatment & Plan
TREATMENT AND PLAN:

1) Physical therapy: Due to the patient's low back pain I do recommend a Physical Therapy evaluation and subsequent treatment two to three times weekly for six to eight weeks.

2) Durable Medical Equipment: The patient is a good candidate to utilize TENS unit, Posture Pump and Lumbar Support to facilitate the resolution of symptoms.

3) Nerve Conduction  Study/ Lumbar/ Cervical : Due to the patient's lumbar radicular symptoms a nerve conduction study is recommended to evaluate for nerve root compromise as a cause of the symptoms. It will also help further differentiate between peripheral neuralgias and axonal sources of the symptoms, which may change patient's treatment plan. A follow up MRI may be needed depending upon the results of the study. I will see patient back in the clinic to review the the results as soon as they are available

4) Trigger Point Injections: Due to the  patient's myofascial symptoms in the low back area trigger point therapy is recommended. I discussed the course of treatment being multiple injections directly into the marked muscle spasms two times per week for  three to four weeks depending  upon how the patient's symptoms resolve. I discussed the medications used, as well as their typical lack of side effects with the patient today. The patient was provided a handout detailing the procedure that can be reviewed at home. Based on my examination today I would  recommend  initiating treatment in the lumbar area.

5) Chiropractic Treatment: I would recommend the patient continue their current  course  of chiropractic treatment as previously prescribed. *Patient treated to:* relieve pain, decrease inflammation, decrease muscle spasms, improve ADL, improve function, improve ROM. *Short term goals:* within 4 week(s): decrease pain; decreased tenderness; able to perform functional activities independently; improved ADL.

**Integrated Healthcare Center of Dalton, LLC 1513 West Walnut Ave Dalton, GA 307203869**
**Encounter dated 07/30/2020 for Ashia T McCowan #15092**
███████████████████████████████████ **Today's date: 09/03/2020**

# Tuesday August 4, 2020  Provider: Patrick D McDougal MD
NPI#: 1881614105

## Subjective
**Medical Note (Physical Medicine):** *Type of Visit:* Procedure: TPI. *Chief Complaint(s)* Low back Pain.PROCEDURE: Trigger Point Injections, session # 3 (lumbar).

INTERVAL HISTORY: The patient presents today for a follow up evaluation of her symptoms and to continue a series of trigger point injections. Her chief complaint today is frequent bilateral low back pain, stiffness and restricted ROM. She also reports occasional radiation of the pain to bilateral sacroiliac joint area. Pain scale 4/10. She describes the pain as achy, throbbing and nagging, which gets exacerbated with prolonged sitting and standing. She continues with muscle stretching and applying a moist heat to the paraspinal muscles, which help to alleviate her symptoms temporarily.

PROCEDURE: I explained the procedure to the patient and she signed a consent.The lumbar paraspinal muscles were palpated and all trigger points were identified and marked. After that the skin was cleaned with alcohol and allowed to dry. Using a mixture of 1% Lidocaine 2 ml and 0.9% Sodium Chloride 1 ml. I treated 6 trigger points in bilateral latissimus dorsi muscles, gluteus maximum muscles and piriformis muscles.

Patient tolerated the procedure well. Post procedure, moist heat was applied to the treated areas for 10 minutes with the patient in a prone position. *TPI Lumbar Spine Muscle Groups* Bilateral Latissimus dorsi muscle, Bilateral Quadratus lumborum muscle, Bilateral Multifidis lumborum muscles. *General/Constitutional Data* No fever; No chills; No malaise. *Cardiovascular* No Known Issues. *Respiratory* no known issues.

**Lumbar/Sacral:** LBP s/p slip and fall at Walmart. *Date of Injury* 3/28/2020. *Changes in this condition:* getting worse gradually. *Pain:* achy, sharp, stiff, throbbing, numbness; described as: severe; level: 8/10. *Pain is* constant. *Pain radiates to:* left buttock, right buttock, left leg distal to posterior knee, right leg distal to posterior knee. *Time of day when symptoms get worse:* as day progresses. *Exacerbates symptoms:* sitting; walking; sitting at computer. *Time of day when symptoms improve:* no change. *Alleviates symptoms:* chiropractic care; medication; resting.

*Current medications:* Estrogen; B12. *Allergies:* Amoxicillin. *Surgeries:* Total hysterectomy; Cholecystectomy; Exploratory laparoscopy. *Occupational history:* Front desk for pediatrics office.

## Objective
**Medical Note (Physical Medicine):** Height: 5'3"; Weight: 225 lbs; BP:; HR:; RR:. *General/Constitutional* Female well groomed; alert; oriented for time; oriented for place; oriented for person; not in acute distress; communicates well. *SKIN* Warm, Dry, No lesions. *RESPIRATORY* symmetric effort, without use of accessory muscles, even and unlabored. *HEART* rhythm normal; rate normal. *ABDOMEN* soft, central adiposity, no tenderness on palpation.

**Lumbar/Sacral:** *Tightness:* left & right lumbar areas. *Tenderness on palpation:* lumbar paraspinal; left SI; right

**Integrated Healthcare Center of Dalton, LLC 1513 West Walnut Ave Dalton, GA 307203869**
**Encounter dated 08/04/2020 for Ashia T McCowan #15092**
██████████████████████████████████ e: 09/03/2020

SI. *Trigger points:* lumbar paraspinal area.

## Assessment
*Diagnosis:* M54.5 (Low back pain), M54.15 (Radiculopathy, thoracolumbar), M54.16 (Radiculopathy, lumbar region), M54.17 (Radiculopathy, lumbosacral region). *CPT code(s):* 99213, 20553, TENS.

## Treatment & Plan
TREATMENT AND PLAN:
1) Physical therapy: Due to the patient's low back pain I do recommend a Physical Therapy evaluation and subsequent treatment two to three times weekly for six to eight weeks.

2) Durable Medical Equipment: The patient is a good candidate to utilize TENS unit, Posture Pump and Lumbar Support to facilitate the resolution of symptoms.

3) Nerve Conduction  Study/ Lumbar/ Cervical : Due to the patient's lumbar radicular symptoms a nerve conduction study is recommended to evaluate for nerve root compromise as a cause of the symptoms. It will also help further differentiate between peripheral neuralgias and axonal sources of the symptoms, which may change patient's treatment plan. A follow up MRI may be needed depending upon the results of the study. I will see patient back in the clinic to review the the results as soon as they are available

4) Trigger Point Injections: Due to the  patient's myofascial symptoms in the low back area trigger point therapy is recommended. I discussed the course of treatment being multiple injections directly into the marked muscle spasms two times per week for  three to four weeks depending  upon how the patient's symptoms resolve. I discussed the medications used, as well as their typical lack of side effects with the patient today. The patient was provided a handout detailing the procedure that can be reviewed at home. Based on my examination today I would  recommend  initiating treatment in the lumbar area.

