**Archived:** Tuesday, April 19, 2022 1:01:52 PM
**From:** Lyndsey Hjelmstad
**Sent:** Tue, 12 Apr 2022 14:02:07
**To:** Nicholas E. Deeb; Mandy D. Sanders; Jacob D. Davis
**Cc:** Ross Massey; Saif Ahmed;' Lyndsey Hjelmstad'
**Subject:** RE: Aisha McCowan v. Walmart
**Sensitivity:** Normal
**Attachments:**
Demand - Ashia McCowan.pdf

---

Hi Nic,

Thanks for reaching out – we look forward to working with you on this case.  Please see attached copy of our demand for Ashia McCowan.  We have some room to move but until we receive a fair offer that considers a full and reasonable evaluation of our client's claim, we remain at $175,000.

Please let me know once you've had a chance to review this file. In the meantime, let me know if you have any questions or need anything additional from us.

Thank you,

**Lyndsey R. Hjelmstad**
Paralegal to J. Ross Massey and Saif Ahmed
**ALEXANDER SHUNNARAH** INJURY LAWYERS, P.C.
Ph: (706) 355-6003
Fax: (205) 983-8445
Email: LHjelmstad@asilpc.com

**From:** Nicholas E. Deeb <ndeeb@mmatllaw.com>
**Sent:** Monday, April 11, 2022 10:50 AM
**To:** Lyndsey Hjelmstad <LHjelmstad@asilpc.com>; Saif Ahmed <SAhmed@asilpc.com>; Ross Massey <RMassey@asilpc.com>
**Cc:** Mandy D. Sanders <msanders@mmatllaw.com>; Jacob D. Davis <jdavis@mmatllaw.com>
**Subject:** Aisha McCowan v. Walmart
**Importance:** High

Saif and Ross,

I will be representing Walmart in this case.  I understand that you were negotiating with WCS pre-suit.  Is your demand still $175k?  Would you please send me a copy of the demand?

I look forward to working with y'all on this case.

Nic

Nicholas E. Deeb, Esq.
McLain & Merritt, P.C.
Suite 500
3445 Peachtree Road, N.E.
Atlanta, Georgia 30326-3240

(404) 365-4535(direct)
(404) 364-3138 (facsimile)
ndeeb@mmatllaw.com