5) Chiropractic Treatment: I would recommend the patient continue their current  course  of chiropractic treatment as previously prescribed. *Patient treated to:* relieve pain, decrease inflammation, decrease muscle spasms, improve ADL, improve function, improve ROM. *Short term goals:* within 4 week(s): decrease pain; decreased tenderness; able to perform functional activities independently; improved ADL.

## Thursday August 6, 2020  Provider: Patrick D McDougal MD
NPI#: 1881614105

## Subjective
**Medical Note (Physical Medicine):** *Type of Visit:* Procedure: TPI. *Chief Complaint(s)* Low back Pain.PROCEDURE: Trigger Point Injections, session # 4 (lumbar).

INTERVAL HISTORY: The patient presents today for a follow up evaluation of her symptoms and to continue a  series of trigger point injections. Her chief complaint today is frequent bilateral low back pain, stiffness and restricted ROM. She also reports occasional radiation of the pain to bilateral sacroiliac joint area. Pain scale

**Integrated Healthcare Center of Dalton, LLC 1513 West Walnut Ave Dalton, GA 307203869**
**Encounter dated 08/06/2020 for Ashia T McCowan #15092**
███████████████████████ date: 09/03/2020

4/10. She describes the pain as achy, throbbing and nagging, which gets exacerbated with prolonged sitting  and standing. She continues with muscle stretching and applying a moist heat to the paraspinal muscles, which  help to alleviate her symptoms temporarily.

PROCEDURE: I explained the procedure to the patient and she signed a consent.The lumbar paraspinal muscles were palpated and all trigger points were identified and marked. After that the skin was cleaned with alcohol and allowed to dry. Using a mixture of 1% Lidocaine 2 ml and 0.9% Sodium Chloride 1 ml. I treated 6 trigger points in bilateral latissimus dorsi muscles, gluteus maximum muscles and piriformis muscles.

Patient  tolerated the procedure well. Post procedure, moist heat was applied to the treated areas for 10 minutes with the patient in a prone position. *TPI Lumbar Spine Muscle Groups* Bilateral Latissimus dorsi muscle, Bilateral Quadratus lumborum muscle, Bilateral Multifidis lumborum muscles. *General/Constitutional Data* No fever; No chills; No malaise. *Cardiovascular* No Known Issues. *Respiratory* no known issues.

**Lumbar/Sacral:** LBP s/p slip and fall at Walmart. *Date of Injury* 3/28/2020. *Changes in this condition:* getting worse gradually. *Pain:* achy, sharp, stiff, throbbing, numbness; described as: severe; level: 8/10. *Pain is* constant. *Pain radiates to:* left buttock, right buttock, left leg distal to posterior knee, right leg distal to posterior knee. *Time of day when symptoms get worse:* as day progresses. *Exacerbates symptoms:* sitting; walking; sitting at computer. *Time of day when symptoms improve:* no change. *Alleviates symptoms:* chiropractic care; medication; resting.

*Current medications:* Estrogen; B12. *Allergies:* Amoxicillin. *Surgeries:* Total hysterectomy; Cholecystectomy; Exploratory laparoscopy. *Occupational history:* Front desk for pediatrics office.

## Objective
**Medical Note (Physical Medicine):** Height: 5'3"; Weight: 225 lbs; BP:; HR:; RR:. *General/Constitutional* Female well groomed; alert; oriented for time; oriented for place; oriented for person; not in acute distress; communicates well. *SKIN* Warm, Dry, No lesions. *RESPIRATORY* symmetric effort, without use of accessory muscles, even and unlabored. *HEART* rhythm normal; rate normal. *ABDOMEN* soft, central adiposity, no tenderness on palpation.

**Lumbar/Sacral:** *Tightness:* left & right lumbar areas. *Tenderness on palpation:* lumbar paraspinal; left SI; right SI. *Trigger points:* lumbar paraspinal area.

## Assessment
*Diagnosis:* M54.5 (Low back pain), M54.15 (Radiculopathy, thoracolumbar), M54.16 (Radiculopathy, lumbar region), M54.17 (Radiculopathy, lumbosacral region). *CPT code(s):* 99213, 20553.

## Treatment & Plan
TREATMENT AND PLAN:
1) Physical therapy: Due to the patient's low back pain I do recommend a Physical Therapy evaluation and subsequent treatment two to three times weekly for six to eight weeks.

2) Durable Medical Equipment: The patient is a good candidate to utilize TENS unit, Posture Pump and Lumbar

**Integrated Healthcare Center of Dalton, LLC 1513 West Walnut Ave Dalton, GA 307203869**
**Encounter dated 08/06/2020 for Ashia T McCowan #15092**
████████████████████████████ day's date: 09/03/2020

Support to facilitate the resolution of symptoms.

3) Nerve Conduction  Study/ Lumbar/ Cervical : Due to the patient's lumbar radicular symptoms a nerve conduction study is recommended to evaluate for nerve root compromise as a cause of the symptoms. It will also help further differentiate between peripheral neuralgias and axonal sources of the symptoms, which may change patient's treatment plan. A follow up MRI may be needed depending upon the results of the study. I will see patient back in the clinic to review the the results as soon as they are available

4) Trigger Point Injections: Due to the  patient's myofascial symptoms in the low back area trigger point therapy is recommended. I discussed the course of treatment being multiple injections directly into the marked muscle spasms two times per week for  three to four weeks depending  upon how the patient's symptoms resolve. I discussed the medications used, as well as their typical lack of side effects with the patient today. The patient was provided a handout detailing the procedure that can be reviewed at home. Based on my examination today I would  recommend  initiating treatment in the lumbar area.

5) Chiropractic Treatment: I would recommend the patient continue their current  course  of chiropractic treatment as previously prescribed. *Patient treated to:* relieve pain, decrease inflammation, decrease muscle spasms, improve ADL, improve function, improve ROM. *Short term goals:* within 4 week(s): decrease pain; decreased tenderness; able to perform functional activities independently; improved ADL.


## Tuesday August 11, 2020  Provider: Patrick D McDougal MD
NPI#: 1881614105


## Subjective
**Medical Note (Physical Medicine):** *Type of Visit:* Procedure: TPI. *Chief Complaint(s)* Low back Pain.PROCEDURE: Trigger Point Injections, session # 5 (lumbar).

INTERVAL HISTORY: The patient presents today for a follow up evaluation of her symptoms and to continue a  series of trigger point injections. Her chief complaint today is frequent bilateral low back pain, stiffness and restricted ROM. She also reports occasional radiation of the pain to bilateral sacroiliac joint area. Pain scale 6/10. She describes the pain as achy, throbbing and nagging, which gets exacerbated with prolonged sitting  and standing. She continues with muscle stretching and applying a moist heat to the paraspinal muscles, which  help to alleviate her symptoms temporarily. The patient reports an increase in radiculopathy over the past 2-3 days, with the numbness being so bad it was difficult to walk for a brief time yesterday. Radicular symptoms have slightly improved since yesterday.

PROCEDURE: I explained the procedure to the patient and she signed a consent.The lumbar paraspinal muscles were palpated and all trigger points were identified and marked. After that the skin was cleaned with alcohol and allowed to dry. Using a mixture of 1% Lidocaine 2 ml and 0.9% Sodium Chloride 1 ml. I treated 6 trigger points in bilateral latissimus dorsi muscles, gluteus maximum muscles and piriformis muscles.

Patient  tolerated the procedure well. Post procedure, moist heat was applied to the treated areas for 10 minutes

**Integrated Healthcare Center of Dalton, LLC 1513 West Walnut Ave Dalton, GA 307203869**
**Encounter dated 08/11/2020 for Ashia T McCowan #15092**
████████████████████████████████**Today's date: 09/03/2020**

with the patient in a prone position. *TPI Lumbar Spine Muscle Groups* Bilateral Latissimus dorsi muscle, Bilateral Quadratus lumborum muscle, Bilateral Multifidis lumborum muscles. *General/Constitutional Data* No fever; No chills; No malaise. *Cardiovascular* No Known Issues. *Respiratory* no known issues.

**Lumbar/Sacral:** LBP s/p slip and fall at Walmart. *Date of Injury* 3/28/2020. *Changes in this condition:* getting worse gradually. *Pain:* achy, sharp, stiff, throbbing, numbness; described as: severe; level: 8/10. *Pain is* constant. *Pain radiates to:* left buttock, right buttock, left leg distal to posterior knee, right leg distal to posterior knee. *Time of day when symptoms get worse:* as day progresses. *Exacerbates symptoms:* sitting; walking; sitting at computer. *Time of day when symptoms improve:* no change. *Alleviates symptoms:* chiropractic care; medication; resting.

*Current medications:* Estrogen; B12. *Allergies:* Amoxicillin. *Surgeries:* Total hysterectomy; Cholecystectomy; Exploratory laparoscopy. *Occupational history:* Front desk for pediatrics office.

## Objective
**Medical Note (Physical Medicine):** Height: 5'3"; Weight: 225 lbs; BP:; HR:; RR:. *General/Constitutional* Female well groomed; alert; oriented for time; oriented for place; oriented for person; not in acute distress; communicates well. *SKIN* Warm, Dry, No lesions. *RESPIRATORY* symmetric effort, without use of accessory muscles, even and unlabored. *HEART* rhythm normal; rate normal. *ABDOMEN* soft, central adiposity, no tenderness on palpation.

**Lumbar/Sacral:** *Tightness:* left & right lumbar areas. *Tenderness on palpation:* lumbar paraspinal; left SI; right SI. *Trigger points:* lumbar paraspinal area.

## Assessment
*Diagnosis:* M54.5 (Low back pain), M54.15 (Radiculopathy, thoracolumbar), M54.16 (Radiculopathy, lumbar region), M54.17 (Radiculopathy, lumbosacral region). *CPT code(s):* 99213, 20553.

## Treatment & Plan
TREATMENT AND PLAN:
1) Physical therapy: Due to the patient's low back pain I do recommend a Physical Therapy evaluation and subsequent treatment two to three times weekly for six to eight weeks.

2) Durable Medical Equipment: The patient is a good candidate to utilize TENS unit, Posture Pump and Lumbar Support to facilitate the resolution of symptoms.

3) Nerve Conduction  Study/ Lumbar/ Cervical : Due to the patient's lumbar radicular symptoms a nerve conduction study is recommended to evaluate for nerve root compromise as a cause of the symptoms. It will also help further differentiate between peripheral neuralgias and axonal sources of the symptoms, which may change patient's treatment plan. A follow up MRI may be needed depending upon the results of the study. I will see patient back in the clinic to review the the results as soon as they are available

4) Trigger Point Injections: Due to the  patient's myofascial symptoms in the low back area trigger point therapy is recommended. I discussed the course of treatment being multiple injections directly into the marked muscle

**Integrated Healthcare Center of Dalton, LLC 1513 West Walnut Ave Dalton, GA 307203869**
**Encounter dated 08/11/2020 for Ashia T McCowan #15092**
████████████████████████████**Today's date: 09/03/2020**

spasms two times per week for three to four weeks depending upon how the patient's symptoms resolve. I discussed the medications used, as well as their typical lack of side effects with the patient today. The patient was provided a handout detailing the procedure that can be reviewed at home. Based on my examination today I would recommend initiating treatment in the lumbar area.

5) Chiropractic Treatment: I would recommend the patient continue their current course of chiropractic treatment as previously prescribed. *Patient treated to:* relieve pain, decrease inflammation, decrease muscle spasms, improve ADL, improve function, improve ROM. *Short term goals:* within 4 week(s): decrease pain; decreased tenderness; able to perform functional activities independently; improved ADL.

## <u>Thursday August 13, 2020  Provider: Patrick D McDougal MD</u>
NPI#: 1881614105

## Subjective
**Medical Note (Physical Medicine):** *Type of Visit:* Procedure: TPI. *Chief Complaint(s)* Low back Pain.PROCEDURE: Trigger Point Injections, session # 6 (lumbar).

INTERVAL HISTORY: The patient presents today for a follow up evaluation of her symptoms and to continue a series of trigger point injections. Her chief complaint today is frequent bilateral low back pain, stiffness and restricted ROM. She also reports occasional radiation of the pain to bilateral sacroiliac joint area. Pain scale 4/10. She describes the pain as achy, throbbing and nagging, which gets exacerbated with prolonged sitting and standing. She continues with muscle stretching and applying a moist heat to the paraspinal muscles, which help to alleviate her symptoms temporarily. Radicular symptoms have greatly improved since Tuesday.

PROCEDURE: I explained the procedure to the patient and she signed a consent.The lumbar paraspinal muscles were palpated and all trigger points were identified and marked. After that the skin was cleaned with alcohol and allowed to dry. Using a mixture of 1% Lidocaine 2 ml and 0.9% Sodium Chloride 1 ml. I treated 6 trigger points in bilateral latissimus dorsi muscles, gluteus maximum muscles and piriformis muscles.

Patient tolerated the procedure well. Post procedure, moist heat was applied to the treated areas for 10 minutes with the patient in a prone position. *TPI Lumbar Spine Muscle Groups* Bilateral Latissimus dorsi muscle, Bilateral Quadratus lumborum muscle, Bilateral Multifidis lumborum muscles. *General/Constitutional Data* No fever; No chills; No malaise. *Cardiovascular* No Known Issues. *Respiratory* no known issues.

**Lumbar/Sacral:** LBP s/p slip and fall at Walmart. *Date of Injury* 3/28/2020. *Changes in this condition:* getting worse gradually. *Pain:* achy, sharp, stiff, throbbing, numbness; described as: severe; level: 8/10. *Pain is* constant. *Pain radiates to:* left buttock, right buttock, left leg distal to posterior knee, right leg distal to posterior knee. *Time of day when symptoms get worse:* as day progresses. *Exacerbates symptoms:* sitting; walking; sitting at computer. *Time of day when symptoms improve:* no change. *Alleviates symptoms:* chiropractic care; medication; resting.

*Current medications:* Estrogen; B12. *Allergies:* Amoxicillin. *Surgeries:* Total hysterectomy; Cholecystectomy;

**Integrated Healthcare Center of Dalton, LLC 1513 West Walnut Ave Dalton, GA 307203869**
Encounter dated 08/13/2020 for Ashia T McCowan #15092
█████████████████████████████████████ 's date: 09/03/2020

Exploratory laparoscopy. *Occupational history:* Front desk for pediatrics office.

## Objective
**Medical Note (Physical Medicine):** Height: 5'3"; Weight: 225 lbs; BP:; HR:; RR:. *General/Constitutional*
Female well groomed; alert; oriented for time; oriented for place; oriented for person; not in acute distress;
communicates well. *SKIN* Warm, Dry, No lesions. *RESPIRATORY* symmetric effort, without use of accessory
muscles, even and unlabored. *HEART* rhythm normal; rate normal. *ABDOMEN* soft, central adiposity, no
tenderness on palpation.

**Lumbar/Sacral:** *Tightness:* left & right lumbar areas. *Tenderness on palpation:* lumbar paraspinal; left SI; right
SI. *Trigger points:* lumbar paraspinal area.

## Assessment
*Diagnosis:* M54.5 (Low back pain), M54.15 (Radiculopathy, thoracolumbar), M54.16 (Radiculopathy, lumbar
region), M54.17 (Radiculopathy, lumbosacral region). *CPT code(s):* 99213, 20553.

## Treatment & Plan
TREATMENT AND PLAN:
1) Physical therapy: Due to the patient's low back pain I do recommend a Physical Therapy evaluation and
subsequent treatment two to three times weekly for six to eight weeks.

2) Durable Medical Equipment: The patient is a good candidate to utilize TENS unit, Posture Pump and Lumbar
Support to facilitate the resolution of symptoms.

3) Nerve Conduction  Study/ Lumbar/ Cervical : Due to the patient's lumbar radicular symptoms a nerve
conduction study is recommended to evaluate for nerve root compromise as a cause of the symptoms. It will
also help further differentiate between peripheral neuralgias and axonal sources of the symptoms, which may
change patient's treatment plan. A follow up MRI may be needed depending upon the results of the study. I will
see patient back in the clinic to review the the results as soon as they are available

4) Trigger Point Injections: Due to the  patient's myofascial symptoms in the low back area trigger point therapy
is recommended. I discussed the course of treatment being multiple injections directly into the marked muscle
spasms two times per week for  three to four weeks depending  upon how the patient's symptoms resolve. I
discussed the medications used, as well as their typical lack of side effects with the patient today. The patient
was provided a handout detailing the procedure that can be reviewed at home. Based on my examination today I
would  recommend  initiating treatment in the lumbar area.

5) Chiropractic Treatment: I would recommend the patient continue their current  course  of chiropractic
treatment as previously prescribed. *Patient treated to:* relieve pain, decrease inflammation, decrease muscle
spasms, improve ADL, improve function, improve ROM. *Short term goals:* within 4 week(s): decrease pain;
decreased tenderness; able to perform functional activities independently; improved ADL.

## Tuesday August 18, 2020  Provider: Patrick D McDougal MD

**Integrated Healthcare Center of Dalton, LLC 1513 West Walnut Ave Dalton, GA 307203869**
**Encounter dated 08/18/2020 for Ashia T McCowan #15092**
██████████████████████████ day's date: 09/03/2020

NPI#: 1881614105

## Subjective
**Medical Note (Physical Medicine):** *Type of Visit:* Procedure: TPI. *Chief Complaint(s)* Low back Pain.PROCEDURE: Trigger Point Injections, session # 7 (lumbar).

INTERVAL HISTORY: The patient presents today for a follow up evaluation of her symptoms and to continue a series of trigger point injections. Her chief complaint today is frequent bilateral low back pain, stiffness and restricted ROM. She also reports occasional radiation of the pain to bilateral sacroiliac joint area. Pain scale 2/10. She describes the pain as achy, throbbing and nagging, which gets exacerbated with prolonged sitting and standing. She continues with muscle stretching and applying a moist heat to the paraspinal muscles, which help to alleviate her symptoms temporarily. Radicular symptoms have resolved.

PROCEDURE: I explained the procedure to the patient and she signed a consent.The lumbar paraspinal muscles were palpated and all trigger points were identified and marked. After that the skin was cleaned with alcohol and allowed to dry. Using a mixture of 1% Lidocaine 2 ml and 0.9% Sodium Chloride 1 ml. I treated 6 trigger points in bilateral latissimus dorsi muscles, gluteus maximum muscles and piriformis muscles.

Patient tolerated the procedure well. Post procedure, moist heat was applied to the treated areas for 10 minutes with the patient in a prone position. *TPI Lumbar Spine Muscle Groups* Bilateral Latissimus dorsi muscle, Bilateral Quadratus lumborum muscle, Bilateral Multifidis lumborum muscles. *General/Constitutional Data* No fever; No chills; No malaise. *Cardiovascular* No Known Issues. *Respiratory* no known issues.

**Lumbar/Sacral:** LBP s/p slip and fall at Walmart. *Date of Injury* 3/28/2020. *Changes in this condition:* getting worse gradually. *Pain:* achy, sharp, stiff, throbbing, numbness; described as: severe; level: 8/10. *Pain is* constant. *Pain radiates to:* left buttock, right buttock, left leg distal to posterior knee, right leg distal to posterior knee. *Time of day when symptoms get worse:* as day progresses. *Exacerbates symptoms:* sitting; walking; sitting at computer. *Time of day when symptoms improve:* no change. *Alleviates symptoms:* chiropractic care; medication; resting.

*Current medications:* Estrogen; B12. *Allergies:* Amoxicillin. *Surgeries:* Total hysterectomy; Cholecystectomy; Exploratory laparoscopy. *Occupational history:* Front desk for pediatrics office.

## Objective
**Medical Note (Physical Medicine):** Height: 5'3"; Weight: 225 lbs; BP:; HR:; RR:. *General/Constitutional* Female well groomed; alert; oriented for time; oriented for place; oriented for person; not in acute distress; communicates well. *SKIN* Warm, Dry, No lesions. *RESPIRATORY* symmetric effort, without use of accessory muscles, even and unlabored. *HEART* rhythm normal; rate normal. *ABDOMEN* soft, central adiposity, no tenderness on palpation.

**Lumbar/Sacral:** *Tightness:* left & right lumbar areas. *Tenderness on palpation:* lumbar paraspinal; left SI; right SI. *Trigger points:* lumbar paraspinal area.

**Integrated Healthcare Center of Dalton, LLC 1513 West Walnut Ave Dalton, GA 307203869**
**Encounter dated 08/18/2020 for Ashia T McCowan #15092**
▮▮▮▮▮▮▮▮▮▮▮▮▮▮oday's date: 09/03/2020

## Assessment
*Diagnosis:* M54.5 (Low back pain), M54.15 (Radiculopathy, thoracolumbar), M54.16 (Radiculopathy, lumbar region), M54.17 (Radiculopathy, lumbosacral region). *CPT code(s):* 99213, 20553.

## Treatment & Plan
TREATMENT AND PLAN:

1) Physical therapy: Due to the patient's low back pain I do recommend a Physical Therapy evaluation and subsequent treatment two to three times weekly for six to eight weeks.

2) Durable Medical Equipment: The patient is a good candidate to utilize TENS unit, Posture Pump and Lumbar Support to facilitate the resolution of symptoms.

3) Nerve Conduction  Study/ Lumbar/ Cervical : Due to the patient's lumbar radicular symptoms a nerve conduction study is recommended to evaluate for nerve root compromise as a cause of the symptoms. It will also help further differentiate between peripheral neuralgias and axonal sources of the symptoms, which may change patient's treatment plan. A follow up MRI may be needed depending upon the results of the study. I will see patient back in the clinic to review the the results as soon as they are available

4) Trigger Point Injections: Due to the  patient's myofascial symptoms in the low back area trigger point therapy is recommended. I discussed the course of treatment being multiple injections directly into the marked muscle spasms two times per week for  three to four weeks depending  upon how the patient's symptoms resolve. I discussed the medications used, as well as their typical lack of side effects with the patient today. The patient was provided a handout detailing the procedure that can be reviewed at home. Based on my examination today I would  recommend  initiating treatment in the lumbar area.

5) Chiropractic Treatment: I would recommend the patient continue their current  course  of chiropractic treatment as previously prescribed. *Patient treated to:* relieve pain, decrease inflammation, decrease muscle spasms, improve ADL, improve function, improve ROM. *Short term goals:* within 4 week(s): decrease pain; decreased tenderness; able to perform functional activities independently; improved ADL.


## <u>Thursday August 20, 2020  Provider: Patrick D McDougal MD</u>
NPI#: 1881614105


## Subjective
**Medical Note (Physical Medicine):** *Type of Visit:* Procedure: TPI. *Chief Complaint(s)* Low back Pain.PROCEDURE: Trigger Point Injections, session # 8 (lumbar).

INTERVAL HISTORY: The patient presents today for a follow up evaluation of her symptoms and to continue a  series of trigger point injections. Her chief complaint today is frequent bilateral low back pain, stiffness and restricted ROM. She also reports occasional radiation of the pain to bilateral sacroiliac joint area. Pain scale 2/10. She describes the pain as achy, throbbing and nagging, which gets exacerbated with prolonged sitting  and standing. She continues with muscle stretching and applying a moist heat to the paraspinal muscles, which  help

**Integrated Healthcare Center of Dalton, LLC 1513 West Walnut Ave Dalton, GA 307203869**
**Encounter dated 08/20/2020 for Ashia T McCowan #15092**
███████████████████████████████ 's date: 09/03/2020

to alleviate her symptoms temporarily. Radicular symptoms have resolved.

PROCEDURE: I explained the procedure to the patient and she signed a consent.The lumbar paraspinal muscles were palpated and all trigger points were identified and marked. After that the skin was cleaned with alcohol and allowed to dry. Using a mixture of 1% Lidocaine 2 ml and 0.9% Sodium Chloride 1 ml. I treated 6 trigger points in bilateral latissimus dorsi muscles, gluteus maximum muscles and piriformis muscles.

Patient  tolerated the procedure well. Post procedure, moist heat was applied to the treated areas for 10 minutes with the patient in a prone position. *TPI Lumbar Spine Muscle Groups* Bilateral Latissimus dorsi muscle, Bilateral Quadratus lumborum muscle, Bilateral Multifidis lumborum muscles. *General/Constitutional Data* No fever; No chills; No malaise. *Cardiovascular* No Known Issues. *Respiratory* no known issues.

**Lumbar/Sacral:** LBP s/p slip and fall at Walmart. *Date of Injury* 3/28/2020. *Changes in this condition:* getting worse gradually. *Pain:* achy, sharp, stiff, throbbing, numbness; described as: severe; level: 8/10. *Pain is* constant. *Pain radiates to:* left buttock, right buttock, left leg distal to posterior knee, right leg distal to posterior knee. *Time of day when symptoms get worse:* as day progresses. *Exacerbates symptoms:* sitting; walking; sitting at computer. *Time of day when symptoms improve:* no change. *Alleviates symptoms:* chiropractic care; medication; resting.

*Current medications:* Estrogen; B12. *Allergies:* Amoxicillin. *Surgeries:* Total hysterectomy; Cholecystectomy; Exploratory laparoscopy. *Occupational history:* Front desk for pediatrics office.

## Objective
**Medical Note (Physical Medicine):** Height: 5'3"; Weight: 225 lbs; BP:; HR:; RR:. *General/Constitutional* Female well groomed; alert; oriented for time; oriented for place; oriented for person; not in acute distress; communicates well. *SKIN* Warm, Dry, No lesions. *RESPIRATORY* symmetric effort, without use of accessory muscles, even and unlabored. *HEART* rhythm normal; rate normal. *ABDOMEN* soft, central adiposity, no tenderness on palpation.

**Lumbar/Sacral:** *Tightness:* left & right lumbar areas. *Tenderness on palpation:* lumbar paraspinal; left SI; right SI. *Trigger points:* lumbar paraspinal area.

## Assessment
*Diagnosis:* M54.5 (Low back pain), M54.15 (Radiculopathy, thoracolumbar), M54.16 (Radiculopathy, lumbar region), M54.17 (Radiculopathy, lumbosacral region). *CPT code(s):* 99213, 20553.

## Treatment & Plan
TREATMENT AND PLAN:
1) Physical therapy: Due to the patient's low back pain I do recommend a Physical Therapy evaluation and subsequent treatment two to three times weekly for six to eight weeks.

2) Durable Medical Equipment: The patient is a good candidate to utilize TENS unit, Posture Pump and Lumbar Support to facilitate the resolution of symptoms.

**Integrated Healthcare Center of Dalton, LLC 1513 West Walnut Ave Dalton, GA 307203869**
**Encounter dated 08/20/2020 for Ashia T McCowan #15092**
██████████████████████████ day's date: 09/03/2020

3) Nerve Conduction  Study/ Lumbar/ Cervical : Due to the patient's lumbar radicular symptoms a nerve conduction study is recommended to evaluate for nerve root compromise as a cause of the symptoms. It will also help further differentiate between peripheral neuralgias and axonal sources of the symptoms, which may change patient's treatment plan. A follow up MRI may be needed depending upon the results of the study. I will see patient back in the clinic to review the the results as soon as they are available

4) Trigger Point Injections: Due to the  patient's myofascial symptoms in the low back area trigger point therapy is recommended. I discussed the course of treatment being multiple injections directly into the marked muscle spasms two times per week for  three to four weeks depending  upon how the patient's symptoms resolve. I discussed the medications used, as well as their typical lack of side effects with the patient today. The patient was provided a handout detailing the procedure that can be reviewed at home. Based on my examination today I would  recommend  initiating treatment in the lumbar area.

5) Chiropractic Treatment: I would recommend the patient continue their current  course  of chiropractic treatment as previously prescribed. *Patient treated to:* relieve pain, decrease inflammation, decrease muscle spasms, improve ADL, improve function, improve ROM. *Short term goals:* within 4 week(s): decrease pain; decreased tenderness; able to perform functional activities independently; improved ADL.


## <u>Tuesday August 25, 2020  Provider: Patrick D McDougal MD</u>
NPI#: 1881614105


## Subjective
**Medical Note (Physical Medicine):** *Type of Visit:* Procedure: TPI. *Chief Complaint(s)* Low back Pain.PROCEDURE: Trigger Point Injections, session # 9 (lumbar).

INTERVAL HISTORY: The patient presents today for a follow up evaluation of her symptoms and to continue a  series of trigger point injections. Her chief complaint today is frequent bilateral low back pain, stiffness and restricted ROM. She also reports occasional radiation of the pain to bilateral sacroiliac joint area. Pain scale 2/10. She describes the pain as achy, throbbing and nagging, which gets exacerbated with prolonged sitting  and standing. She continues with muscle stretching and applying a moist heat to the paraspinal muscles, which  help to alleviate her symptoms temporarily. Radicular symptoms have resolved.

PROCEDURE: I explained the procedure to the patient and she signed a consent.The lumbar paraspinal muscles were palpated and all trigger points were identified and marked. After that the skin was cleaned with alcohol and allowed to dry. Using a mixture of 1% Lidocaine 2 ml and 0.9% Sodium Chloride 1 ml. I treated 6 trigger points in bilateral latissimus dorsi muscles, gluteus maximum muscles and piriformis muscles.

Patient  tolerated the procedure well. Post procedure, moist heat was applied to the treated areas for 10 minutes with the patient in a prone position. *TPI Lumbar Spine Muscle Groups* Bilateral Latissimus dorsi muscle, Bilateral Quadratus lumborum muscle, Bilateral Multifidis lumborum muscles. *General/Constitutional Data* No fever; No chills; No malaise. *Cardiovascular* No Known Issues. *Respiratory* no known issues.

**Integrated Healthcare Center of Dalton, LLC 1513 West Walnut Ave Dalton, GA 307203869**
**Encounter dated 08/25/2020 for Ashia T McCowan #15092**
**oday's date: 09/03/2020**

**Lumbar/Sacral:** LBP s/p slip and fall at Walmart. *Date of Injury* 3/28/2020. *Changes in this condition:* getting worse gradually. *Pain:* achy, sharp, stiff, throbbing, numbness; described as: severe; level: 8/10. *Pain is* constant. *Pain radiates to:* left buttock, right buttock, left leg distal to posterior knee, right leg distal to posterior knee. *Time of day when symptoms get worse:* as day progresses. *Exacerbates symptoms:* sitting; walking; sitting at computer. *Time of day when symptoms improve:* no change. *Alleviates symptoms:* chiropractic care; medication; resting.

*Current medications:* Estrogen; B12. *Allergies:* Amoxicillin. *Surgeries:* Total hysterectomy; Cholecystectomy; Exploratory laparoscopy. *Occupational history:* Front desk for pediatrics office.

## Objective
**Medical Note (Physical Medicine):** Height: 5'3"; Weight: 225 lbs; BP:; HR:; RR:. *General/Constitutional* Female well groomed; alert; oriented for time; oriented for place; oriented for person; not in acute distress; communicates well. *SKIN* Warm, Dry, No lesions. *RESPIRATORY* symmetric effort, without use of accessory muscles, even and unlabored. *HEART* rhythm normal; rate normal. *ABDOMEN* soft, central adiposity, no tenderness on palpation.

**Lumbar/Sacral:** *Tightness:* left & right lumbar areas. *Tenderness on palpation:* lumbar paraspinal; left SI; right SI. *Trigger points:* lumbar paraspinal area.

## Assessment
*Diagnosis:* M54.5 (Low back pain), M54.15 (Radiculopathy, thoracolumbar), M54.16 (Radiculopathy, lumbar region), M54.17 (Radiculopathy, lumbosacral region). *CPT code(s):* 99213, 20553.

## Treatment & Plan
TREATMENT AND PLAN:
1) Physical therapy: Due to the patient's low back pain I do recommend a Physical Therapy evaluation and subsequent treatment two to three times weekly for six to eight weeks.

2) Durable Medical Equipment: The patient is a good candidate to utilize TENS unit, Posture Pump and Lumbar Support to facilitate the resolution of symptoms.

3) Nerve Conduction  Study/ Lumbar/ Cervical : Due to the patient's lumbar radicular symptoms a nerve conduction study is recommended to evaluate for nerve root compromise as a cause of the symptoms. It will also help further differentiate between peripheral neuralgias and axonal sources of the symptoms, which may change patient's treatment plan. A follow up MRI may be needed depending upon the results of the study. I will see patient back in the clinic to review the the results as soon as they are available

4) Trigger Point Injections: Due to the  patient's myofascial symptoms in the low back area trigger point therapy is recommended. I discussed the course of treatment being multiple injections directly into the marked muscle spasms two times per week for  three to four weeks depending  upon how the patient's symptoms resolve. I discussed the medications used, as well as their typical lack of side effects with the patient today. The patient was provided a handout detailing the procedure that can be reviewed at home. Based on my examination today I would  recommend  initiating treatment in the lumbar area.

**Integrated Healthcare Center of Dalton, LLC 1513 West Walnut Ave Dalton, GA 307203869**
En ███████████████████████████████
███████████████████████████████ **31 Today's date: 09/03/2020**

5) Chiropractic Treatment: I would recommend the patient continue their current  course  of chiropractic treatment as previously prescribed. *Patient treated to:* relieve pain, decrease inflammation, decrease muscle spasms, improve ADL, improve function, improve ROM. *Short term goals:* within 4 week(s): decrease pain; decreased tenderness; able to perform functional activities independently; improved ADL.


# Thursday August 27, 2020  Provider: Patrick D McDougal MD
NPI#: 1881614105


## Subjective
**Medical Note (Physical Medicine):** *Type of Visit:* Personal Injury release exam. *Chief Complaint(s)* Low back Pain.The patient has successfully completed all three phases of treatment here at Optimum Health.  At this point I am releasing the patient from active care. *TPI Lumbar Spine Muscle Groups* Bilateral Latissimus dorsi muscle, Bilateral Quadratus lumborum muscle, Bilateral Multifidis lumborum muscles. *General/Constitutional Data* No fever; No chills; No malaise. *Cardiovascular* No Known Issues. *Respiratory* no known issues.

**Lumbar/Sacral:** LBP s/p slip and fall at Walmart. *Date of Injury* 3/28/2020. *Changes in this condition:* improving gradually. *Pain:* achy, sharp, stiff, throbbing, numbness; described as: severe. *Range:* 3->4/10. *Pain is* occasional. *Pain radiates to:* left buttock, right buttock, left leg distal to posterior knee, right leg distal to posterior knee. *Time of day when symptoms get worse:* as day progresses. *Exacerbates symptoms:* sitting; walking; sitting at computer. *Time of day when symptoms improve:* no change. *Alleviates symptoms:* chiropractic care; medication; resting.

## Objective
**Medical Note (Physical Medicine):** Height: 5'3"; Weight: 225 lbs; BP:; HR:; RR:. *General/Constitutional* Female well groomed; alert; oriented for time; oriented for place; oriented for person; not in acute distress; communicates well. *SKIN* Warm, Dry, No lesions. *RESPIRATORY* symmetric effort, without use of accessory muscles, even and unlabored. *HEART* rhythm normal; rate normal. *ABDOMEN* soft, central adiposity, no tenderness on palpation.

**Lumbar/Sacral:** *Tightness:* left & right lumbar areas. *Tenderness on palpation:* lumbar paraspinal; left SI; right SI. *Trigger points:* lumbar paraspinal area.

## Assessment
*Diagnosis:* M54.5 (Low back pain), M54.15 (Radiculopathy, thoracolumbar), M54.16 (Radiculopathy, lumbar region), M54.17 (Radiculopathy, lumbosacral region). *CPT code(s):* 99213.

## Treatment & Plan
In review, Ashia McCowan has responded favorably to care and has reached the point where I am satisfied that the treatment rendered has had the desired effect. She was prescribed a specific home strengthening protocol to perform that represents a continuation of the in office rehab that was performed in our office. Mrs. McCowan is discharged from active care as of today's exam. *Patient treated to:* relieve pain, decrease inflammation, decrease

**Integrated Healthcare Center of Dalton, LLC 1513 West Walnut Ave Dalton, GA 307203869**
**Encounter dated 08/27/2020 for Ashia T McCowan #15092**
**ay's date: 09/03/2020**

muscle spasms, improve ADL, improve function, improve ROM. *Short term goals:* within 4 week(s): decrease pain; decreased tenderness; able to perform functional activities independently; improved ADL.

Abbreviations:
ADL: activities of daily living
LBP: Low back pain
ROM: range of motion

# EXHIBIT O

# Topple Diagnostics' Vestibular Report



**Topple Diagnostics, LLC**
10800 A pharetta Highway ● Suite 208-541 ● Roswe , GA 30076
Phone: (866) 241-4456 ● Fax: (678) 726-9994
Support Phone: (866) 241-4456. opt. 0
Support Emai : support@topp edx.com
https://topp edx.com

## Patient & Customer Information:

| | | |
|---|---|---|
| **Patient:** Ashia McCowan | **Practice:** Atlas Medical & Diagnostics | **Performing Technician:** Clint O'Brien |
| **Date of Birth:** ▉▉▉▉▉ | **Ordering Provider:** Jarad Bartone, DC | **Tests Ordered:** CTSIB,Pure Tone,Tymp,OAE,ABR,VEMP,AHR,VNG,Calorics |
| **Gender:** Female | **Date of Service:** 07/23/2020 | **Date Report Comp eted:** 07/27/2020 |

## Patient Medical History:

Ms. McCowan presents for evaluation today due to symptoms of lightheadedness lasting for minutes and imbalance. Provocation of symptoms occurs when bending forward or walking. Initial onset occurred immediately after a fall on 3/28/20. She denies receiving medical attention at the scene, but was transported to the ER for evaluation where she was diagnosed with a fractured hand and sprained ankle. Concomitant symptoms include headaches, extremity paraesthesia, and visual changes. She does report a history of migraines and imbalance prior to the accident. Medical history is otherwise unremarkable per her report.

## Testing Interpretations:

**Periphera Findings:** Results are negative for active peripheral vestibular pathology. Pure tone thresholds suggest mild hearing loss at 500-2000 Hz in the right ear.

**Centra Findings:** No central findings present today.

**Other:** Absent cervical vestibular evoked myogenic potentials (c-VEMPs), reported dizziness in left Dix-Hallpike positioning with no associated nystagmus, and report of lightheadedness when returning to sitting from the right Dix-Hallpike position are suggestive of cervical involvement in the absence of any other peripheral or central pathologies. Right caloric asymmetry is likely related to cervical involvement as research has indicated anywhere from 18% to 80% of patients with cervicogenic involvement have abnormal caloric findings associated with irritative peripheral vestibular dysfunction due to cervical involvement.. Abnormal modified CTSIB should be interpreted cautiously due to reported history of ankle sprain following the accident as it could be influencing results.

## Recommendations:

Correlate suggested cervical involvement with any other evaluations you have performed and any evaluations of possible cervical injury after the accident. Manage per your clinical protocols. Following stabilization and management of cervical involvement, consider reassessment of patient symptoms to determine if dizziness has subsided. IF not, consider physical therapy referral for vestibular rehabilitation therapy (VRT) with a focus on gaze stabilization. Consider audiology referral for further evaluation of suggested mild hearing loss in the right ear.

*R. a ,Au.D.*

07/27/2020

| Robert Allen, Au.D. |
|---|

| *Date of Signature* |
|---|

| Ordering Provider Signature |
|---|

| *Date of Signature* |
|---|

*All indicative results and analysis should be considered in the context of subject case history, symptoms, diagnosis, medications, treatment plans and therapies. Final diagnosis is the sole responsibility of the licensed medical practitioner after patient examination, lab tests, and/or clinical findings as necessary. Vestibular results template was designed with permission from Dr. Robert Allen, Au.D and Brent Jones, CEO of Topple Diagnostics.*

**Vestibular Report Continued on Next Page**

## Diagnostic Testing Impressions:

**Vertebra Artery Screening Test:** VAST is negative for focal neurological symptoms with rotation and hyperextension of the head and neck to the left or right.

**C inica Test of Sensory Interaction on Ba ance:** Modified CTSIB is remarkable for abnormal function in conditions 1-2, 4, and normal function in condition 3, suggesting visual preference.

**Pure Tone Audiometric Thresho ds:** Right ear pure tone thresholds suggest mild hearing loss at 500-2000 Hz, improving to normal hearing acuity at 4000-8000 Hz. Left ear pure tone thresholds indicate normal hearing acuity.

**Tympanometry:** Tympanometry indicates hyper-compliant tympanic membranes with otherwise normal middle ear function bilaterally. Ipsilateral acoustic reflexes are present at 500-4000 Hz in the right ear and 1000 and 4000 Hz in the left ear. All other responses are elevated or absent in the right ear.

**Otoacoustic Emissions:** Otoacoustic emissions are present at 1600-8000 Hz in the right ear and 1600-2000 Hz, 3200-8000 Hz in the left ear, consistent with normal cochlear outer hair cell function. 2500 Hz is reduced in the left ear.

**Auditory Brainstem Response:** Auditory brainstem response (ABR) testing is normal for waves I, III, and V morphology, latency, and replicability at 11.1 and 57.8 click rates bilaterally, consistent with good neural synchrony through the level of the brainstem.

**Vestibu ar Evoked Myogenic Potentia s:** Cervical VEMPs are remarkable for no replicable waveforms bilaterally.

**Active Head Rotation:** Horizontal active head rotation (AHR) is normal through 3.75 Hz for gain, phase, and symmetry, consistent with normal vestibulo-ocular reflex (VOR). Vertical AHR was attempted, but no reliable results were obtained for interpretation.

**VNG (Ocu ar Moti ity Testing):** Ocular motility testing is normal.

**VNG (Gaze Testing):** Vision denied eccentric gaze and high frequency head shake are negative for pathologic nystagmus.

**Dix-Ha pike:** Modified Dix-Hallpike positioning is remarkable for report of transient vertigo with no associated nystagmus in the left position. Right modified Dix-Hallpike positioning is negative for otolith involvement. She does report onset of lightheadedness when returning to sitting from the right position.

**VNG (Positiona s):** Positional testing is negative for otolith involvement or pathologic nystagmus.

**Ca orics:** Bithermal caloric irrigations are remarkable for right asymmetry. This should be interpreted cautiously as a weakness as the right ear total caloric value is well above the thresholds for normal; however, it is asymmetrical in repose when compared with the left ear.

| Right Coo Ca orics | Left Coo Ca orics | Right Warm Ca orics | Left Warm Ca orics | Ca oric Asymmetry |
| --- | --- | --- | --- | --- |
| 18.65 | 43.11 | 18.70 | 32.58 | 33.92% |

| Uni atera Weakness: | Bi atera Weakness: | Directiona Preponderance: |
| --- | --- | --- |
| Right | No | Normal |

| **Patient:** Ashia McCowan | **Provider:** Jarad Bartone | **Date of Service:** 07/23/2020 |
| --- | --- | --- |

All indicative results and analysis should be considered in the context of subject case history, symptoms, diagnosis, medications, treatment plans and therapies. Final diagnosis is the sole responsibility of the licensed medical practitioner after patient examination, lab tests, and/or clinical findings as necessary. Vestibular results template was designed with permission from Dr. Robert Allen, Au.D and Brent Jones, CEO of Topple Diagnostics.

**End of Vestibular Report**

# Vestibular Referral Form

**Topple Diagnostics, LLC**
10800 Alpharetta Highway ● Suite 208-541 ● Roswell, GA 30076
Phone: (866) 241-4456 ● Fax: (678) 726-9994
Support Phone: (866) 241-4456. opt. 0
Support Email: support@toppledx.com
https://toppledx.com



**TOPPLE**
DIAGNOSTICS

## Appointment Information:

**Practice Name:** _Atlas Total Health_

**Practice Location (City):** _Dalton_          **Practice Phone #:** _706-229-3993_

## Patient Appointment Information:

**Patient Name:** _Ashia McCowan_

**Appointment Date:** _7 / 23 / 2020_  **Appointment Time:** _3_  (am/**pm**)  **Cell Phone**

**Patient Email (if available):**

## Please select the following below:

☐ **Vestibular/Equilibrium Panel (includes the following):**
- Clinical Test of Sensory on Balance (mCTSIB)
- Pure Tone Audio
- Tympanometry/Reflexes/Otoacoustic Emissions
- Auditory Brainstem Response
- Vestibular Evoked Myogenic Potentials
- Active Head Rotation
- Videonystagmography
- Calorics

By selecting above, I confirm to Topple Diagnostics that I would like to order the Vestibular Equilibrium Panel or my Custom Vestibular Panel (If one is created). The Vestibular Equilibrium Panel consists of the following tests: Modified Clinical Test of Sensory on Balance, Pure Tone Audio, Videonystagmography, Active Head Rotation, Auditory Brainstem Response, Vestibular Evoked Myogenic Potentials, Otoacoustic Emissions, Tympanometry/Reflexes, and Calorics. In my professional judgment the tests I order are medical necessary. I understand that the patient's medical record must clearly reflect my order for testing and I acknowledge that I can modify my custom panel (if one was created) for individual patients based on medical necessity by identifying a new preference on this testing order form.

## Additional Testing Ordered (Optional):

**In addition to my selection above, or individually, I would like to include the following test(s) to be performed on this particular patient:**

☐ Active Head Rotation       ☐ Auditory Brainstem Response       ☐ Calorics       ☐ mCTSIB (Balance Board)

☐ Electrocochleography       ☐ Otoacoustic Emissions       ☐ Pure Tone Audio       ☐ Tympanometry/Reflexes

☐ Videonystagmography       ☐ Vestibular Evoked Myogenic Potentials

## Acknowledgment of Referral:

**By signing below, I hereby confirm that I would like to refer the above patient for vestibular testing to be performed:**

**Ordering Provider:** _Jared Bartone, DC_          **Date:** _7 / 16 / 2020_

**Provider Signature:**

**Please Fax this completed and signed form to 678-726-9994. Thank you! - Topple Diagnostics**

# The Rivermead Post-Concussion Symptoms Questionnaire*

After a head injury or accident some people experience symptoms which can cause worry or nuisance.  We would like to know if you now suffer from any of the symptoms given below. As many of these symptoms occur normally, we would like you to compare yourself now with before the accident.  For each one, please circle the number closest to your answer.

0  =  Not experienced at all
1  =  No more of a problem
2  =  A mild problem
3  =  A moderate problem
4  =  A severe problem

Compared with before the accident, do you now (i.e., over the last 24 hours) suffer from:

| Symptom | 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|
| Headaches | 0 | (1) | 2 | 3 | 4 |
| Feelings of Dizziness | 0 | (1) | 2 | 3 | 4 |
| Nausea and/or Vomiting | 0 | (1) | 2 | 3 | 4 |
| Noise Sensitivity, easily upset by loud noise | 0 | 1 | 2 | 3 | (4) |
| Sleep Disturbance | 0 | 1 | 2 | 3 | (4) |
| Fatigue, tiring more easily | 0 | 1 | 2 | 3 | (4) |
| Being Irritable, easily angered | 0 | 1 | 2 | (3) | 4 |
| Feeling Depressed or Tearful | 0 | 1 | 2 | (3) | 4 |
| Feeling Frustrated or Impatient | (0) | 1 | 2 | 3 | 4 |
| Forgetfulness, poor memory | (0) | 1 | 2 | 3 | 4 |
| Poor Concentration | 0 | 1 | (2) | 3 | 4 |
| Taking Longer to Think | 0 | 1 | (2) | 3 | 4 |
| Blurred Vision | (0) | 1 | 2 | 3 | 4 |
| Light Sensitivity, Easily upset by bright light | (0) | 1 | 2 | 3 | 4 |
| Double Vision | (0) | 1 | 2 | 3 | 4 |
| Restlessness | 0 | 1 | 2 | (3) | 4 |

Are you experiencing any other difficulties?

| | 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|
| 1. Sitting | Standing | laying | 0 | 1 | 2 | 3 | (4) |
| 2. doing above for a long period of time | 0 | 1 | 2 | 3 | (4) |

*King, N., Crawford, S., Wenden, F., Moss, N., and Wade, D. (1995) J. Neurology 242: 587-592